UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>             Plaintiff,<br><br>     vs.<br><br>TRUSTEES OF THE ESTATE OF<br>BERNICE PAUAHI BISHOP,<br><br>             Defendant. | CIV. NO. 25-00450 LEK-RT |

## ORDER OF RECUSAL

This Court could be construed as having an interest in the outcome of the litigation and therefore, recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety.

DATED:  Honolulu, Hawaii, October 21, 2025.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge