# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                                        *Plaintiff*,<br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>                                        *Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None |

On October 31, 2025, I caused a copy of Plaintiff's Response Regarding Certification of Constitutional Challenge to be sent, via email and certified mail, to the following:

    Paul Alston
    paul.alston@dentons.com
    Dentons US LLP
    1001 Bishop Street
    Suite 1800
    Honolulu, HI 96813

    *Counsel for Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*

[*signature page to follow*.]

| Dated: October 31, 2025 | Respectfully submitted, |
|---|---|
| | /s/ *Jesse D. Franklin-Murdock* |
| Thomas R. McCarthy* | Jesse D. Franklin-Murdock (10778) |
| J. Michael Connolly* | DHILLON LAW GROUP INC. |
| Cameron T. Norris* | 500 Ala Moana Blvd., Ste. 7400 |
| R. Gabriel Anderson* | Honolulu, HI 96813 |
| Julius I. Kairey* | Tel: (415) 433-1700 |
| CONSOVOY MCCARTHY PLLC | Fax: (415) 520-6593 |
| 1600 Wilson Boulevard, Suite 700 | jfranklin-murdock@dhillonlaw.com |
| Arlington, VA 22209 | |
| (703) 243-9423 | |
| tom@consovoymccarthy.com | |
| mike@consovoymccarthy.com | |
| cam@consovoymccarthy.com | |
| gabe@consovoymccarthy.com | |
| julius@consovoymccarthy.com | |

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice*

*Counsel for Students for Fair Admissions*