IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Students for Fair Admissions ) | Case. No. | 1:25-cv-00450-MWJS-RT |
| ) | | |
| ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO | |
| Plaintiff, ) | | |
| ) | John F. Bash | |
| vs. ) | | |
| ) | | |
| Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of John F. Bash to Appear Pro Hac Vice.

| Name of Attorney: | John F. Bash |
|---|---|
| Firm Name: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Firm Address: | 300 West 6th St, Suite 2010<br>Austin, TX 78701 |
| Attorney CM/ECF Primary email address: | johnbash@quinnemanuel.com |
| Firm Telephone: | 737 667 6100 |
| Party Represented | Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 1, 2025.



_____
Rom A. Trader
United States Magistrate Judge