COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX          7520-0
   jcox@cfhawaii.com
KAMALA S. HAAKE         9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276


QUINN EMANUEL URQUHART & SULLIVAN, LLP

JOHN F. BASH (*Pro Hac Vice*)
   johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701

ELLYDE R. THOMPSON (*Pro Hac Vice*)
   ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

WILLIAM A. BURCK (*Pro Hac Vice*)
   williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>　　　　　　　Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>FIRST STIPULATION TO FILE FIRST AMENDED COMPLAINT AND IDENTIFY RESPONSE DATE, AND ORDER<br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

**FIRST STIPULATION TO FILE FIRST AMENDED COMPLAINT AND IDENTIFY RESPONSE DATE, AND ORDER**

　　　　IT IS HEREBY STIPULATED by and between Plaintiff STUDENTS FOR FAIR ADMISSIONS ("Plaintiff") and Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, that pursuant to Rule 15(2) of the Federal Rules of Civil Procedure, Plaintiff shall be permitted to file the First Amended Complaint (the "FAC").  Kamehameha Schools reserves all rights and does not waive any defenses to challenge any of the alleged facts and claims in the FAC.

　　　　The parties further agree and stipulate that Kamehameha School's response to the FAC shall be due on or before January 14, 2026.

DATED: Honolulu, Hawaiʻi, December 1, 2025.

/s/ Joachim P. Cox
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH (*Pro Hac Vice*)
JOHN F. BASH (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

/s/ Jesse D. Franklin-Murdock
JESSE D. FRANKLIN-MURDOCK
THOMAS R. McCARTHY (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
JULIUS I. KAIREY(*pro hac vice*)
Attorneys for Plaintiff
STUDENTS FOR FAIR ADMISSIONS

APPROVED AND SO ORDERED:

Dated:  December 1, 2025, Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

In the Unted States District Court for the District of Hawaiʻi; Civil No. 1:25-cv-00450-MWJS-RT; *Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; FIRST STIPULATION TO FILE FIRST AMENDED COMPLAINT AND IDENTIFY RESPONSE DATE, AND ORDER

3