COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                 7520-0
   jcox@cfhawaii.com
KAMALA S. HAAKE                9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

QUINN EMANUEL URQUHART & SULLIVAN, LLP

JOHN F. BASH (*Pro Hac Vice*)
   johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701

ELLYDE R. THOMPSON (*Pro Hac Vice*)
   ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

WILLIAM A. BURCK (*Pro Hac Vice*)
   williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>　　　　　　Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>STIPULATION TO STAY ALL PROCEEDINGS AND SECOND STIPULATION TO IDENTIFY RESPONSE DATE TO FIRST AMENDED COMPLAINT, AND ORDER<br><br><br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

**STIPULATION TO STAY ALL PROCEEDINGS AND SECOND STIPULATION TO IDENTIFY RESPONSE DATE TO FIRST AMENDED COMPLAINT, AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P., by and through her next of friend and mother, B.P. and B.P. ("Plaintiffs") and Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, pursuant to LR6.2 and LR10.5, as follows:

2

WHEREAS, pursuant to the First Stipulation to File First Amended Complaint and Identify Response Date, and Order [Dkt. 41], Kamehameha Schools' response to the Amended Complaint was set to occur on or before January 14, 2026;

WHEREAS, this Court issued an Order of Certification to the Attorney General of the United States That a Federal Statute Has Been Questioned, and Order Permitting Intervention [Dkt. 40] ("Order Permitting Intervention"), permitting the United States to intervene in accordance with 28 U.S.C. § 2403(a) and Rule 5.1(c) of the Federal Rules of Civil Procedure, except that the deadline for intervention was extended so that it expires 60 days from the date of the Order Permitting Intervention, which is January 30, 2026;

WHEREAS, Plaintiffs and Kamehameha Schools agree that to promote judicial economy and conserve judicial resources, this case should be stayed pending the response of the United States to the Order Permitting Intervention.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, as follows:

1. This case shall be stayed until 14 days after (a) the United States intervenes pursuant to the Order Permitting Intervention, or (b) the expiration of the deadline for intervention by the United States (January 30, 2026), whichever

is earlier; but, in no event shall the stay of this case expire earlier than January 14, 2026.

2. Kamehameha Schools' response to the Amended Complaint shall be due on the date the stay of this case expires pursuant to paragraph 1 above; and, in accordance with paragraph 1, in no event shall Kamehameha Schools' response to the Amended Complaint be due earlier than January 14, 2026.

DATED: Honolulu, Hawai'i, December 8, 2025.

/s/ Joachim P. Cox
JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS


/s/ Jesse D. Franklin-Murdock
JESSE D. FRANKLIN-MURDOCK
THOMAS R. McCARTHY (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
JULIUS I. KAIREY(*pro hac vice*)
Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother; B.P. and B.P.

APPROVED AND SO ORDERED:

Dated:  December 9, 2025, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

In the Unted States District Court for the District of Hawaii; Civil No. 1:25-cv-00450-MWJS-RT; *Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; STIPULATION TO STAY ALL PROCEEDINGS AND SECOND STIPULATION TO IDENTIFY RESPONSE DATE TO FIRST AMENDED COMPLAINT