Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, I.P., by and through her next friend, B.P.; and B.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | Civil No. 1:25-cv-450-MWJS-RT<br><br>STIPULATION TO PARTIALLY LIFT STAY AND REQUEST FOR STATUS CONFERENCE<br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None |

**STIPULATION TO PARTIALLY LIFT STAY AND REQUEST FOR STATUS CONFERENCE**

IT IS HEREBY STIPULATED by and between Plaintiffs, STUDENTS FOR FAIR ADMISSIONS, B.P., and I.P. ("Plaintiffs"), and Defendants, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, as follows:

WHEREAS, on December 9, 2025, this Court granted the parties' request to stay this case. The stay was intended to pause Kamehameha Schools' deadline to respond to Plaintiffs' complaint until the parties knew whether the United States would intervene. *See* Doc. 42.

2

WHEREAS, in anticipation of the stay's expiration, the parties have met and conferred on several matters. In their discussions, the parties learned that they disagree over whether and to what extent Plaintiffs can use pseudonyms.

WHEREAS, the parties agree that their dispute about pseudonymity is not affected by the United States' decision to intervene, so it would be timelier and more efficient to begin briefing that dispute now, rather than waiting to start the briefing for several more weeks.

WHEREAS, in their discussions, the parties also learned that they disagree about how best to proceed after the stay expires. For example, Kamehameha Schools wants to raise its non-pseudonymity standing defenses in a Rule 12(b) motion and get this Court's decision on that motion before filing a Rule 12(b) motion on other grounds that do not implicate jurisdictional issues. Plaintiffs believe that Kamehameha Schools should file all its non-pseudonymity defenses under Rule 12(b) in a single Rule 12(b) motion.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, as follows:

1. The stay should be immediately lifted in part so that the parties can brief all questions concerning pseudonymity, with Plaintiffs filing the initial motion, Kamehameha Schools filing an opposition and cross-motion, Plaintiffs filing a reply and cross-opposition, and Kamehameha Schools filing a reply.

2.   The Court should hold a status conference on the parties' various timing and sequencing disputes as soon as reasonably practicable. Before that conference, the parties should submit letters outlining their positions.

DATED:  Honolulu, Hawaiʻi, January 20, 2026.

/s/ *Jesse D. Franklin-Murdock*
JESSE D. FRANKLIN-MURDOCK
THOMAS R. McCARTHY (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
JULIUS I. KAIREY (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, B.P., and I.P., by and through her next friend, B.P.

/s/ *Joachim P. Cox*
JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS

APPROVED AND SO ORDERED.

DATED: January 21, 2026, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

*Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; Civil No. 1:25-cv-00450 MWJS-RT; STIPULATION TO PARTIALLY LIFT STAY AND REQUEST FOR STATUS CONFERENCE