Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

Natali Segovia, Esq., (AZ 033589)*
WATER PROTECTOR LEGAL COLLECTIVE
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org
* *Pro Hac Vice* Admission Pending

INTERNATIONAL ASSOCIATION OF
DEMOCRATIC LAWYERS
1 Whitehall Street, 16th floor
New York, New York 10031
(212) 231-2235

*Counsel for Non-Party Intervenor Council of Regency of the Hawaiian Kingdom*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs,* v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant.* | Case No. 1:25-cv-450-MWJS-RT **CERTIFICATE OF SERVICE** |

1. I hereby certify that on January 16, 2026, the following documents were electronically served upon the attorney(s) listed below via PACER electronic service, pursuant to Rule 5(b) Fed. R. Civ. P, as indicated:

**Document(s) Served**

    a. Non-Party Intervenor Hawaiian Kingdom's Motion to Intervene

    b. Non-Party Intervenor Hawaiian Kingdom's Memorandum of Law in Support of Motion to Intervene

    c. Exhibit A - Non-Party Intervenor Hawaiian Kingdom's Proposed 12(b)(6) Motion to Dismiss

    d. Exhibit B - Matthew Craven, The Continuity of the Hawaiian Kingdom as a State Under International Law, Ch. 3, 126–149 (2020)

    e. Exhibit C – Dr. David Keanu Sai, The Royal Commission of Inquiry

    f. Exhibit D – Federico Lenzerini, Legal Opinion on the Authority of the Council of Regency of the Hawaiian Kingdom, Hawaiian Journal of Law & Politics: Vol 3, (Spring 2021)

    g. Exhibit E - William Schabas, "War Crimes Related to the United States Belligerent Occupation of the Hawaiian Kingdom"

    h. Exhibit F – Dr. David Keanu Sai, ""Hawai'i's Sovereignty and Survival in the Age of Empire," in H.E. Chehabi and David Motadel (eds.) Unconquered States: Non-European Powers in the Imperial Age (2024)

    i. Exhibit G - Proclamation of the Council of Regency of the Hawaiian Kingdom, October 10, 2014

2. Persons Served:

Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Attorneys for SFFA*

COX FRICKE LLP
JOACHIM P. COX 7520-0
jcox@cfhawaii.com
KAMALA S. HAAKE 9515-0
khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440

Facsimile: (808) 275-3276

QUINN EMANUEL URQUHART & SULLIVAN, LLP
JOHN F. BASH (Pro Hac Vice)
johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
ELLYDE R. THOMPSON (Pro Hac Vice)
ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016
WILLIAM A. BURCK (Pro Hac Vice)
williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

*Attorneys for Defendants*
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

Dated this 16th of January, 2026.

                              By:    __s/ Edward Halealoha Ayau_____
                                    Edward Halealoha Ayau, Esq. (HI 5013)
                                    LAW OFFICE OF EDWARD HALEALOHA AYAU
                                    2 Nanea Street
                                    Hilo, HI 96720
                                    (808) 646-9015
                                    halealohahapai64@gmail.com