Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

Natali Segovia, Esq., (AZ 033589)*
WATER PROTECTOR LEGAL COLLECTIVE
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org
* *Pro Hac Vice* Admission Pending

INTERNATIONAL ASSOCIATION OF
DEMOCRATIC LAWYERS
1 Whitehall Street, 16th floor
New York, New York 10031
(212) 231-2235

*Counsel for Non-Party Intervenor Council of Regency of the Hawaiian Kingdom*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs,* v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant.* | Case No. 1:25-cv-450-MWJS-RT **CERTIFICATE OF COMPLIANCE** |

1. The Motion to Intervene filed on January 16, 2026, in the above-captioned matter, complies with the type-volume limit pursuant to Local Rule 7.4 because, this document contains 6,299 words.

2. This document complies with the typeface and type style requirements of local rules because this document has been prepared in a proportionally spaced typeface using Word, Office version 2025, in 14-point Times New Roman style type.

3. This brief has been scanned for viruses and is virus-free.

Dated this 16th of January, 2026.

> By: __s/ Edward Halealoha Ayau_____
> Edward Halealoha Ayau, Esq. (HI 5013)
> LAW OFFICE OF EDWARD HALEALOHA AYAU
> 2 Nanea Street
> Hilo, HI 96720
> (808) 646-9015
> halealohahapai64@gmail.com