Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

Natali Segovia, Esq., (AZ 033589)*
WATER PROTECTOR LEGAL COLLECTIVE
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org
* *Pro Hac Vice* Admission Pending

INTERNATIONAL ASSOCIATION OF
DEMOCRATIC LAWYERS
1 Whitehall Street, 16th floor
New York, New York 10031
(212) 231-2235

*Counsel for Non-Party Intervenor Council of Regency of the Hawaiian Kingdom*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., <br> *Plaintiffs,* <br><br> v. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br> *Defendant.* | Case No. 1:25-cv-450-MWJS-RT <br><br> **PROPOSED ORDER GRANTING NON-PARTY INTERVENOR HAWAIIAN KINGDOM'S MOTION TO INTERVENE** |

Before the Court is the Council of Regency of the Hawaiian Kingdom's Motion to Intervene as Limited Purpose Non-Party Intervenor and Motion to Dismiss. Having carefully reviewed the filings, it is hereby ORDERED:

1. Non-Party Intervenor Hawaiian Kingdom's Motion to Intervene is GRANTED.

2. Non-Party Intervenor Hawaiian Kingdom's request to direct the Clerk of the Court to file the attached Motion to Dismiss is GRANTED.

Dated: _____, 2026

_____

Honorable Judge Micah WJ Smith