## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR
ADMISSIONS; I.P., by and through her
next friend and mother, B.P.; and B.P.,

*Plaintiffs*,

v.

TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS,

*Defendant*.

Case No. 1:25-cv-450-MWJS-RT

**DECLARATION OF
EDWARD BLUM**

I, Edward Blum, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am the president of Students for Fair Admissions, a membership association dedicated to ending the use of race and ethnicity in admissions and a plaintiff in this case. I am also the president of the American Alliance for Equal Rights, another membership organization that focuses on ending racial and ethnic discrimination outside of admissions. And I am the director of the Project for Fair Representation, a nonprofit that, among other initiatives, supported Abigail Fisher in her challenge to the race-based admissions at the University of Texas at Austin.

3.      SFFA keeps its membership strictly confidential. It also keeps its communications with members and prospective members in strict confidence. SFFA is

0

especially careful to maintain the confidentiality of its standing members—the individuals whose rights SFFA represents and vindicates in court.

4.  Aside from Kamehameha Schools, SFFA has challenged the race-based admissions policies at seven schools—most famously, its cases that reached the U.S. Supreme Court against Harvard University and the University of North Carolina at Chapel Hill. Throughout these seven cases, SFFA represented at least three dozen standing members. See *Our* Cases, SFFA, perma.cc/T9FE-F4WU (archived Jan. 14, 2026). None of their identities were ever involuntarily disclosed. And when challenges to their anonymity were raised, the courts uniformly rejected them. For example:

    a.  In SFFA's case against Harvard, SFFA represented 19 identified standing members during the eight years that the case was litigated. At all times, its standing members used pseudonyms. Their identities were shielded from the public by a protective order entered by the district court. D.Mass-Doc.55, No. 1:14-cv-14176 (June 25, 2015). Even after the trial concluded, when media organizations intervened to unseal some of the standing members' names, the trial court refused to publicly reveal our members' identities. *SFFA v. Harvard*, 2023 WL 3126414, at *6 n.4 (D. Mass. Apr. 27).

1

b. In SFFA's case against UNC, SFFA represented eight identified standing members. At all times, its standing members used pseudonyms. Their identities were shielded by a protective order entered by the trial court and were never disclosed to the public. MDNC-Doc.49, No. 1:14-cv-954 (July 9, 2015). Though UNC challenged it at every stage, the Supreme Court unanimously agreed that SFFA had standing. *SFFA v. Harvard*, 600 U.S. 181, 198-201 (2023).

c. In SFFA's case against the U.S. Naval Academy, SFFA represented four identified standing members. The trial court rejected the defendants' argument that SFFA lacked standing to seek a preliminary injunction because its members were pseudonymous. *SFFA v. U.S. Naval Acad.*, 707 F. Supp. 3d 486, 501 (D. Md. 2023). Though the case involved emergency appellate proceedings and ultimately a trial, the defendants never attacked the students' pseudonymity again. These members' identities were shielded from the public by a protective order entered by the trial court, DMd.-Doc.63, No. 1:23-cv-2699 (Jan. 8, 2024), and references to their identities were redacted from the public record. Their identities remain undisclosed to the public today, even though the case settled.

    d.  In SFFA's case against West Point, SFFA represented two identified standing members. At all times, its standing members used pseudonyms. Their identities were shielded by a protective order entered by the trial court and were never disclosed to the public. SDNY-Doc.111, No. 7:23-cv-8262 (July 30, 2024). The trial court rejected the defendants' argument that SFFA lacked standing to seek a preliminary injunction because its members were pseudonymous. *SFFA v. West Point*, 709 F. Supp. 3d 118, 131-32 (S.D.N.Y. 2024).

    e.  In SFFA's case against UT-Austin, SFFA represented three identified standing members over five years and two appeals. At all times, its standing members used pseudonyms. Their identities were shielded by a protective order entered by the trial court and were never disclosed to the public. WDTex.-Doc.28, No. 1:20-cv-763 (Jan. 25, 2021). Both the trial and appellate courts rejected challenges to SFFA's standing. *SFFA v. UT-Austin*, 37 F.4th 1078, 1084-86 (5th Cir. 2022).

