IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P.,<br>　　　　　　　　　　*Plaintiffs*,<br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>　　　　　　　　　　*Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**DECLARATION OF CAMERON NORRIS** |

I, Cameron Norris, declare as follows:

　　　1.　　I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

　　　2.　　I am an attorney at Consovoy McCarthy PLLC. I represent the Plaintiffs in this case.

　　　3.　　Also in support of their motion to proceed using initials, Plaintiffs are filing a declaration from B.P. I know the true identities of B.P. and her daughter, I.P., and could reveal them to the Court if necessary and appropriate. A signed copy of B.P.'s declaration is on file with me, which I could also produce to the Court if necessary and appropriate.

　　　4.　　In further support of their motion to proceed using initials, Plaintiffs are attaching a two-volume appendix. Volume 1 contains online posts and comments concerning this lawsuit, Edward Blum, and Jesse Franklin-Murdock. Plaintiffs are

1

filing a redacted version of Volume 1 on the public docket and an unredacted version in a sealed appendix. I have reviewed the original posts and comments, as well as these copies, and attest to their accuracy.

5. Volume 2 of the Appendix contains the exhibits described below. I have personally reviewed all of these exhibits, in original form and the attached copies, and attest to their accuracy.

6. Exhibit A is a true and correct copy of the Stipulated Protective Order in *Doe v. Kamehameha Schools* (*Doe I*), 295 F. Supp. 2d 1141 (D. Haw. 2003) (No. Civ. 03-316), as reproduced in Doc.13-5, *Doe II*, No. 1:08-cv-359 (D. Haw. Aug. 29, 2008).

7. Exhibit B is a true and correct copy of Plaintiffs' Motion for Leave to Proceed Anonymously and for Related Protective Order in *Doe v. Kamehameha Schs.* (*Doe II*), Doc.13, No. 1:08-cv-359 (D. Haw. Aug. 29, 2008).

8. Exhibit C is a true and correct copy of Declaration of Eric Grant in *Doe II*, Doc.13-3, No. 1:08-cv-359 (D. Haw. Aug. 29, 2008).

9. Exhibit D is a true and correct copy of the complaint in *Thompson v. Doe*, a copy of which is available at scotusblog.com/wp/wp-content/uploads/2008/08/breachcomplaint.pdf.

10. Exhibit E is a true and correct copy of *Terms and Conditions*, Kamehameha Schools, perma.cc/HL47-X82H, as it was archived by the Wayback Machine on March 26, 2023.

11. Exhibit F is a true and correct copy of Debra Barayuga, *Dad Wants Non-Hawaiian Kamehameha Student Back*, Honolulu Star Bulletin (Sept. 12, 2003), perma.cc/6MUY-6EM5.

12. Exhibit G is a true and correct copy of Beverly Creamer, *Alumni Plan Protest of Decision at School's Gate*, Honolulu Advertiser (Aug. 21, 2003), perma.cc/U5WF-S3R7.

13. Exhibit H is a true and correct copy of Editorial, *Attack the Act, But Not the Boy at School*, Honolulu Advertiser (Aug. 24, 2003), perma.cc/F64X-C87B.

14. Exhibit I is a true and correct copy of Vicki Viotti, *Officials Warn of School Violence*, Honolulu Advertiser (Aug. 22, 2003), perma.cc/K3FW-VHFB.

15. Exhibit J is a true and correct copy of footnote 27 on page 114 of the book *A Nation Rising* (2014), specifically the chapter authored by Manu Kaʻiama and titled "The Movement Continues."

16. Exhibit K is a true and correct copy of a comment from "Kohole" on a website called Narkive from 2008, which is available at perma.cc/Y4NS-WFWP.

17. Exhibit L is a true and correct of a comment to a Reddit post titled, "Don't Stir Up The Hawaiians (Kamehameha Schools)," from September 2025,

which is available at reddit.com/r/Oahu/comments/1nakwog/comment/nczbdmq/?context=3.

18. Exhibit M is a true and correct copy of U.S. Dep't of Justice, Press Release, *Two Maui Men Sentenced for Racially Motivated Attack on White Man* (Mar. 3, 2024), perma.cc/8QDA-WG5L.

19. Exhibit N is a true and correct copy of Paul Perrone, Haw. Dep't of the Atty. Gen., *Hate Crimes in Hawaii, 2024* (Mar. 2025), perma.cc/TV6F-TF3X. The report states that, from 2002 to 2024, 40% of all reported bias incidents in Hawaii (and half of all racially motivated bias incidents) were based on anti-white bias—significantly higher than for any other group. *Id.* at 4.

20. Exhibit O is a true and correct copy of Larry Keller, *Prejudice in Paradise*, Southern Poverty Law Center, Intelligence Report, Fall 2009, Issue Number: 135.

21. Exhibit P is a true and correct copy of a declaration from Abigail Fisher filed in *SFFA v. Harvard*, Doc. 150-4, No. 1:14-cv-14176 (D. Mass. Apr. 29, 2016).

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026          *Cameron T. Norris*
                                      Cameron T. Norris