IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P.,<br>*Plaintiffs*,<br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>*Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**DECLARATION OF JESSE FRANKLIN-MURDOCK** |

I, Jesse Franklin-Murdock, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am a counsel at the Dhillon Law Group. I am one of the lawyers on the plaintiffs' side of this case—and the only one with an office in Hawaiʻi.

3. I have deep ties to Hawaiʻi. Aside from my office here, I grew up in Hawaiʻi. I attended grade school, college, and law school in Hawaiʻi. I externed and clerked for judges of this Court—Judge Seabright and Judge Otake, respectively. I also externed for Judge Clifton of the Ninth Circuit, whose chambers are in Hawaiʻi. I began my career at the Honolulu firm Kobayashi, Sugita & Goda, LLP. And many of my family and longtime friends and acquaintances are in Hawaiʻi.

4. When Students for Fair Admissions retained me for this litigation, I understood some of the risks. Anyone who lives in Hawaiʻi understands that

0

preferences for Native Hawaiians are an explosive topic—where, sadly, support for those preferences can manifest as racial hostility toward non-Hawaiians (often pejoratively called "haoles"). I also knew about the prior litigation involving Kamehameha Schools and some of the threats that were leveled at those plaintiffs and lawyers. I had read about the controversies involving the Bishop Estate and Kamehameha Schools in the 1990s, and the abuse directed at Randy Roth, a professor of mine in law school, as a result. And once word got out that SFFA might bring this lawsuit, I knew that a new wave of threats and abuse was being leveled against SFFA's president, Edward Blum.

5. But I *severely* underestimated the degree, and the personal nature, of the abuse that I would receive for being publicly connected to this lawsuit. After SFFA filed its complaint on October 20, 2025, which I signed as Hawaii counsel, those who support Kamehameha's racially exclusive policy now had the name of someone from Hawaiʻi who is publicly connected to a live challenge to Kamehameha's admissions. So I quickly became the target of a campaign of doxing, threats, harassment, ridicule, and other abuse. And not just me, but also my parents, my wife, and our livelihoods. Below, I recount just some of the examples so far.

6. A former state legislator with nearly 70,000 followers on Instagram posted a video featuring my picture, with the label "This is the face of the

1

Kamehameha Schools lawsuit: Jesse Franklin-Murdock." The post has received around 329,000 views, 13,000 likes, and 1,600 comments. App.1.

7. A writer with over 30,000 followers on Instagram posted a series of pictures: two of me, one of my mother, and one about my father. The post specifically names me and my employer, my father, and my mother and her employer. Sealed-App.84-88. In the comments to the post, the writer adds links to, among other things, my law firm webpage and my LinkedIn profile. Sealed-App.88.

8. Commenting on his own post, the writer also says another user "just posted some info on the attorney[']s wife who apparently still does business in Hawai'i" and then adds a link to the website of my wife's business. Sealed-App.88. The referenced post features a photo of me and my wife with the text, "Attorney Jesse Franklin-Murdock, who is suing Kamehameha Schools, this is his wife" and her "business in Hawai'i." That post gives my wife's first and last name, as well as the name of her business and its Instagram page. Sealed-App.107.

9. On October 20, an anonymous person called my law firm and left me a voicemail calling me a "fucking coward," a "motherfucking haole," and a "motherfucker."

10. On October 23, I was informed that my home address—where I live with my wife and our infant son—was posted online on Reddit in a thread about this lawsuit. That post has been taken down.

2

11. On October 30, I received a bag of feces in the mail. The package was addressed to me from "A.S. Enterprises," which I learned is a website that mails feces to people "100% Anonymous" with "No Paper Trail" and "No Personal Info Needed." *Poop Senders*, perma.cc/2HUN-X6JJ (archived Dec. 4, 2025). A picture of the bag I received is below:



While I cannot know for sure who mailed this bag of feces to me, an Instagram poster asked about me days earlier, "What's their address[?] I have @14lbs of dog shit I'd like to send them." App.121.

