IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Students for Fair Admissions et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools<br><br>Defendant. | Case. No. 1:25-cv-00450-MWJS<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Ryan Mackenzie Proctor |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Ryan Mackenzie Proctor to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Ryan Mackenzie Proctor |
| Firm Name: | Consovoy McCarthy PLLC |
| Firm Address: | 1600 Wilson Boulevard, Suite 600<br>Arlington, VA 22209 |
| Attorney CM/ECF Primary email address: | ryan@consovoymccarthy.com |
| Firm Telephone: | 703-243-9423 |
| Party Represented | Students for Fair Admissions; B.P.; I.P. |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 22, 2026.



Rom A. Trader
United States Magistrate Judge