

Joachim P. Cox
Partner

office 808.585.9441 ☒ email jcox@cfhawaii.com

January 23, 2026

The Honorable Micah W.J. Smith  *Via Electronic Mail*
The United States District Court  (smith_orders@hid.uscourts.gov)
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, Hawai'i 96850

    Re:    Students For Fair Admissions, et al. v. Trustees of the Estate of Bernice Pauahi Bishop dba Kamehameha Schools
             Case No. 1-25-CV-450 MWJS-RT

To the Honorable Judge Smith:

    This letter is respectfully submitted on behalf of Trustees of the Estate of Bernice Pauahi Bishop dba Kamehameha Schools ("Kamehameha Schools") in advance of the Status Conference set for Monday, January 26, 2026 at 10:00 am via video conference. I, along with John Bash and Ellyde Thompson, will attend this Status Conference as counsel for Kamehameha Schools.

    Pursuant to the Stipulation to Partially Lift Stay and Request for Status Conference [Dkt. 46], this letter outlines Kamehameha Schools' position as to the timing and sequencing of the planned pre-answer pleadings related to Students For Fair Admissions, et al.'s (collectively "Plaintiffs" or "SFFA") Amended Complaint [Dkt. 36].[1] In this regard, Kamehameha Schools proposes the following three-step plan for sequencing of Kamehameha Schools' pre-answer pleadings:

    **First** – The Court rules upon the parties' cross-motions on all questions concerning pseudonymity and/or Plaintiffs' inability to proceed anonymously, including with respect to SFFA members mentioned in the operative complaint who are not themselves plaintiffs here (i.e., Families A and B). SFFA's Motion to Proceed Using Initials was

---

[1]     Please be advised that the parties are in discussions related to submitting a stipulation requesting that SFFA be allowed to file a Second Amended Complaint in lieu of Kamehameha Schools filing a motion to strike extensive extraneous material within SFFA's Amended Complaint. At the Status Conference, Kamehameha Schools expects the parties will be in a position to update the Court on the progress of these discussions. Kamehameha Schools' three-step outline described herein anticipates the parties will agree to a stipulation requesting that SFFA be allowed to file a Second Amended Complaint.



filed on January 21, 2026 [Dkt. 54].  Kamehameha Schools' cross motion will be submitted pursuant to Dkt. 46 at paragraph no.1;

**Second** – Within 30 days following the Court's ruling upon the parties' cross-motions identified in Step One, Kamehameha Schools will file a motion challenging Plaintiffs' constitutional and statutory standing; and,

**Third** – If Plaintiffs' case survives the challenges to Plaintiffs' standing identified in Step Two, within 30 days of the Court's ruling rejecting Kamehameha Schools' challenges to Plaintiffs' standing, Kamehameha Schools will file a Rule 12(b)(6) Motion to Dismiss on non-standing grounds.

We look forward to the opportunity to further discuss this three-step outline during the Status Conference on Monday.

Very Respectfully,

Cox Fricke
A Limited Liability Law Partnership LLP

*Joachim P. Cox*

By: Joachim P. Cox

cc:     SFFA's Counsel of Record