# MINUTES

CASE NUMBER:      1:25-CV-00450-MWJS-RT

CASE NAME:        Students for Fair Admissions, et al. v. Trustees of The Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools

ATTYS FOR PLTFS:  Cameron T. Norris (*Pro Hac Vice*)
                  Jesse Franklin-Murdock
                  Ryan Mackenzie Proctor (*Pro Hac Vice*)

ATTYS FOR DEFTS:  Joachim P. Cox
                  Ellyde R. Thompson (*Pro Hac Vice*)
                  John F. Bash (*Pro Hac Vice*)

JUDGE:     Micah W.J. Smith     REPORTER:  Beth Krupa

DATE:      1/26/2026            TIME:      10:00 a.m. – 11:10 a.m.

COURT ACTION: EP:   STATUS CONFERENCE held on 1/26/2026.

Discussion held.

In advance of the hearing, the parties submitted letters to the court regarding the proposed scheduling of various motions. The parties consented to these letters being filed on the public docket.

Discussion held regarding a proposed briefing schedule for Plaintiffs' [54] Motion to Proceed Using Initials. The parties shall meet and confer regarding a reasonable but expeditious briefing schedule. As to the hearing, the court is open to parties appearing remotely so long as requests to appear remotely are made in compliance with Judge Smith's Individual Rules of Practice.

Discussion held regarding the timing and scheduling of Defendant's anticipated Rule 12(b) motions. The requests of both parties as to the same were TAKEN UNDER ADVISEMENT.

An EO will follow with the court's decisions as to the above.

*Submitted by: Anjelica Barker, Courtroom Manager*