IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Students for Fair Admissions, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools,<br><br>Defendant. | Case. No. 1:25-cv-450-MWJS-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Patrick Strawbridge |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Patrick Strawbridge to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Patrick Strawbridge |
| Firm Name: | Consovoy McCarthy PLLC |
| Firm Address: | 8th Floor South PMB #706<br>Boston, MA 02109 |
| Attorney CM/ECF Primary email address: | patrick@consovoymccarthy.com |
| Firm Telephone: | 617-227-0548 |
| Party Represented: | Students for Fair Admissions; I.P., by and through her next friend and mother, B.P.; and B.P. |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 29, 2026.



Rom A. Trader
United States Magistrate Judge