FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 30 2026
at 12 o'clock and 24 min. P M
Lucy H. Carrillo, Clerk

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | Civil Case No.: 1:25-cv-00450-MWJS-RT |
| Plaintiff, | MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF |
| V. | |
| TRUSTEES OF THE BERNICE PAUAHI BISHOP, et al., | |
| Defendants, | |

COMES NOW, Windyceslau D. Lorenzo, appearing pro se, to respectfully move this Honorable Court for leave to file an Amicus Curiae brief in the above-captioned matter.

In support of this motion, Movant states:

1. Movant is a verified lineal descendant of HM King Kamehameha I, as documented in **Affidavit and Probate No. 8-1-0351** and a **DNA Comprehensive Report** recorded in the State of Hawai'i Bureau of Conveyances.

2. Movant possesses a unique and direct interest in the preservation of the Bernice Pauahi Bishop trust, which was established by the last direct descendant of the Kamehameha line.

3. Movant's perspective as a lineal descendant provides the Court with historical and genealogical context regarding the status of Hawaiian subjects and the intent of the trust under Hawaiian Kingdom law, which is central to the Motion to Intervene filed by Dr. Keanu Sai and the Council of Regency.

4. This brief is timely and will assist the Court in understanding the broader implications of this for the Indigenous Hawaiian population.

WHEREFORE, Movant respectfully requests that the Court grant leave to file the attached Amicus Curiae brief.

Dated: January 30, 2026

Respectfully submitted,

Windyceslau D. Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI. [96795]
Ph. 808-763-1386
Email: moi5189@yahoo.com

1

State of Hawaii                )
                               ) ss:
City and County of Honolulu    )

On this 30th day of January 2026, before me personally appeared Windyceslau D. Lorenzo, personally known to me or proven to me on the basis of satisfactory evidence, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instruments Amicus Brief, Exhibits and that such person executed the same as the person's signature on the attached documents and acknowledged that he executed the same as his free act and deed.

JURAT

"Subscribed and Sworn to before me this 30th day of January 2026," I now affix my signature and official seal to these affirmations.

1/30/26 # Pages 4
Notary Name: Bryon RC Zeigler    First Circuit
Doc. Description: Motion for leave to file Amicus Curiae Brief
Bryon RC Z        1/30/26
Notary Signature    Date
NOTARY CERTIFICATION

Signature: Bryon RC Z
Name: Bryon RC Zeigler
Notary Public State of Hawaii
My Commission Expires: July 27th 2029

**The Statement of Interest**

**EXHIBIT A: STATEMENT OF INTEREST OF AMICUS CURIAE**

I, Windyceslau D. Lorenzo, submit this statement to verify my standing and interest in these proceedings:

**1. Lineal Descent and Standing**

I am a documented descendant of HM King Kamehameha I. My genealogy has been legally memorialized through **Affidavit and Probate No. 8-1-0351.** Furthermore, my biological connection to the Kamehameha line is supported by a **DNA Comprehensive Report** filed with the Hawai'i Bureau of Conveyances.

**II. Connection to the Matter at Hand**

The Plaintiffs in this case challenge the admissions policy of the Kamehameha Schools. As a descendant of the line from which this trust originated, I assert that the trust is a private, sovereign entitlement of the Hawaiian Kingdom, intended to protect the education and survival of a specific political and indigenous class. I support the position that this Court must recognize the legal framework of the Hawaiian Kingdom as argued in the filings of Dr. Keanu Sai.

*[signature]*
Windyceslau D. Lorenzo

**EXHIBIT B**

**Declaration of Lineal Descent**

_____
Windyceslau D. Lorenzo

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances,

*Mike H. Imanaka*

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii



**STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED**
January 27, 2026 11:13 AM
Doc No(s) A - 9523000601

Pkg 12667548 SKC

/s/ MIKE H. IMANAKA
REGISTRAR



<u>LAND COURT</u>                                                             <u>REGULAR SYSTEM</u>
(AREA ABOVE RESERVE FOR RECORDING INFORMATION)

After Recordation, Return by Mail ☐ or Pick-up ☐ Phone#:_____

Document Title:
Declaration of Lineal Descent of Windyceslau Donato Lorenzo

**FILL IN NAME AND ADRESS BELOW:**

Windyceslau D. Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI. [96795]

DOCUMENT CONTAINS 27 PAGES