# DECLARATION OF LINEAL DESCENT
## Of
## Windyceslau Donato Lorenzo

I, Windyceslau Donato Lorenzo, being first duly sworn, hereby declared and state as follows:

1. I am an adult resident of the State of Hawai'i, and I make this Declaration of Lineal Descent under penalty of perjury pursuant to the laws of the State of Hawai'i. This Declaration is made for the purpose of establishing and recording my genealogical lineage in the public records of the Bureau of Conveyance.

2. I am a direct lineal descendant of **His Majesty King Kamehameha I** through the following ancestral line:

1. Kamehameha I married Kauhilanimaka.
2. Their descendant, Kahiwa Kanekapolei married Kaha'aualani (son of Kamehameha I).
3. Their child, Kalamakuikeao Ka'ahiki, married Luhia from Waipio.
4. Their daughter, Mary Kuala'ao, marred G.W. Poepoe.
5. Their son Olopana-Nui-Akea Kalamakuikeao Poepoe (G.K. Poepoe).
6. His daughter Adelina Puuwaimaemae Poepoe, married Nicholas Nakai.
7. Their daughter Rose P. Nakai married Donato E. Lorenzo.
8. Their son, Windyceslau Donato Lorenzo (Declarant).

3. Attached hereto as **Exhibit A** is a true and correct copy of the affidavit file in probate case no. 8-1-0351, which includes genealogical information relative to my lineage and participation in prior heirship proceedings.

4. Attached hereto as **Exhibit B** is my DNA Comprehensive Report, submitted biological evidence supporting the genealogical lineage stated herein.

5. Attached hereto as **Exhibit C** is a Genealogical Lineage Chart summarizing the ancestral line described in paragraph 2.

6. Attached hereto as **Exhibit D** are historical notes and references supporting the genealogical relationships within the Kamehameha line.

7. This Declaration is made voluntarily and submitted for the purpose of preserving and establishing my genealogical lineage status in the public record, and preserving notice for future legal, historical, and administrative purposes for which such recordation may be relevant in the future.

*[signature]*
Windyceslau Donato Lorenzo

State of Hawaii            )
                           ) ss:
City and County of Honolulu )

On this ____ day of January 2026, before me personally appeared Windyceslau Donato Lorenzo, personally known to me or proven to me on the basis of satisfactory evidence, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instruments Declaration of Lineal Descent, Affidavit, Exhibits, and that such person executed the same as the person's signature on the attached documents and acknowledged that he executed the same as his free act and deed.

**JURAT**

"Subscribed and Sworn to before me this 27th day of January 2026." I now affix my signature and official seal to these affirmations.

Doc. Date: 1/27/26   # Pages 27
Notary Name: Bryon RC Zeigler   First Circuit
Doc. Description Declaration of Lineal Descent of Windyceslau Donato Lorenzo
*[signature]* Bryon RC Zeigler   1/27/26
Notary Signature                  Date
NOTARY CERTIFICATION

*[Notary seal: BRYON RC ZEIGLER, NOTARY PUBLIC, No. 25-171, STATE OF HAWAII]*

Signature *[signature]* Bryon RC Zeigler
Name: Bryon RC Zeigler
Notary Public State of Hawaii
My Commission expires: July 27th, 2029