**EXHIBIT A**

AFFIDAVIT FROM PROBATE COURT CASE 8-1-0351

This exhibit consists of a true and correct copy of the Affidavit filed in probate court case no. 8-1-0351, submitted as supporting evidence of the Declarant's genealogy lineage and participation in prior heirship proceedings.

THE JUDICIARY
CIRCUIT COURT OF THE FIRST CIRCUIT
RECEIPT                                    NO: CR  020234

CASE NO: FI-GV-0000-0-000011-0000                    05/06/2015   09:03 A.M.
RECEIVED FROM:
    CASH        LP08-1-0351

THE SUM OF:        10.50

CREDIT TO:
    FEES                                      GOVT REALIZATION

DESCRIPTION:   COPIES/CERT HEIRS OF KAMEHAMEHA PAIEA

[X] CASH        10.50   [ ] CHECK                          [ ] TRANSFER
[ ] CREDIT CARD         [ ] DEBIT CARD    ACCT:
                                                                10.50
    T/R GOVT REAL


                                              TOTAL           10.50
                                    _____ _Gina Falkner_____
                                              CLERK - 55




                        GENERAL LEDGER INFO

CASE NO: FI-GV-0000-0-000011-0000                    05/06/2015   09:03 A.M.

                                                              AMOUNT
DEBIT                                                          10.50
1320 FIRST HAWN BK CHK


                                                              AMOUNT
CREDIT                                                         10.50
9814 T/R GOVT REAL

# AFFIDAVIT
## OF
## DR. CECIL BRYANT JACOBSON

Now Appears for AFFIDAVIT one CECIL B. JACOBSON: A recognized expert in Genetics, Pedigree Analysis, and Geneology. His initial degree in Genetics was from the University of Utah (1960). His doctorate was from the George Washington University School of Medicine (1964), and he has extensive Postdoctoral training and research at the Cambridge University in England. He was Associate Professor at George Washington University and was head of their Reproductive Genetics Unit. He has published Extensively.

### UNDER OATH HE ATTESTS TO THE FOLLOWING:

1 – I have examined one WINDYCESLAU D. LORENZO, and his documents prepared the attached Pedigree. (document #A)

2 – I have ascertained with cerainty that he is of direct lineage from King KAMEHAMEHA I (Paiea). Descent through the following issues:

   I      KAMEHAMEHA I  wife  KAUHILANIMAKA

   II     Her daughter  KAHIWA KANEKAPOLEI

   III    Her son  KALAMAKUIKEAO KAAHIKI

   IV     His daughter  MELE (Mary) KUALAAO

   V      Her son  GULSTON K. POEPOE (Olopana-Hui-Akea Kalamakuikeao Poepoe)

   VI     His daughter  ADELINE PUUWAIMAEMAE POEPOE

   VII    Her daughter  ROSE P. (Lucy Puuwaimaemae Halemanu) NAKAI

   VII    Her son  WINDYCESLAU D. (Donato) LORENZO – – – KAMEHAMEHA VI

This direct lineage establishes one WINDYCESLAU D. LORENZO (who was elected "MOI") KING KAMEHAMEHA VI by the House of Nobles – This election is by hereditary right due to his royal ancestral and proven direct lineage.

### RELEVANT ATTACHED DOCUMENTS:

A – Pedigree of WINDYCESLAU D. LORENZO

B – Birth Certificate # 51-60387 (mother Rose Puuwaimaemae Halemanu)
    birthname Rose P. Nakai

C – Guardian Order of LUCY P. NAKAI to Halemanu (father NICHOLAS NAKAI)

D – Birth Certificate # 20640 ROSE (Lucy) P. NAKAI (mother Adeline P. POEPOE)

E – Marriage Certificate # 11448 NICHOLAS NAKAI and ADELINE P. POEPOE father is Gulston K. Poepoe

-1-

EXHIBIT "A"
1 of 10 pgs.

F - Death Certificate # 1883 <u>GULSTON K. POEPOE</u> MOTHER IS <u>MELE (mary) KUALAAO</u>

G - GENEOLOGY by G.K. POEPOE published November 21, 1919, in the <u>KA NUPAPEA KUOKOA</u> often cited and authenticated by Edith McKenzie.

