**Exhibit B**

DNA COMPREHENSIVE REPORT

This exhibit consists of the Declarant's DNA Comprehensive Report, submitted biological evidence supporting the genealogical lineage stated in the Declaration of Lineal Descent. The report is attached in full and remains unaltered from its original form.




# Comprehensive Case Report

GABRIELLA ESTRELLA VARGAS
Forensic Investigative Genetic Genealogist • Cold Case Investigator
[illegible] • 650-430-4707

**Windyceslau D. Lorenzo**
Kingdom of Hawai'i
111 Hekili Street, Box 610
Kailua, Oahu Hi. 96734

Mar 2, 2024

Dear Mr. Lorenzo,

Through extensive research, I have established evidentiary proof that your ancestral lineage leads directly to King Kamehameha I - The Conqueror. You are a direct descendant of the heir, by way of 5th great grandson. The information provided within this report can be used as evidence, in a court of law, for the purpose of establishing the truth.

Enclosed you will find the following:

1. Background information provided to me
2. The pedigree of Windyceslau D. Lorenzo
3. Ancestral documents (If available)
4. A statement of facts leading to my conclusion
5. Affidavit of Gabriella Estrella Vargas
6. Certification of Notary Public

## Background

In the fall of 2023, Mr. Lorenzo requested my services in an effort to establish whether or not he is a direct descendant of King Kamehameha I - The Conqueror. I was provided with a 121 page document that included a press release and a proclamation to the world. I reviewed the previously established genealogy in this case, but solely based my conclusion on my own independent research.

### Pedigree of Windyceslau D. Lorenzo
### Ancestral lineage to King Kamehameha I - The Conqueror




Ancestral Documents

## Ancestral Documents

I was able to find additional evidence proving that Mr. Lorenzo shares more than expected Kamehameha DNA. This is due to the fact that Kahiwa married her half brother Kahaaulani, both children of King Kamehameha I - The Conqueror, and because Joseph Nakai was the 4th great grand nephew of King Kamehameha I - The Conqueror.

## Statement of Facts

After extensive research, I affirm that Windyceslau D. Lorenzo is a direct descendant of King Kamehameha I - The Conqueror and should be recognized as His Royal Majesty, King Kamehameha VI. Documentation found in the USA and Hawaiian archives provides evidence to support my conclusion and confirm my findings. It should be noted that my research was done independent of any previous genealogical research conducted.

AFFIDAVIT OF GABRIELLA ESTRELLA VARGAS

I, the undersigned, do hereby swear, certify, and affirm that:

1. I am over the age of 18 and a resident of the state of California. I have personal knowledge of the facts in this affidavit, and, if called as a witness, could testify competently about them.

2. I am currently living at: 1010 1st st, Escalon, California 95320.

3. My educational background is in Administration of Justice and Criminology. I have spent my professional career working for the California court system, independent law firms, as well as insurance and finance firms.

4. I have taught IGG fundamentals, best research practices and procedures, DNA data analysis, and have trained new genealogists. Through extensive and skilled genealogical research and analysis, I have successfully provided law enforcement with over 50 crime-solving investigative leads.

5. I am a court certified expert in the field of investigative genetic genealogy and have testified in open court. I have been featured on multiple media outlets, including CBS 48 Hours, and currently have additional productions in the works.

6. I was contacted by Windyceslau D. Lorenzo in an effort to confirm his relationship to King Kamehameha I - The Conqueror. I reviewed the previously established pedigree and documentation for Mr. Lorenzo prior to beginning my research.

7. After extensive research, I have independently concluded that Windyceslau D. Lorenzo is in fact a direct descendant of King Kamehameha I - The Conqueror, within 5 generations. He is genetically the 5th great grandson of the heir.

Signature

March 2, 2024
Date

# CERTIFICATION OF NOTARY PUBLIC

See attached California compliant notarial certificate.

# CALIFORNIA JURAT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF San Joaquin }

Subscribed and sworn to (or affirmed) before me on this 2nd day of March, 2024

by GABRIELLA ESTRELLA

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: [signature]

Name: Jeffery Miller

Commission Expires: 01/26/2025

JEFFERY MILLER
COMM. #2343413
Notary Public - California
San Joaquin County
My Comm. Expires Jan. 26, 2025



OPTIONAL INFORMATION

Although not required by California law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

Title of document: Comprehensive Care Order

Containing 6 pages, and dated 03-02-2024

**MILLER NOTARY SERVICES**
**WWW.MILLERNOTARY.COM**
**209-986-7520**