**Exhibit C**


GENEALOGICAL LINEAGE CHART

## Background

In the fall of 2023, Mr. Lorenzo requested my services in an effort to establish whether or not he is a direct descendant of  King Kamehameha I - The Conqueror. I was provided with a 121 page document that included a press release and a proclamation to the world. I reviewed the previously established genealogy in this case, but solely based my conclusion on my own independent research.

### Pedigree of Windyceslau D. Lorenzo
### Ancestral lineage to King Kamehameha I - The Conqueror



Colored boxes distinguish Blue = Male Pink = Female,
as well as path of direct lineage from,
Windyceslau D. Lorenzo to Kamehameha I - The Conqueror.

**Ancestral Documents**

Confidential and Proprietary Information      Page 3