**Exhibit D**

Historical notes on the Kamehameha lineage

This Exhibit D provides historical context for the Ali'I genealogy referenced in the Declaration of Lineal Descent, including the relationship between Kamehameha I, Kauhilanimaka, Kahiwa Kanekapolei, and Kaha'aualani.

This lineage is consistent with the genealogical records of the Kingdom of Hawaii Board of Genealogy and supported by the kinship patters identified in Kamehameha's Children Today by Edith McKinzie's, published genealogies.

These notes stated above are included to support the genealogical chain and provide clarity for future reference in public records.



UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., | Civil Case No.: 1:25-cv-00450-MWJS-RT |
| Plaintiff, | Certificate of Service |
| V. | |
| TRUSTEES OF THE BERNICE PAUAHI BISHOP, et al., | |
| Defendants, | |

Certificate of Service

"I hereby certify that on this 30th day of January 2026, a true and correct copy of the foregoing Motion for Leave to file Amicus Curiae Brief including Exhibit A (Amicus Brief) Exhibit B (Declaration of Descent), was served upon the following counsel of record via U.S. First class mail, postage prepaid, at the addresses listed below.

Counsel for Plaintiff:
Jesse D. Franklin-Murdock
DHILLON LAW GROUP INC.
Honolulu, HI. 96813

J. Michael Connolly / Thomas R. McCarthy
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700

Attorneys for Defendant Kamehameha
(Kamehameha Schools Trustees)
Joachim P. Cox
COX FRICKE LLP
800 Bethel St, Suite 600
Honolulu, HI 96813

Counsel for Intervenor - (Dr. Keanu Sai)
Edward Halealoha Ayau, Esq.
2 Nanea Street
Hilo, HI 96720

_/s/ Windyceslau D. Lorenzo_
Windyceslau D. Lorenzo