Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD
HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Hawaiian Kingdom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P.,<br>                    *Plaintiffs,*<br><br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>                    *Defendant.* | Case No. 1:25-cv-450-MWJS-RT<br><br>**HAWAIIAN KINGDOM'S MOTION FOR RECONSIDERATION**<br><br>Judge: Honorable Micah W. J. Smith<br><br>Magistrate Judge: Honorable Rom A. Trader |

COMES NOW the Council of Regency in its official capacity as the government of the Hawaiian Kingdom, by and through their undersigned attorney hereby files this motion for reconsideration pursuant to Federal Rule of Civil Procedure 59 and 60, as applied through Local Rule 60.1(c). The motion for reconsideration is made on the grounds that this Court committed a manifest error of law and fact.

Respectfully submitted this __ of January, 2026.

By:

   s/ Edward Halealoha Ayau
Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Hawaiian Kingdom*