Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD
HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Non-Party Intervenor Council
of Regency of the Hawaiian Kingdom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P.,<br>　　　　*Plaintiffs,*<br><br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>　　　　*Defendant.* | Case No. 1:25-cv-450-MWJS-RT<br><br>**PROPOSED ORDER GRANTING HAWAIIAN KINGDOM'S MOTION FOR RECONSIDERATION** |

Before the Court is the Council of Regency of the Hawaiian Kingdom's Motion for Reconsideration. Having carefully reviewed the filings, it is hereby ORDERED the Motion for Reconsideration is GRANTED.

Dated this 3rd of February, 2026.

By:

   <u>s/ Edward Halealoha Ayau</u>
  Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for* Non-Party Intervenor Council
Of Regency of the Hawaiian Kingdom