Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD
HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Non-Party Intervenor Council
of Regency of the Hawaiian Kingdom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs,* v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant.* | Case No. 1:25-cv-450-MWJS-RT  **CERTIFICATE OF COMPLIANCE** |

1. The Motion for Reconsideration filed on February 3, 2026, in the above-captioned matter, complies with the type-volume limit to Local Rule 7.4 because the Motion for Reconsideration contains 65 words and its accompanying Memorandum of Law in Support of the Motion for Reconsideration contains 5,969 words.

2. These documents comply with the typeface and type style requirements of local rules because these documents have been prepared in a proportionally spaced typeface using Word, Office version 2025, in 14-point Times New Roman style type.

3. This brief has been scanned for viruses and is virus-free.

Dated this 3rd of February, 2026.

By:
   <u>s/ Edward Halealoha Ayau</u>
  Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Non-Party Intervenor Council*
*of Regency of the Hawaiian Kingdom*