Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD
HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Non-Party Intervenor Council
of Regency of the Hawaiian Kingdom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs,* v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant.* | Case No. 1:25-cv-450-MWJS-RT **CERTIFICATE OF SERVICE** |

1. I hereby certify that on February 3, 2026, the following documents were electronically served upon the attorney(s) listed below via PACER electronic service, pursuant to Rule 5(b) Fed. R. Civ. P., as indicated:

    a. Hawaiian Kingdom's Motion for Reconsideration

    b. Hawaiian Kingdom's Memorandum of Law in Support of Motion for Reconsideration

    c. Declaration of Dr. David Keanu Sai with Exhibits 1-4

    d. Declaration of Professor Niklaus Schweizer with Exhibit 1

    e. Declaration of Professor Federico Lenzerini with Exhibit 1 and 2

2. Persons served:

Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
Adam K. Mortara*

LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Attorneys for Plaintiff*
STUDENTS FOR FAIR ADMISSIONS

COX FRICKE LLP
JOACHIM P. COX 7520-0
jcox@cfhawaii.com
KAMALA S. HAAKE 9515-0
khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

QUINN EMANUEL URQUHART & SULLIVAN, LLP
JOHN F. BASH (Pro Hac Vice)
johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
ELLYDE R. THOMPSON (Pro Hac Vice)
ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016
WILLIAM A. BURCK (Pro Hac Vice)
williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

*Attorneys for Defendants*
TRUSTEES OF THE ESTATE OF

BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

Dated this 3rd of February, 2026.

    By:
        <u>s/ Edward Halealoha Ayau</u>
        Edward Halealoha Ayau, Esq. (HI 5013)
        LAW OFFICE OF EDWARD HALEALOHA AYAU
        2 Nanea Street
        Hilo, HI 96720
        (808) 646-9015
        halealohahapai64@gmail.com

        *Counsel for Non-Part Intervenor Council of Regency of the Hawaiian Kingdom*