Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com

*pro hac vice*

Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, <br> v. <br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT <br><br> **STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

## STIPULATION TO FILE SECOND AMENDED COMPLAINT

Plaintiffs, STUDENTS FOR FAIR ADMISSIONS, B.P., and I.P., and Defendant, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, through counsel, hereby stipulate as follows:

1. Plaintiff SFFA filed the original complaint on October 20, 2025 (Doc.1).

2. With Defendant's consent, Plaintiffs filed an amended complaint, adding B.P. and I.P. as plaintiffs, on December 1, 2025 (Doc.36).

3. Defendant has not yet filed an answer or a motion to dismiss.

4. In negotiations with counsel, Defendant revealed that it plans to file a motion to strike certain allegations in the amended complaint. Plaintiffs believe that motion would be meritless. But to avoid litigation over a motion to strike, Plaintiffs have agreed to amend the complaint as outlined in the attached proposed second amended complaint. Defendant agrees that, if the complaint is so amended, Defendant will not file a motion to strike.

5. Defendant's position is that the deleted allegations are "redundant, immaterial, impertinent, or scandalous." Fed. R. Civ. P. 12(f). Defendant thus stipulates that it will not argue that the absence of these allegations makes Plaintiffs' complaint deficient under FRCP 12(b). Defendant further agrees, in the event that the Court finds the second amended complaint to be deficient due to the absence of

allegations removed pursuant to this stipulation, Defendant will not oppose any further amendment that Plaintiffs may propose to restore the relevant allegations.

6.  NOW, THEREFORE, the parties stipulate that Plaintiffs be granted leave to file an amended complaint, a proposed copy of which is attached to this stipulation. If the Court approves this stipulation, Plaintiffs will file the amended complaint by the next business day.

7.  The parties continue to discuss a deadline and briefing schedule for Defendant's response to Plaintiffs' Second Amended Complaint. In advance of the Rule 15 response date to Plaintiffs' Second Amended Complaint, the parties will update the Court with a request for approval of their agreed upon responsive deadline and briefing schedule or the need for the Court's assistance to resolve a deadline for Defendant's response to Plaintiffs' Second Amended Complaint.

8.  This is the second stipulation to file an amended complaint submitted in connection with this litigation.

Dated: February 10, 2026

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock (10778)
Adam K. Mortara (Pro Hac Vice)
Thomas R. McCarthy (Pro Hac Vice)
J. Michael Connolly (Pro Hac Vice)
Cameron T. Norris (Pro Hac Vice)
R. Gabriel Anderson (Pro Hac Vice)
Julius I. Kairey (Pro Hac Vice)

Attorneys for Plaintiffs

/s/ *Joachim P. Cox*
Joachim P. Cox
Kamala S. Haake
William A. Burck (Pro Hac Vice)
John F. Bash (Pro Hac Vice)
Ellyde R. Thompson (Pro Hac Vice)

Attorneys for Defendants

APPROVED AND SO ORDERED.

DATED: February 11, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith
Micah W.J. Smith
United States District Judge

_____
JUDGE OF THE ABOVE-ENTITLED COURT

In the United States District Court for the District of Hawaiʻi; Civil No. 1:25-cv-00450-MWJS-RT; *Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; STIPULATION TO FILE SECOND AMENDED COMPLAINT