## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2026, I caused a true and correct copy of the foregoing Amicus Curiae Brief in Support of Reconsideration to be served upon all parties of record via the Court's CM/ECF system, including:

Edward H. Ayau – halealohapapai64@gmail.com

Joachim P. Cox – jcox@cfhawaii.com

Clarence Dias – clarsen-dias@cfhawaii.com

Gavin Lowell – glawlor@cfhawaii.com

James Dougherty – jdougherty@cfhawaii.com

Nancy Rarris – nfarris@cfhawaii.com

Jesse Franklin-Murdock – jfm@dhillonlaw.com

13

Tetsuya Okuyama – tyokoyama@dhillonlaw.com

R. Gabriel Anderson – gabe@consovoymccarthy.com

Cameron T. Norris – cam@consovoymccarthy.com

J. Michael Connolly – mike@consovoymccarthy.com

Julius Kairey – julius@consovoymccarthy.com

Thomas R. McCarthy – tom@consovoymccarthy.com

Adam K. Mortara – mortara@lawfairllc.com

Ellyde R. Thompson – ellydethompson@quinnemanuel.com

John Bash – johnbash@quinnemanuel.com

William Burck – williamburck@quinnemanuel.com

Ryan MacKenzie Proctor – ryan@consovoymccarthy.com

I further certify that any party not registered for electronic service was served by United States Mail, postage prepaid.

Respectfully submitted,

_____

Prince Niʻi Loa ~ Kapu Moe Kamehameha

Amicus Curiae, Pro Se

770 Haʻikū Road #355

Haʻikū, Hawaiʻi 96708

Telephone: 808-446-2270

Email: Kapucrownembassy@proton.me

15