COX FRICKE LLP
A Limited Liability Law Partnership LLP

JOACHIM P. COX             7520-0
   jcox@cfhawaii.com
KAMALA S. HAAKE          9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

QUINN EMANUEL URQUHART & SULLIVAN, LLP

JOHN F. BASH (*Pro Hac Vice*)
   johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701

ELLYDE R. THOMPSON (*Pro Hac Vice*)
   ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

WILLIAM A. BURCK (*Pro Hac Vice*)
   williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>STIPULATION TO CONFIRM BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO PROCEED USING INITIALS AND DEFENDANTS' CROSS-MOTION TO COMPEL PLAINTIFFS TO IDENTIFY THEMSELVES, AND ORDER<br><br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None |

**STIPULATION TO CONFIRM BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO PROCEED USING INITIALS AND DEFENDANTS' CROSS-MOTION TO COMPEL PLAINTIFFS TO IDENTIFY THEMSELVES, AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P., by and through her next of friend and mother, B.P. and B.P. ("Plaintiffs") and Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, pursuant to LR7.1, LR7.2 and LR7.7, as follows:

2

WHEREAS, on January 21, 2026, Plaintiffs filed their Motion to Proceed Using Initials [Dkt. 54];

WHEREAS, during the January 26, 2026 Status Conference with this Court, Kamehameha Schools identified its plan to oppose Plaintiffs' Motion to Proceed Using Initials with a Cross-Motion to Compel Plaintiffs to Identify Themselves (collectively the "Cross-Motions"). Following the Court's discussion with the Parties related to the potential hearing date and a briefing schedule related to the Cross-Motions, the Court issued its minutes of the Status Conference directing the Parties to meet and confer regarding a reasonable but expeditious briefing schedule related to the Cross-Motions [Dkt. 64];

WHEREAS, in coordination with this Court to set a hearing on the Cross-Motions, Plaintiffs and Kamehameha Schools identified a preferred hearing date of March 30, 2026;

WHEREAS, in advance of the March 30, 2026 hearing date on the Cross-Motions and in accordance with this Court's directive within its minutes of the Status Conference [Dkt. 64], the Parties met and conferred regarding a reasonable but expeditious briefing schedule.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, as follows:

1. On February 18, 2026, Kamehameha Schools shall file its Opposition to Plaintiffs' Motion to Proceed Using Initials and Cross-Motion to Compel Plaintiffs to Identify Themselves.

2. On March 6, 2026, Plaintiffs shall file their Opposition to Kamehameha Schools' Cross-Motion to Compel Plaintiffs to Identify Themselves and Reply in Support of Plaintiffs' Motion to Proceed Using Initials.

3. On March 16, 2026, Kamehameha Schools shall file its Reply in Support of Kamehameha Schools' Cross-Motion to Compel Plaintiffs to Identify Themselves.

DATED: Honolulu, Hawaiʻi, February 11, 2026.

*/s/ Joachim P. Cox*
JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

*/s/ Jesse D. Franklin-Murdock*
JESSE D. FRANKLIN-MURDOCK
THOMAS R. McCARTHY (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
ADAM K. MORTARA (*pro hac vice*)
JULIUS I. KAIREY (*pro hac vice*)
PATRICK STRAWBRIDGE *(pro hac vice)*
Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother; B.P. and B.P.

APPROVED AND SO ORDERED.

DATED: February 11, 2026, at Honolulu, Hawaiʻi.



JUDGE OF THE ABOVE-ENTITLED COURT

In the United States District Court for the District of Hawaiʻi; Civil No. 1:25-cv-00450-MWJS-RT; *Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; STIPULATION TO CONFIRM BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO PROCEED USING INITIALS AND DEFENDANTS' CROSS-MOTION TO COMPEL PLAINTIFFS TO IDENTIFY THEMSELVES, AND ORDER.