Edward Halealoha Ayau, Esq. (HI 5013)
LAW OFFICE OF EDWARD
HALEALOHA AYAU
2 Nanea Street
Hilo, HI 96720
(808) 646-9015
halealohahapai64@gmail.com

*Counsel for Non-Party Intervenor Council
of Regency of the Hawaiian Kingdom*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P.,<br>*Plaintiffs,*<br><br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>*Defendant.* | Case No. 1:25-cv-450-MWJS-RT<br><br>**ORDER GRANTING HAWAIIAN KINGDOM'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION [DOC. 71] FILED FEBRUARY 3, 2026** |

Before the Court is the Council of Regency of the Hawaiian Kingdom's Motion for Leave to File Supplemental Brief in Support of Motion for Reconsideration. Having carefully reviewed the filings, it is hereby ORDERED the Motion for Leave is GRANTED.

Dated this __ of _____, 202__.

_____
Honorable Judge Micah W.J. Smith