Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice*

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT **PLAINTIFFS' PARTIALLY OPPOSED MOTION FOR EXTENSION OF PAGE LIMITS** Judge Micah W.J. Smith |

Plaintiffs, Students for Fair Admission, B.P., and I.P., respectfully move to extend the length of their combined reply in support of B.P. and I.P.'s motion to proceed using initials (Doc.54) and opposition to Defendant's cross-motion to dismiss SFFA for lack of standing (Doc.84) to the greater of 25 pages or 6,250 words.

1. Under Local Rule 7.4, a brief in support of or opposition to a motion must not exceed the greater of 25 pages or 6,250 words. LR7.4(a), (b). A reply in support of a motion must not exceed the greater of 15 pages or 3,750 words. LR7.4(c).

2. Under Local Rule 7.7, a brief that is both a reply in support of a motion and an opposition to a counter motion on "the same subject matter" must follow the same page limit as an ordinary reply—the greater of 15 pages or 3,750 words. This limit can be extended with "leave of court." LR7.7.

3. Following the January 26, 2026, status conference (Doc.64), this Court ordered that briefing on Plaintiffs' motion for B.P. and I.P. to proceed using initials and on Defendant's counter motion would follow the requirements of Local Rule 7.7. EO (Doc.65).

4. On February 18, 2026, Defendant filed a memorandum that (1) opposed Plaintiffs' motion for B.P. and I.P. to proceed using their initials for the duration of this case, (2) moved to dismiss Plaintiffs' complaint because it does not reveal B.P.

1

and I.P.'s full names, and (3) moved to dismiss SFFA for lack of standing because the complaint does not reveal the full names of all its standing members. (Doc.84).

5. Plaintiffs' joint reply in support of their motion and response in opposition to Defendant's counter motion is due on March 6, 2026. *See* Doc.80 at 4. Per this Court's order invoking LR 7.7, that joint filing must not exceed the greater of 15 pages or 3,750 words.

6. Good cause exists to extend the page limit. After reviewing Defendant's cross-motion, it is now clear that the cross-motion does not concern "the same subject matter," and so LR 7.4, and not LR 7.7, is the more apt fit. Defendant's counter motion is not simply the mirror image of B.P. and I.P.'s motion to proceed using initials. It raises a distinct issue against SFFA, which was not party to B.P. and I.P.'s original motion, that alleges a lack of "standing" unrelated to Rule 10(a) and the pseudonymity of individual plaintiffs. An extended page limit is warranted to fully address this new issue. Further, whether B.P. and I.P.'s need for anonymity outweighs any prejudice to Defendant and the public interest is an important issue that's addressed at length in Defendant's filing. An extended page limit is warranted to properly ventilate this issue as well, while also giving the Court sufficient arguments and authorities on the separate standing objection raised against SFFA.

7. Plaintiffs therefore respectfully request that the Court extend the page limit for their joint response and reply to the greater of 25 pages and 6,250 words.

8. Defendant consents to an extension only up to 20 pages and 5,000 words and only if Defendant receives the same extension on its forthcoming reply. If this Court extends the length of Plaintiffs' combined reply and opposition, Plaintiffs do not oppose extending Defendant's forthcoming reply to 20 pages and 5,000 words—a shorter extension than Plaintiffs request here, since that filing is only a reply and not a combined reply and cross-opposition.

## CONCLUSION

This Court should extend the page limit for Plaintiffs' joint response and reply to the greater of 25 pages or 6,250 words.

| Dated: February 25, 2026 | Respectfully submitted, |
|---|---|
| /s/ *Jesse D. Franklin-Murdock* | Thomas R. McCarthy* |
| Jesse D. Franklin-Murdock (10778) | Patrick N. Strawbridge* |
| DHILLON LAW GROUP INC. | J. Michael Connolly* |
| 500 Ala Moana Blvd., Ste. 7400 | Cameron T. Norris* |
| Honolulu, HI 96813 | R. Gabriel Anderson* |
| Tel: (415) 433-1700 | Julius I. Kairey* |
| Fax: (415) 520-6593 | Ryan M. Proctor* |
| jfranklin-murdock@dhillonlaw.com | CONSOVOY MCCARTHY PLLC |
| | 1600 Wilson Boulevard, Suite 700 |
| Adam K. Mortara* | Arlington, VA 22209 |
| LAWFAIR LLC | (703) 243-9423 |
| 40 Burton Hills Blvd., Ste. 200 | tom@consovoymccarthy.com |
| Nashville, TN 37215 | patrick@consovoymccarthy.com |
| (773) 750-7154 | mike@consovoymccarthy.com |
| mortara@lawfairllc.com | cam@consovoymccarthy.com |
| | gabe@consovoymccarthy.com |
| | julius@consovoymccarthy.com |
| | ryan@consovoymccarthy.com |

*pro hac vice*

*Counsel for Plaintiffs*