5.    In fact, other than Kamehameha, few schools have ever demanded that SFFA's members be outed to the public. Most defendants consent to receiving the students' identities in discovery under a protective order that bars anyone from disclosing their personally identifying information to the public.

6.     Perhaps more than anyone in the country, I know firsthand the threats, harassment, prejudice, vitriol, and other abuse that comes from publicly challenging racial and ethnic preferences that supposedly benefit minorities.

7.     Before SFFA was founded and brought the landmark cases against Harvard and UNC, I supported Abigail Fisher in her challenge to race-based admissions in *Fisher v. University of Texas at Austin*, 570 U.S. 297 (2013), and *Fisher v. University of Texas at Austin*, 579 U.S. 365 (2016). Abigail "endured consistent harassment since 2008" as "a direct result of [her] involvement in that case." *SFFA v. Harvard*, Doc. 150-4 ¶3, No. 1:14-cv-14176 (D. Mass. Apr. 29, 2016). She experienced "threats" and "insults" from across the country, and she suffered professionally. ¶5, ¶¶9-10. These experiences "often led [her] to second-guess [her] involvement in the case and as an advocate against unlawful affirmative action policies." ¶11.

8.     During SFFA's lawsuits against Harvard and UNC, the intense backlash continued. Thankfully, because SFFA's members were anonymous to the public, the abuse was largely directed at me. None of the young Asian Americans who were asserting their rights against Harvard, for example, endured what Abigail Fisher had to suffer. Some of the death threats, doxing, harassment, antisemitism, and other invective directed at me because of those cases is documented in the complaint filed in this case. See Doc.1 ¶82. I have re-reviewed those allegations and again verify their truth and accuracy.

4

9.      Another organization I lead, the American Alliance for Equal Rights, filed a lawsuit against the Fearless Fund. That defendant ran a grant contest that was open only to black-owned businesses. *AAER v. Fearless Fund Mgmt.*, 103 F.4th 765, 769 (11th Cir. 2024). The lawsuit was highly controversial among supporters of racial preferences and was widely publicized. *E.g.*, *Reverend Al Sharpton Reacts to Fearless Fund Lawsuit*, Yahoo (Oct. 6, 2023), perma.cc/537A-QXPE. Until this case against Kamehameha, the case against the Fearless Fund had generated the most immediate, intense backlash against me to date. Some examples of the voicemails, emails, and comments directed at me and my organization because of that case include (App. 252-301):

a.   "Who's the guy suing and where does he live?"

b.   "What's his address?"

c.   "His location?"

d.   "Edward Blum. Post his name & image to warn everyone who he is & what his agenda is. We "woke" folks need to know our enemy "onsight". Repost with his name under his photo. He is most wanted. Repost his home address. Shine all the light he wants on him & make his life less comfortable."

e.   "Edward Blum can go straight to hell."

f.   "HERR WE GO… Let's lock and load"

g.  "send shooters."

h.  "He needs to be handled."

i.  "Y'all over here trying to fight when we just need Luigi!"

j.  "We need to dispatch Luigi on him"

k.  "He needs to be eliminated"

l.  "The comment I wanted to write was gonna get flagged so imma just

    say this: 👨🔫" (an image of a gun pointing at a man's head, meaning I

    should be shot)

m.  "I can't say what I want to…but the world would be better without him"

n.  "This Edward guy needs to disappear through a 'tragic accident'"

o.  "This is the face of hate! If you dig one ditch you better dig two sir."

p.  "Blooms, death is going to be very slow and very painfo.If you want to

    experience the worst karma on this planet, do something[ that] impacts,

    black women negatively"

q.  "Some don't deserve to wake"

r.  "That guy needs to be taken out back and given a hole in the head"

s.  "When will this HATER just F'ing die!"