12. Since this case was filed, I have received an onslaught of death threats, as well as death wishes and threats to physically assault me. These threats are directed at me specifically and based explicitly on my role in this lawsuit. For example:

    a. In the comments to Instagram posts about me, *see* App.1-67, 84-108, 120-24:

3

    i. One Instagram user commented, "Just drop brudahs address maybe," which the former legislator who made the initial post liked. Another Instagram user responded, "Right I'm sure get some thirst Braddah's out there."

    ii. "What's his address? Asking for a friend."

    iii. "His address please"

    iv. "Nuff talking let me know when I got to wham um!"

    v. "Dis guy going get it !!! Fuckin Haole !!!"

    vi. "Bro things are gonna get real for you. You're gonna have to move."

    vii. "Target accepted"

    viii. "Ask Mike Miske for help I'm sure he will." (Miske was a local crime boss who, most infamously, kidnapped, killed, and disappeared his son's best friend.)

    ix. "Captain Cook him." (Cook was a British explorer who was killed and supposedly cannibalized by Hawaiians.)

    x. "Capt Cook treatment plan."

    xi. "Eat him."

    xii. "Execute this guy and Zuckerberg please…"

    xiii. "Smoke that dummy… easy."

    xiv. "Make him disappear."

    xv. "This little punk b*tch. Someone make him disappear"

    xvi. "Off dis fakah"

    xvii. "Make him MIA"

    xviii. "'Head Off Bodeh'"

xix. "DEAD BIRD WALKING."

xx. "Someone gotta pull a Charlie" (as in I should be assassinated, like Charlie Kirk was)

xxi. "Charlie crook his ass"

xxii. "🪦" (an image of a tombstone)

xxiii. "Theres your target guys....lets get it done or bitch for the rest of our lives....plenty braddahs out there with nothing to lose....we need you now"

xxiv. "That guy better hide now! He's in deep 💩💩💩 now that the locals know his name!"

xxv. "Can't believe this azzzzzzz a local boy from Oahu ????? I'd say he better watch his azzzzzzzz. Shame on him!"

xxvi. "Toss him in the ocean."

xxvii. "Take him to the volcano and show him how beautiful it is. And let pele show him around"

xxviii. "Take him trolling, freediving, show him the lava tubes…. A lot of accidents happen in wild Hawaii"

xxix. "Maybe he needs a tour of some lava tubes"

xxx. "Plenty cliffs here…."

xxxi. "Bring um here. We can teach him the old ways"

xxxii. "Take him to a cane field" (in local slang, the sugarcane fields are where you take someone to beat them up)

xxxiii. "Ahhh fuck um tell um we go meet rings ULUWEHU or NANAKULI GRAVEYARD, winnah take all"

xxxiv. "Fuck this shit eating asshat. Needs a crowbar up the ass."

xxxv. "Knock those AirPods out his head" (In the picture of me featured by the former state legislator, I was wearing AirPods.)

xxxvi. "You know him? I hope he catch cracks just for being a douche" ("Cracks" is Hawaiian slang for getting beat up.)

xxxvii. "Guy need cracks"

xxxviii. "Bruhhhh I miss da old days of just taking guys Makaha and leaving them barely breathing…they learn real quick"

xxxix. "Back in the days you break kapu like this they slam your head on the ground...lets bring back the kapu system"

xl. "Good luck to him if he steps foot on this aina"

xli. "Wishing him a speedy pancreatic cancer."

xlii. "Destroy that MF."

xliii. "I spy a Yahtzee cult hat. I say knock braddah out and call it a day."

xliv. "Time to make him Hella famous."

xlv. "There's only one solution for punks like them. IYKYK"

xlvi. "No worry…..Jessie going learn 👍#bumbaiyoulearn"

xlvii. "We going lick u, if u come Hawaii. Your friends, neighbors and even your cat going Get it too u monkey."

xlviii. "So good to put a name with a face when being attacked by the unknown. Now that we know what the attacker looks like, we can take actions of our own to protect ourselves."

xlix. "Don't step one foot in Hawaii."