ATTESTED THIS <u>28th</u> DAY OF DECEMBER, 1994

BY: _____
    Dr. Cecil B. Jacobson # 17960-083


STATE OF COLORADO  ) SS:
COUNTY OF FREMONT  )

   I, Dr. Cecil Bryant Jacobson, declare that I am the Affiant in the above entitled Affidavit that establishes one Windyceslau D. Lorenzo, also known as His Majesty Kamehameha VI, who is a direct lineage to King Kamehameh I, and I hereby execute this Affidavit of Pedigree in good faith and free act and deed.

   On this <u>28th</u> day of December, 1994, before me personally appeared <u>Dr. Cecil B. Jacobson</u>, known to be the affiant in the above instrument entitled Affidavit of <u>Dr. Cecil B. Jacobson</u>, and acknowledge that the foregoing instrument as his free act and deed.


Subscribe and sworn to before me this
<u>28th</u> day of December, 1994.

_____ Patricia A. Zieman
Notary Public
My Commission Expires: <u>5-5-98</u>

-2-                                                2 of 10 pgs.

## PEDIGREE OF W.D. LORENZO — 5th GREAT GRANDSON

**KAMEHAMEHA I**, TRACED TO **KAMEHAMEHA VI**, BOTH BY ORAL QUESTION AND ORIGINAL RECORD MADE BY W.D. LORENZO, OF THE GENEOLOGY OF **ROSE P. LORENZO (NAKAI KEKUA)**.



- I: NAHIA ■ — ○ KALAHOO ; KAMEHAMEHA I ■ — ○ KAUHILANIMAKA
- II: KOUHAKU ■ — ○ PUPUU ; KAHAAULANI □ — ● KAHIWA KANEKAPOLEI
- III: KANEIKI ■ — ○ PEKEU ; KALAHAKUIKEAO KAAHIKI ■ — ○ LUHIA
- IV: PAPA ● — □ KEKUA ; G.W. POEPOE □ — ● MELE (MARY) KUALAAO
- V: JOSEPH NAKAI ■ — ○ KAHOAKAMALII ; GULSTON K. POEPOE ■ — ○ MARY NAPUAELUA
- VI: NICHOLAS NAKAI ■ — ● ADELINE PUUWAIMAEHAE POEPOE
- VII: ALFRED PAIKAI □ — ● ROSE P. NAKAI — □ DONATO E. LORENZO
- VIII: ROSALIE NISHIDA ○, ALYTHER CUMMINGS ○, ALVAH KOESTER ○, JENNELL PAIKAI □, CYRILLA PADILLA ○, JAKE PAIKAI □
- WINDYCESLAU D. LORENZO ■ (KAMEHAMEHA VI) — LYNN-DUNELL M. KAHALE ○ ; LENORA MARS ○ , RANDY LORENZO ○ — □
- IX: TERRY-LEE L. LORENZO ● — PHILLIP TAYLOR □ ; ANTHONY L. LORENZO ■ — LAURA LUDINGTON ○ ; BRYCEN K. LORENZO □ ; CHARMAY M. LORENZO □ ; AKONE ■
- X: ALTON E. LORENZO ■ — MICHELLE ○ ; BABY MAKANI ■ ; AUSTIN J. LORENZO ■ ; TIA-LYNN LORENZO ●

NOTE: MALE □   FEMALE ○

3 of 10 pgs.

Prepared by Dr. Cecil B. Jacobson

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2008 JUN 30 PM 1:53

J. CHEONG
CLERK

Windyceslau D. Lorenzo
41-1420 Haunaukoi St.
Waimanalo, Hawaii 96795
Tel. No. 808-265-7584

Petitioner In Pro Se

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF DETERMINATION OF HEIRS<br><br>OF<br><br>KAMEHAMEHA PAIEA<br>(Ka Na'I Aupuni – The Conquieror<br><br>DECEASED | P. No. 08-1-0351<br><br>BIRTH CERTIFICATE OF<br>WINDYCESLAU D. LORENZO<br>(Original Document) |

### BIRTH CERTIFICATE OF WINDYCESLAU D. LORENZO
### (Original Document)

4 of 10 JM

# In the Circuit Court of the Fifth Circuit.
## Territory of Hawaii.

AT CHAMBERS.   IN PROBATE.

IN THE MATTER OF THE GUARDIANSHIP

of

LUCY PUUWAIMAEMAE NAKAI alias
LUCY PUUWAIMAEMAE HALEMANU,

A Minor.

Order Appointing Guardian.