t.  "They all need to die"

u.  "This boy needs to be gone"

v.  "He needs to go away .. he's cancer in human form"

w. "That MF needs to learn what hurt is."

x.  "Ridiculous. I hope karma whacks him back"

y.  "I wish he get hit a chair and then some"

z.  "And he's Jewish!"

aa. "He doesn't go after Jewish schools, programs, businesses, scholarships, etc. (He's Jewish)"

bb. "He's a Zionist!!"

cc. "That b*tch *ss dog."

dd. "Blum is a bum. What a racist piece of sh*t!"

ee. "F*cking ghoul"

ff.  "Piece of 💩"

gg. "Hateful, soulless *sshole"

hh. "I can't imagine being so soulless. May he get the end he deserves."

10.   All these prior challenges to racial preferences were highly public, controversial, and consequential; and the backlash against me, my organizations, and our supporters was intense. But nothing compares to this case against Kamehameha Schools. The torrent of threats, harassment, and other abuse that has been leveled at me—and anyone who supports SFFA's or this lawsuit—has far exceeded anything I've ever experienced. And this case has only just begun.

11.    Prior to this lawsuit, SFFA launched the website kamehamehanot-fair.org. (SFFA launched similar websites before its successful lawsuits against Harvard, West Point, and others.) News spread quickly in Hawaii. *See, e.g.*, *Virginia-based Group Launches New Challenge to Kamehameha Schools Admissions Policy*, Hawaii News Now (Sept. 5, 2025), perma.cc/K7G3-B8GN; *Supporters Rally for Kamehameha Schools in Light of Newest Challenge to Admissions Policy*, Hawaii News Now (Sept. 12, 2025), perma.cc/FV2H-YU5L.

12.    As soon as the news of the website's launch hit Hawaii, I received a barrage of phone calls, emails, voicemails, and other submissions. The submissions were overwhelmingly hostile.

13.    Almost immediately, a Kamehameha supporter tried to take down the website by filing a complaint with our domain. The complaint said the website "targets Native Hawaiians," was "abusive," and encouraged "harassment."

14.    Supporters of Kamehameha quickly tried to dox me. *E.g.*, Sealed-App.154. But my email and phone number have long been public. Still, supporters of Kamehameha overwhelmed me with so many calls and messages that, for the first time since I started doing this work, I had to create a new email account and delist my personal phone number.

15.     Though this lawsuit has only just begun, countless supporters of Kame-
hameha have threatened to kill me, wished for my death, or threatened to beat me up
because of this lawsuit. Below are some of the examples to date.

    a.  On September 8, 2025, I received an email from "Kainoa Silve," a "KS
        grad." Silva wrote: "how absolute fucking dare you that yo[u]r haole
        ass is trying to take away opp[o]rtunities from native ke[i]ki. I would
        absolutely beat the shit out of you if I ever saw you."

    b.  On September 15, 2025, I received an email from "Melonee Iujan." She
        wrote: "you have always been a plague to indigenous people. Your
        WHITE POWER syndrome won't prevail on us. I hope you fall on a
        sharp knife and choke."

    c.  I received a threatening voicemail on my personal phone from another
        Kamehameha supporter: "Hi. Yeah, y'all need to f*cking drop the law-
        suit. You f*cking pathetic b*tches. Because I'll be helping them in any
        way I can f*cking win against you whores. Get the f*ck over it. You
        don't need to go to every school. From a Virginia resident. You pathetic
        f*cking whore. F*ck off and get rid of the lawsuit you b*tch."

    d.  A different Kamehameha supporter left me a similar voicemail on my
        personal phone: "Stay the f*ck out of Hawaii you f*cking haoles.
        You're not welcome there. Kamehameha School is for Kanaka only for

a f*cking reason, and it's because colonizers like you, Virginian cunts wouldn't let them go to school made by white people. So excuse us if the rest of the world doesn't give a f*ck about white fragility and your feelings, stay the f*ck out of Hawaii. It's not your land. They get to choose whatever they want. Kamehameha School is a private f*cking school for Kanaka only because you aren't welcome in Native lands."