l. "Come hawaii we show you what's up"

      li. "If his kids end up enrolled I how all the kamehameha kids just lick em. Every single day. Non stop. Till they Gata move. And if you see him lick em too. Till they move, just like old times"

      lii. "Lick em"

      liii. "We come from warriors he like take our shit wack dat faka"

      liv. Another Instagram user posted, "Honolulu based lawyer Jesse Franklin Murdock of the SF based firm @dhillonlawgroup is one of the filing attorneys. Who knows him?" In the comments, another user responded, "f[i]nd him & confront him!"

  b. A Facebook user posted a trio of videos dedicated to me, my background, and my supposed motives for helping bring this lawsuit. *See* App. 125-33; Sealed-App.125, 131-32. The comments include:

      i. "F*ck that guy ..break his Ass"

      ii. "Each dog will get it's day"

      iii. "Rat him out with his entire background, info, photos."

      iv. "Love it drag this f*cka's name through the mud!"

  c. When the former state legislator posted the same video about me from Instagram on TikTok, a TikTok user commented, "Target accepted." App.68-69.

  d. An X user found a video of me and commented with an image of Charlie Kirk, implying I should be assassinated. App.108.

13. These threats, especially combined with the doxing of my home address and the feces I received in the mail, made me seriously fear for my family's safety. So much so that, at the advice of a friend who is an Assistant United States Attorney, I contacted the Federal Bureau of Investigation. An FBI agent is investigating and monitoring my case.

14. Federal authorities have suggested that I contact the U.S. Marshals in advance of any hearing in this case so they can increase security at the courthouse.

15. On top of the doxing, threats, and death wishes, my connection to this lawsuit has made me the object of painful lies, ridicule, and personal attacks. Though I thoroughly dislike repeating them, I include some examples below to illustrate what happens when someone from Hawaiʻi is connected to the plaintiff's side of this case.

16. My character has been attacked. The most common is accusing me of being a Nazi, incel, or white nationalist/supremacist. (I am Jewish, and my wife is Asian American.) *See, e.g.*, App.47-48, 91-92, 118; Sealed-App.46.

17. Meanwhile, I have been the target of racism and anti-Semitism myself. The most common is calling me "haole" as a slur. *See, e.g.*, App.49-52, 58-60, 70, 78-79, 114, 129-30. I was also sent an email on January 5, 2026—with a long list of people and entities cc'd—accusing me of trying to "infiltrate" Kamehameha and "force-feed them with Zionism," and urging the sender's "Hawaiian friends" to "move quickly" and "confront" me.

18. My physical appearance has been mocked. I don't care to repeat those hurtful comments here. Many examples are included in the appendix. *See, e.g.*, App.48, 53-56, 76, 93-95, 98, 112; Sealed-App.140.

8

19. People who claim to know me have spread lies and false rumors about me. *See, e.g.*, App.1, 142; Sealed-App.125, 131. For example:

   a. In his video, the former legislator said about me: "This guy went to law school with Khara," the former legislator's wife. "People say that he's been obsessed with us on the internet, kind of figuring out these details in our lives and posting it and trying to get people to come after us." That accusation is both bizarre and false.

   b. The former state legislator also calls me an "incel" in his video. When pressed on his use of the word "incel," the former legislator said "incel just means involuntarily celibate. Which apparently was his reputation in college."

   c. Another Instagram user commented on a post about me, "I saw this guy beating his wife, he said if I post the video he was gonna sue me." It makes my stomach churn to think that even one person might have seen and believed this malicious lie about me.

20. Many have dug up a painful episode in my family's history concerning a close family member. They are discussing and sharing articles about that incident from ten years ago. Having it resurface and spread further across the internet has been incredibly painful for me and my family. *See, e.g.*, Sealed-App.61-65, 71-72, 86, 99-106, 132.