Whereas, **LILIA HALEMANU** has on the 14th day of October A.D. 193_2_ made application by petition to HON. WILLIAM C. ACHI Judge of the Circuit Court of the Fifth Circuit, sitting in probate, for the appointment of _____ of herself as Guardian of the property and estate of said

LUCY PUUWAIMAEMAE NAKAI, alias LUCY PUUWAIMAEMAE HALEMANU, minor child of Charles Lima and Nicholas Nakai,

Now, on this 14th day of October A.D. 193_2_, said Judge proceeded to the hearing of the said application, when it appeared to said Judge upon examination, that the said minor has no Guardian legally appointed, that said minor is a resident of Kalaheo, Kauai, Territory of Hawaii and has ...... estate within this Territory which needs the care and attention of some fit and proper person and that the age of said minor is as follows:

November 10, 1919, now about 12 years of age

That it is necessary and convenient that a Guardian be appointed of the ............. estate of the said minor, and that said LILIA HALEMANU is a fit and proper person to be such Guardian, and said LILIA HALEMANU consenting.

It is hereby ordered, that said LILIA HALEMANU be, and is hereby appointed Guardian of the person and estate of said minor

LUCY PUUWAIMAEMAE NAKAI alias LUCY PUUWAIMAEMAE HALEMANU

and that letters of Guardianship of said minor be issued to her upon her giving bond in the penal sum of One Hundred ($100) Dollars, conditioned in accordance with law.

Dated at Lihue, Kauai, this 14th day of October A.D. 193_2_.

Attest:
_____
Clerk of the Circuit Court of the Fifth Circuit

_____
Judge of the Circuit Court of the Fifth Circuit

5 of 10 pgs.

Windyceslau D. Lorenzo
41-1420 Haunaukoi St.
Waimanalo, Hawaii 96795
Tel. No. 808-265-7584

Petitioner In Pro Se

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2008 JUN 30 PM 1:53

J. CHEONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF DETERMINATION OF HEIRS<br><br>OF<br><br>KAMEHAMEHA PAIEA<br>(Ka Na'i Aupuni – The Conquieror<br><br>DECEASED | P. No. 08-1-0351<br><br>BIRTH CERTIFICATE OF<br>ROSE P. NAKAI<br>(Original Document) |

BIRTH CERTIFICATE OF ~~WINDYCESLAU D. LORENZO~~ Rose P. Nakai  W.L.
(Original Document)

"Sealed pursuant to HRS 560:1-311"

Windycastle D. Moreno
41-1420 Haunaukoi St.
Waimanalo, Hawaii 96795
Tel. No. 808-265-7584

Petitioner In Pro Se

FIRST CIRCUIT COURT
STATE OF HAWAII

2008 JUN 30 PM 1:54

J. CHEONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF DETERMINATION OF HEIRS<br><br>OF<br><br>KAMEHAMEHA PAIEA<br>(Ka Na'I Aupuni – The Conqueror<br><br>DECEASED | P. No. **08-1-0351**<br><br>MARRIAGE CERTIFICATE OF<br>NICHOLAS NAKAI AND<br>ADELINE POEPOE<br>(Original Document) |

**MARRIAGE CERTIFICATE OF NICHOLAS NAKAI
AND
ADELINE POEPOE
(Original Document)**

"Sealed pursuant to HRS 560:1-311"

...........elo, Hawaii 96795
Tel. No. 808-265-7584
Petitioner in Pro Se

2008 JUN 30 PM 1:54

J. CHEONG
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF DETERMINATION OF HEIRS<br><br>OF<br><br>KAMEHAMEHA PAIEA<br>(Ka Na'i Aupuni – The Conquieror<br><br>DECEASED | P. No. 08-1-0351<br><br>DEATH CERTIFICATE OF<br>GULSTON G. POEPOE<br>(Original Document) |

<u>DEATH CERTIFICATE OF GULSTON G. POEPOE</u>
(Original Document)

"Sealed pursuant to HRS 560:1-311"

KA NUPEPA KUOKOA
November 21, 1919

# HALA IA PUA ALII KAMEHAMEHA
## This Kamehameha Chiefly Offspring Is Gone
### (Moses Keaulana)

Ua hanauia o Moses Keaulana ma Koleaka, Honolulu i ka 1876, ua piha iaia na makahiki he 43 a oi. Penei ke kuauhau.

Moses Keaulana was born in Koleaka, Honolulu, in 1876; he had reached the age of 43 and more. Here is his genealogy.