e. Media outlets in Hawaii and elsewhere reported on SFFA suing Kamehameha Schools. Supporters of Kamehameha also made many posts on social media. In the comments to those online stories and posts (App.147-248):

    i. "Dox Blums info, I'll go end this problem right now"

    ii. "No Ed Blum no more lawsuit, just saying"

    iii. "we're coming foa yo ass Edward Blum"

    iv. "Here's a thought….show up at his door"

    v. "Nothing wrong with physical force and action. Think about it."

    vi. "we should remember that violence is NEVER off the table and sometimes, bullets do solve issues. FREE HAWAII"

    vii. "Fight back with guns and riot then they will stop"

    viii. "Must a butter knife be used only for butter?"

    ix. "Fcking haoles! Gotta drown this faka!"

x.   "Calling Luigi asap" (meaning someone should kill me, like Luigi Mangione killed the CEO of UnitedHealthcare)

xi.   "So Luigi?"

xii.   "Luigi coming his way"

xiii.   "Theres not enough Luigis on the planet. We need more."

xiv.   "He needs a Charlie Kirk" (meaning I should be assassinated, like Charlie Kirk was)

xv.   "Where else can we learn our culture? The white man thinks he can rule over everything. Time to show him what we did to Captain Cook!!" (according to legend, Cook was a white explorer who was killed and cannibalized by Hawaiians)

xvi.   "give him the captain cook special"

xvii.   "The people trying to destroy Kamehameha Schools need to get the Captain Cook treatment."

xviii.   "He better watch out remember what they did to Capt. Cook"

xix.   "He going end up like captain cook"

xx.   "I will literally cage match this piece of evil garbage lawyer" (meaning me)

xxi.   "As one old man myself, I like just kick his ass!"

xxii.   "Someone gotta take one for da team and get that ed blum punk."

xxiii.  "Let our Hawaiian ancestors hunt them f######rs."

xxiv.  "Fk that guy. Watch out Hawaiians don't aim for his jaw"

xxv.  "Google says he is 73 years old, let's hope he meets Our maker soon!"

xxvi.  "No can !!!!!always fucking shit up for the hawaiians ,,,i pray who ever is bringing this to court shall die or get sick amen !!!!"

xxvii.  "I hope heavy bad karma come at this guy 🪦🪦🪦"  (images of tombstones)

xxviii.  "I hope he drops dead in his secret boyfriend's house"

xxix.  "Then it's up to us to put so much damn pressure on bloom and his woodchuck friends they want to leave the planet. Fight back, get loud and do not back down."

xxx.  "i would hate to see something happen to Ed Blum 👀"

xxxi.  "I want all these guys to get lickens"

xxxii.  "Who can get a piece of his hair???? Asking por a pren" (a reference to harming me through witchcraft)

16.    Beyond the doxing, threats, and death wishes, supporters of Kamehameha Schools have hurled relentless attacks directed at me.

12

17.    The most prevalent theme has been pointing out that I am Jewish and then perpetuating vile, antisemitic tropes. Some examples from Kamehameha supporters in response to this lawsuit are (App.147-248):

  a.  "Edward Bloom, a Jew"

  b.  "Edward Bloom = Jew"

  c.  "Class[ic] Zionists JEW MOVE!!"

  d.  "Well, well, well… look it's a 👃 trying to bring down yet another race of people…"  (the image of the big nose is a derogatory reference to Jews)

  e.  "Blum is a Jew. Talk about them too. It's okay to notice."

  f.  "Most importantly to note the lawyer in charge"—meaning me—"is a big 'ZIONIST'"

  g.  One commenter posted, "He's a fake jew, their called evil zionist jew. Real Jews are the ones that practice GOOD."