21. My law firm posts promotional materials on social media, sometimes featuring me. Supporters of Kamehameha have found those posts and flooded them with derogatory comments about me in the hopes of harming my professional reputation, my practice, and my firm.

   a. On Instagram, my firm posted a video of me discussing the First Amendment and defamation law. Though the post has nothing to do

9

with this case, the comments are now 100% negative messages from Kamehameha supporters. *See* App.73-83. Some examples include:

  i. "Quiet ⚓ boy, Hawaii is not yours. Just like your plague infested ancestors just do everyone a favor. Jump on a boat and go argue in Europe about 'your rights'. Always missing a chromosome or two with you haoles"

  ii. "Fuck you be careful before you end up like Kirk."

  iii. "You're a piece of work. You have no life goals that actually mean anything. Stay in your side of the world you Haole"

  iv. "Absolutely disgusting. GO HOME HAOLE!"

  v. "Tf do you care about Kamehameha schools! Mind your business ho !"

  vi. "Maggot"

  vii. "Fkn scrub."

  viii. "What a 💩"

b. In another video about me and the 2024 election, the comments are now mostly negative comments from Kamehameha supporters. *See* App.109-19. Examples include:

  i. "You are not one of us. You will never be Hawaiian."

  ii. "GO HOME HAOLE, NO ALOHA FOR YOU HERE FAKA"

  iii. "You have major issues, what are your problem clowns 🤡 like you deserve to get 👉"

  iv. "You are an embarrassment to an entire culture and society."

  v. "As Pilau as can get" (Pilau is Hawaiian for dirty, filthy, stinky, or rotten)

  vi. "Incel"

10

      vii. "You're a piece of 💩, Jesse!"

22. I am currently the general counsel of the California Young Republican Federation, which is an appointed position. The current chairwoman published an Instagram post that featured me on August 30, as I was associated with her slate of officer candidates. After this case was filed, supporters of Kamehameha left comments on the post, *see* App.142-46 including the following:

    a. "Damn scrub"

    b. "Tell Bradda get some coochie"

    c. "GO HOME HAOLE!!"

    d. "fucken scrub ! You will never be able to control kamehameha better yet our HAWAIIAN PEOPLE WILL NEVER STAND DOWN !"

23. Though I and my law firm are no strangers to controversial litigation, I have never seen or heard anything close to what has transpired here—a case that has only just started.

24. I have made various changes to my lifestyle as a result of the abuse directed at me. I deleted my Instagram and Facebook pages (where I previously used to keep contact with friends and family living in various parts of the country) because I did not want people to research me, my wife, or my son. While I still maintain X and LinkedIn accounts, I deleted posts referencing my family and make a point not to share pictures of my son except to close friends and family. When I spend time in Hawaiʻi for professional or professional reasons, I am very careful about who I tell

11

and try to keep a low profile. Indeed, one of my friends in Hawai'i told me no less than three times, "keep your head on a swivel," based on what he has heard others say about me. Because of the backlash and doxxing from his lawsuit, my law firm now pays for a service that tries to delist me from data-aggregation websites for the personal safety of me and my family.

25. As an attorney with ethical obligations, I will not be intimidated into dropping a controversial client or an unpopular cause.

26. But in my experience, what has happened to me is a microcosm of what would happen to a parent or child who was publicly identified on the plaintiff's side of this case. Like me, those parents and children would be closely connected to Hawai'i. But the incentive to target those plaintiffs would be much greater, since pressuring them to drop their claims could affect the outcome of the lawsuit. Indeed, 19 hours after the former state legislator posted his video on Instagram, one commenter wrote, "identify the local families." App.157. As the other declarations submitted with this motion attest, that sentiment was far from isolated.

27. In my view, most parents and children who live, attend school, and work in Hawai'i would not vindicate their civil rights if it meant going through even a version of what I have gone through in this case so far—having their names, faces, and addresses broadcast on the internet; receiving death threats, death wishes, and other threats of physical harm; getting feces in the mail; having their phones, emails,

12

and social-media accounts spammed by angry detractors; needing to contact law enforcement and increase their personal security; suffering character attacks, lies, and insults about their personal appearance; and more. While I have received supportive messages from friends from high school and law school (including both individuals who secretly support SFFA's lawsuit and individuals, including Hawaiians, who oppose it), almost nobody has dared to defend me in public.

Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2026

_____
Jesse D. Franklin-Murdock