O Kamehameha Paiea (Ka Na'i Aupuni) ka i noho wahine ia Kauhilanimaka, hanau o Kahiwa Kanekapolei* ma Hilo, Hawaii. (Kauhilanimaka (w), oia ke kaikoeke ponoi o Kanekapolei mua, wahine a Kamehameha I, me o kona kaikunane ia oia o Kalamakuikeao, kane elua a Kauhilanimaka, a pela i heaia ai ka inoa o Kanekapolei maluna o keia kaikamahine.)

Kamehameha Paiea (The Conqueror) is the one who married Kauhilanimaka and was born Kahiwa Kanekapolei in Hilo, Hawaii. (Kauhilanimaka (w), she is the true sister-in-law of Kanekapolei I, wife of Kamehameha I, with her brother, that is Kalamakuikeao, second husband of Kauhilanimaka and thus was this daughter called by the name Kanekapolei.)

O Kahiwa Kanekapolei noho kane ia Kahaaualani, hanau o Kalamakuikeao Kaahiki (k) a me kona mau kaikuahine, na kupunawahine o ka ohana Palmer Wood, Ebena Low, ka ohana Purdy ame ka ohana o Samuel Parker.

Kahiwa Kanekapolei married Kahaaualani and was born Kalamakuikeao Kaahiki (k) and his sisters, the grandmothers of the Palmer Wood family, Eben Low, the Purdy family, and the family of Samuel Parker.

O Kalamakuikeao Kaahiki noho wahine ia Luhia ma Waipio, hanau o Maile Kualaau (w), noho kane o Maile Kualaau me G. W. Poepoe o Kohala, Hawaii, he hopo Kahukula mua no na kula Hawaii, hanau o Lapaela Benj. Kaiminaauao Poepoe, John Edward Kapukuniahi Poepoe, Olopana-Nui-Akea Kalamakuikeao Poepoe (K.G.P.); Kalamakuikeao Poepoe mare me Maile Napuaelua, hanau o John Edward Poepoe me Adelina Puuwai Msemae Poepoe, ka elima o na hanauna ke heluia mai ia Kamehameha mai.

Kalamakuikeao Kaahiki married Luhia in Waipio and was born Mary Kualaau (w). Mary Kualaau married G. W. Poepoe of Kohala, Hawaii, an early assistant principal of the Hawaiian schools and was born Lapaela Benj. Kaiminaauao Poepoe, John Edward Kapukuniahi Poepoe.

*She is also the mother of Kepelino, secretary to Queen Emma and an important writer in his own right.

48

Olopana-Nui-Akea Kalamakuikeao Poepoe (K.O.P); Kalamakuikeao Poepoe married Mary Napuaelua and was born John Edward Poepoe and Adelina Puuwai Maemae Poepoe, five generations that can be counted from Kamehameha.

Noho hou o Malie Kualaau i ke kane elua, oia o Mikaela Kahele Kaunuu olelo Kaulana, he luna kena kanaka no ka Hui Mokuahi o Waila, hanau o Hookuli (w), Moses Kesulana, Emelekiana (w), ame Bruno Kaluakini. Nolaila he kaikaina no'u kuu pokii na ka makuahine hookahi, a na makuakane elua, ako, ua luhi a ua hanai keiki ponoi ia o a'u kuu pokii ahiki i kona nui ana. Hookahi, aole mea i lohe hou ia mai nona mahope iho o kona hele ana i ke kahua kaua weliweli ma Palani me na pualikoa Amerika. Aole oia i ike ia na maka o kona hanau mua a hala aku la.

Mary Kualaau married again, to a second husband who is Mikaela Kahele Kaunuu, called Kaulana; Kaulana was a boss for the Wilder Steamship Company; born were Hookuli (w), Moses Kesulana, Emelekiana (w), and Bruno Kaluakini. Therefore, a younger brother for me, my favorite, by the same mother and by the two husbands; but he was reared and adopted as my own child until he grew up my favorite. Another beloved, my younger brother, lives in the land of no parents, that is Bruno Kaluakini; he was never heard from again after he left for that dreaded battlefield in France with the American Armed Forces. He has not been seen by the eyes of his eldest brother as time has passed.

Ua haalele iho kuu mulipokii i kona hoapili he wahine ame ka laua mau lei aloha, Myron Kalamakuikeao, Silvester Haui, Step Peter ame Mary Uluhani.

My favorite younger brother leaves his close companion, a wife and their loving children Myron Kalamakuikeao, Silvester Haui, Step Peter, and Mary Uluhani.

By his elder brother
Gulstan K. Poepoe