  h.  "Lets talk about the real issue - that guy Edward Blum is a Jew who goes around suing schools for supposed 'discrimination' while pretending that Israel isn't trying to wipe Palestine off the planet"

  i.  "That's what Jews do. Historically, presently, globally!"

  j.  "Typical jew protesting a nations sovereignty"

k. "A Jewish white supremacist who supports Israel and its apartheid and genocide. Go figure."

l. "Literally it's because Jews aren't allowed because Jews aren't Hawaiian"

m. "We gotta be careful with this guy. He's a heavy hitter and big on Zionism. He's basically white supremacist wrapped in an Israeli and American flag"

n. "Edward Blum,  a jew - You do NOT see him opposing jews getting DEI designation for federal government contracts.  His campaign against affirmative action was a setup to disenfranchise Blacks and lay the ground work for jews to get preferential treatment."

o. "Hey Edward… Just go make an all Jewish school, promise we'll let it slide"

p. "Isn't he jewish"

q. "And this guy is Jewish go figure…"

18. Also because of this lawsuit, Kamehameha supporters have attacked my character and my appearance, called me a Nazi and a white supremacist, called me slurs for white foreigners, and launched all other sorts of vitriol at me and SFFA. Some examples include:

a. On September 11, 2025, SFFA received an online submission from someone saying their name was "Fuck you edward faggot Blum" and that their email was "DumbHAOLE.NIGGERS.CAN. SUCKMYDUCK@GMAIL.COM."

b. Another voicemail to my personal phone said, "I can't believe you guys are trying to get white people into Native Hawaiian schools. ... White people stay in the mainland. Leave our fucking Hawaiians alone. You guys are fucking ridiculous."

c. In the comments to the media stories and social-media posts (App.147-248):

   i. "These fakah's jus wanna take take take! They cannot stop what doesn't belong to them"

   ii. "Typical greedy move by true Ha'ole folk. Not all Caucasians are bad people, but the bad ones sure make up for it. I will protect the good ones and go to war against the shameful ones."

   iii. "Fck those palangis" (local slang for white foreigners)

   iv. "Facken palangis… making pilikia again" (local slang for white foreigners making trouble)

   v. "F*cken white people just just no stop. Next they going say they entitled to Hawaiian homestead lands. What the f*ck."

vi. "These people have absolutely no soul and want to rid us of every single right."

vii. "He can get fckd, he look like expired meat that sit in the back of the freezer with the added freezer burn"

viii. "He's just a troublemaker and raci$t."

ix. "FKKKKK UUUUU EDWARD BLOOM!!!!"

x. "They can fck right off."

xi. "F*ck them! Entitled b*tches!"

xii. "Edward Blum is a piece of sh*t."

19.     I am confident that, if their identities became public, the same kind of invective would be hurled at SFFA's members. But it would be worse, since our standing members live in Hawaii and are more vulnerable to threats, harassment, doxxing, and abuse from Hawaiians. That abuse would also have a higher payoff for Kamehameha's supporters, since intimidating our members could make them drop out and thus affect the success of the lawsuit.

20.     Many of Kamehameha's supporters have already expressed interest in doxxing SFFA's members, precisely so these Hawaii families can face physical harm and other retaliation. For example (App. 150, 151-52, 156-57, 161, 192, 197, 203, 237):

a.  "Does [Civil Beat] have photos of Ed Blum and company. I think if they want to sue, their photos should be shown on news and social media here in Hawaii."

b.  "I wanna meet Family A & B ….. I wanna see how haole they look and act"

c.  "leak the names of those families."

d.  "I don't understand how someone can piss off a whole bunch of people then turn around and act surprised when the angry people, that they pissed off, want to retaliate."

e.  "If his kids end up enrolled I how all the kamehameha kids just lick em. Every single day. Non stop. Til they Gata move."

f.  "Identify the local families"

g.  "Put their name address please"

h.  "We want to see the students who filed the lawsuit no shame show your faces we like see you"

i.  "Shame on those parents signing up their kids for some guaranteed lickings. Keep it for Hawaiians as it should be"

j.  So who did they recruit from Hawai'i? The families will eventually have to out themselves"

21.    The backlash directed at SFFA's Hawaii counsel, Jesse Franklin-Murdock, illustrates the dangers to SFFA's members. As he explains in his declaration, once SFFA's complaint was filed, Jesse became the new target of Kamehameha's supporters. The wave of abuse against Jesse happened because, now, these supporters had someone from Hawaii to go after; and if they got Jesse to drop out of the case, they could jeopardize SFFA's ability to proceed because it would no longer have Hawaii counsel. A vanishingly small number of Hawaii lawyers—perhaps zero—would still be here representing SFFA after experiencing even some of what Jesse has gone through in this young litigation. Jesse is a professional with unusual bravery; few parents and children, who simply want to apply to Kamehameha without having their race used against them, should or would tolerate similar abuse.

22.    Consider also what happened to an unusually outspoken political commentator, who merely posted in support of SFFA's position in this lawsuit. In the comments to that post, a Hawaiian man (using his real name and photo) repeatedly threatened to find and kill the poster for criticizing Kamehameha's admissions policy. Over the course of several days, the commenter said (App.249-51):

    a.    "I'm going to tell you straight to your face the same way I'm telling you here. You can get fucked. … Get fucked stay fucked. You want to talk about manners I'll slap you in the fucking mouth in person just as much as I'll slap you in the fucking mouth here. So fuck you and fuck

your manners. And mother fucker you want to bring up Charlie Kirk as a threat,, we can go that route too I got a 45 just for your ass where the fuck you at? Punk mother fucker."

b.  "You are going to need reconstructive surgery when I'm done with you let's leave it there. And that's if I don't punch your fucking ticket all together."

c.  "[T]he more shit you talk, the more of your bones I'm going to break. The first amendment guarantees you freedom of speech without legal repercussion. It don't say shit about me not stompng a mud hole in your face."

23.    The large number and high frequency of the attacks on me, SFFA, and anyone associated with this lawsuit are exacerbated by the immense political influ-ence of Kamehameha Schools and the large number of supporters who fiercely de-fend its race-based preference for native Hawaiians.

a.  The national Democratic Party passed a resolution condemning SFFA's lawsuit. *DNC Passes Resolution Condemnning Lawsuit Against Kame-hameah Schools*, Maui Now (Dec. 16, 2025), perma.cc/TDQ6-RTCY. The state Democratic Party also put out a statement against "the recent attacks on Kamehameha Schools' admissions policy," from "a radical

rightwing GOP group from the mainland." hawaiidems & dturbin, Instagram (Sept. 9, 2025), instagram.com/reel/DOZ6kMgEa0e/.

b.  The Republican caucuses of the Hawaii House and Senate also issued a joint statement against this lawsuit and in support of Kamehameha's race-based admissions policy. hihousegop, Instagram (Oct. 22, 2025), instagram.com/p/DQGU1cPDl1L/.

c.  Before the lawsuit was filed, two Republican state legislators in Hawaii, Senate Minority Leader Brenton Awa and House Minority Floor Leader Diamond Garcia, flew to Virginia to try and find me. They filmed themselves attempting to confront me face to face about challenging Kamehameha's admissions policy. *Amid Backlash, Lawmakers Defend Mainland Trip Over Kamehameha Schools' Admissions Policy*, Hawaii News Now (Sept. 11, 2025), perma.cc/H4EJ-Q5JT.

d.  . Awa later remarked that "[a]nbody going after Kamehameha Schools with this kind of initiative and intention" is "racist." *Anti-Affirmative Action Groups' Latest Target Is a Private School that Gives Preference to Native Hawaiians*, NBC News (Sept. 16, 2025), perma.cc/3LTK-4H5U.

e.  All seven living governors of Hawaii signed a letter supporting Kamehameha's admissions policy and condemning SFFA, a group it

described as "[f]ar from offshore." *Seven Hawaii Governors Support Kamehameha Schools Admissions Policy*, Hawaii News Now (Dec. 2, 2025), perma.cc/7FYZ-MDQU.

f.  The Office of Hawaiian Affairs also put out a statement supporting Kamehameha's admissions policy and condemning SFFA, what this Hawaiian governmental agency called "an organization based in Arlington, Virginia—with no connection or commitment to Hawai'i." *Office of Hawaiian Affairs Board of Trustees Statement in Solidarity with Kamehameha Schools*, OHA (Sept. 4, 2025), perma.cc/MJ28-KKYG.

g.  Large rallies, featuring many supporters and high-level officials, have been held in opposition to SFFA and its challenge to Kamehameha's admissions policy. *E.g.*, *Students, Public Rally in Support of Kamehameha Schools Following Lawsuit Challenging Admissions Policy*, Hawaii News Now (Oct. 21, 2025), perma.cc/ZTT5-QDWT. At one of the rallies, state senator Jarrett Keohokalole called "for everyone in the community to stand by and fight these encroachments that are coming from these folks on the mainland who are trying to come in and attack the legacy and the trust of Pauahi." *Hundreds Unite to Uphold Ke Ali'i Pauahi's Will*, Kamehameha Schs. (Oct. 21, 2025), perma.cc/FTC3-FCXX.

h.  A petition to support Kamehameha's race-based admissions policy cur-

rently has over 42,000 signatures. *He inoa no Pauahi*, Action Network,

perma.cc/4ARB-Z7N6 (archived Jan. 16, 2026).

24.    In my roles at SFFA and other similar membership associations, I have

spoken with countless members and prospective members. Maintaining their ano-

nymity is, far and away, their paramount concern. I know from my long experience

that, if SFFA were unable to protect the identities of its members from public dis-

closure, it would substantially decrease the number of people who were willing to

join the organization and let it vindicate their civil rights in court.

25.    Most people who are interested in joining or vindicating their civil

rights will not speak to SFFA unless we promise complete confidentiality at the out-

set, which we do.

26.    When people agree to speak to us, we usually must reassure them that

their identities and information are confidential, and then reassure them several more

times that their identities and information will remain confidential.

27.    Older high-schoolers and younger college students are particularly sen-

sitive about confidentiality. They fear that, if their association with me, SFFA, or a

challenge to racial preferences becomes public, then they will face retaliation from

their peers, teachers and professors, schools they are applying to, future employers,

and the online mob. Their parents fear all these things too, so they also usually insist on anonymity and confidentiality protections for themselves and their children.

28.    Even when educated about protective orders and sealing procedures in federal court, it is not uncommon for individuals to let their civil rights go unvindicated by SFFA because they will not tolerate even the small risk that their identities could be disclosed to the public.

29.    Family A, Family B, B.P., and I.P. are all members of SFFA. We know them and their circumstances and concerns.

30.    Each family lives and works in Hawaii. Their children attend grade school in Hawaii (and Family B's child is very young).

31.    In their experience, Hawaii is a small island, where word travels fast and it is easy to use social connections to pinpoint someone's home address, school, and place of work.

32.    SFFA's members are aware of the backlash and threats made during the prior lawsuits against Kamehameha, as well as the backlash and threats regarding SFFA and this lawsuit. SFFA's standing members are pseudonymous because they fear becoming the target of similar or worse doxing, physical violence, death threats, harassment, and other retaliation at school, work, and everywhere else they go in Hawaii—for the rest of their lives.

33.     Families A and B also fear retaliation against their children from Kame-hameha and its students and alumni, should their children get the chance to apply or attend a Kamehameha that is equally open to all.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026

_____
Edward Blum