COX FRICKE LLP
A Limited Liability Law Partnership LLP

JOACHIM P. COX         7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE      9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276


QUINN EMANUEL URQUHART & SULLIVAN, LLP

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; et al., <br><br>         Plaintiffs, <br><br>     vs. | CIVIL NO. 1:25-cv-00450-MWJS-RT <br><br> DEFENDANT TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS' **FIRST REQUEST FOR** |

| | |
|---|---|
| TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>              Defendant. | **PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS STUDENTS FOR FAIR ADMISSIONS, I.P. AND B.P.**<br><br>CERTIFICATE OF SERVICE [Below]<br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None |

**DEFENDANT TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS STUDENTS FOR FAIR ADMISSIONS, I.P. AND B.P.**

TO:      JESSE D. FRANKLIN-MURDOCK
           *jfranklin-murdock@dhillonlaw.com*
           DHILLON LAW GROUP INC.
           500 Ala Moana Blvd., Suite 7-400
           Honolulu, HI 96813

           Attorneys for Plaintiffs
           STUDENTS FOR FAIR ADMISSIONS,
           I.P. and B.P.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure ("FRCP"), Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS requests that Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P. and B.P. ("Plaintiffs") produce and permit the inspection and copying of the documents and things requested herein.

IT IS REQUESTED, pursuant to FRCP Rule 34, that Plaintiffs

produce the requested documents and other things for the purpose of inspecting and copying to the offices of Cox Fricke LLP, 800 Bethel Street, Suite 600, Honolulu, Hawai'i 96813, within thirty (30) days after receipt of this Request or at such other times or places as may be agreed upon by the parties.

Pursuant to FRCP Rule 26(e), the Request shall be deemed continuing so as to require supplemental production of documents and things if Plaintiffs or their attorneys obtain further information on the matters covered by the request propounded herein between the time the documents are served and the time of trial.

## INSTRUCTIONS

You are required to search your records and files in order to obtain all documents requested.

1. In producing these documents, you are requested to furnish all documents known or available to you regardless of whether these documents are possessed directly by you, or by your attorneys or their agents, employees, representative(s) or investigators.

2. If any of these documents cannot be produced in full, produce to the extent possible, specifying your reasons for your inability to produce the remainder and stating whatever information, knowledge or belief you do have concerning the unproduced portion.

3. If any documents or things requested were at one time in

existence, but are no longer in existence, please so state, specifying for each document or thing:

        a.     the type of document or thing,

        b.     the types of information contained thereon,

        c.     the date upon which it ceased to exist,

        d.     the circumstances under which it ceased to exist,

        e.     the identity of all persons having knowledge of the circumstances under which it ceased to exist, and

        f.     the identity of all persons having knowledge or who had knowledge of the contents thereof.

4.     If you withhold any document on the ground of privilege or for any other legal reason provided by the governing rules of civil procedure, it is requested that a sufficient description of such and every document withheld (including, as applicable, the identity of the author, the identity of all recipients of the document, date, and its general subject matter), the legal ground or reason for your refusal to produce, and such other pertinent information about the document withheld to fairly apprise the requesting party(ies) of its nature and the grounds for your refusal to produce.

Draft

<u>DEFINITIONS</u>

As used in this Request, the following words and/or phrases shall have the following meanings:

1.     "YOU," "YOUR," and "PLAINTIFFS" shall refer to Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P. and B.P., and all of its and/or their employees, members, agents, representatives, attorneys, and/or any other persons or entities acting or purporting to act on its behalf, including agents, attorneys and investigators.

2.     "DEFENDANTS" shall refer to Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, and all of its and/or their employees, members, agents, representatives, attorneys, and/or any other persons or entities acting or purporting to act on its behalf, including agents, attorneys and investigators.

3.     "PERSON" is used in the broadest sense of the word, and includes a natural person, firm, association, organization, partnership, business trust, corporation, or public entity.

4.     "CLAIMS" or "ALLEGED DAMAGES" shall mean the facts and allegations of damages or defects as set forth in the Second Amended Complaint filed on February 11, 2026 at Dkt. No. 78 in *Students for Fair Admissions; et al. v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a*

*Kamehameha Schools*, Case No. 1:25-cv-450-MWJS-RT in the United States District Court for the District of Hawaii.

5.     "CONCERN" or "CONCERNING" means directly or indirectly referring to, relating to, regarding, constituting, comprising, containing, setting forth, summarizing, reflecting, stating, describing, recording, noting, embodying, mentioning, studying, analyzing, evidencing, discussing, or evaluating.

6.     "DOCUMENT" and "DOCUMENTS" are used in the broadest sense of the words, and mean anything upon which is recorded any form of data, information, communication, or writing.  This definition includes, but is not limited to, electronically stored information, e-mail, records, reports, papers, documents, photographs, books, letters, notes, memoranda, statements, and video and audio tape recordings.  This definition further includes, without limitation, all copies and all drafts of such Documents.  This definition includes Documents wherever they are stored including, but not limited to, Documents in off-site storage; Documents in the possession of your attorneys or other agents; Documents on the Internet or in online storage, such as Google Drive, Box, iCloud, Dropbox, and similar services; and Documents on phones, tablets, mobile devices, computers, servers, external hard drives, and/or other similar devices.

Each of these definitions and instructions is hereby incorporated into each of the requests to which it pertains.

DATED:  Honolulu, Hawaiʻi, February __, 2026.

/s/ _____
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH
WILLIAM A. BURCK
ELLYDE R. THOMPSON

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

# DOCUMENTS TO BE PRODUCED

1. All DOCUMENTS from August 2022 to the present concerning the educational record of each student described in the Second Amended Complaint, including but not limited to, report cards, school transcripts, attendance records, disciplinary records, standardized test scores, interviews, writing samples, letters of recommendation, counseling records, and/or disciplinary records, that were or could have been submitted and/or reviewed in evaluating the alleged qualification(s) of each student who was or could have been considered for acceptance at Kamehameha Schools ("KS").

   Response:

2. All DOCUMENTS from August 2022 to the present concerning any extracurricular programs or activities in which each student described in the Second Amended Complaint participated, including but not limited to, sports, dance, music, club and/or volunteer opportunities, that were or could have been submitted and/or reviewed in evaluating the alleged qualification(s) of each student who was or could have been considered for acceptance at KS.

   Response:

3. All DOCUMENTS from August 2022 to the present concerning the "many bad experiences with local public schools," as alleged by Family A within paragraph 62 of the Second Amended Complaint.

   Response:

4. All DOCUMENTS from August 2022 to the present concerning Family A's "preference for the daughter to finish her education at [KS]," as alleged within paragraph 62 of the Second Amended Complaint.

   Response:

5. All DOCUMENTS from August 2022 to the present concerning Family A's contention that "Kamehameha would create networking and career opportunities that would benefit the daughter for the rest of her life," as alleged within paragraph 63 of the Second Amended Complaint, including but not limited to, all DOCUMENTS concerning any other school(s) that Family A considered and/or applied to, and why Family A allegedly prefers KS over the other school(s).

   Response:

6. All DOCUMENTS from August 2022 to the present concerning Family A's contention within paragraph 64 of the Second Amended Complaint that the application process at KS would allegedly result in "humiliation" to Family A's daughter, had Family A's daughter applied to KS for the 10th grade.

   Response:

7. All DOCUMENTS from August 2022 to the present concerning Family A's contention within paragraph 64 of the Second Amended Complaint that if Family A's daughter had applied for admission to KS for the 10th grade, the application process would be a "futile process."

   Response:

8. All DOCUMENTS from August 2022 to the present concerning Family A's contention within paragraph 64 of the Second Amended Complaint that "[b]efore the September 2025 deadline, Family A reviewed Kamehameha's application and determined how they would answer each question."

   Response:

9. All DOCUMENTS from August 2022 to the present concerning Family A's contention within paragraph 65 of the Second Amended Complaint that "Family A is ready and able to apply for the daughter to attend Kamehameha Schools at the next opportunity."

Response:


10. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 67 of the Second Amended Complaint that Family B is "extremely unsatisfied with the [public] school's academics and facilities."

Response:


11. All DOCUMENTS from August 2022 to the present concerning what "other options" Family B is considering beyond attending public school, as alleged within paragraph 67 of the Second Amended Complaint, including but not limited to, all DOCUMENTS concerning any other school(s) that Family B considered and/or applied to, and why Family B allegedly prefers KS over the other school(s).

Response:


12. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 69 of the Second Amended Complaint that Family B "cares deeply about [N]ative Hawaiian culture and is drawn to Kamehameha's unique number of high-quality programs, especially in the arts and music."

Response:

Draft

13. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 69 of the Second Amended Complaint that they believe KS "will best prepare their daughter for an economically viable future," including but not limited to, all DOCUMENTS concerning any other school(s) that Family B considered and/or applied to, and why Family B allegedly prefers KS over the other school(s).

Response:

14. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 70 of the Second Amended Complaint that the application process at KS would allegedly result in "humiliation" to Family B's daughter, had Family B's daughter applied to KS.

Response:

15. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 70 of the Second Amended Complaint that if Family B's daughter had applied for admission to KS, the application process would be a "futile process."

Response:

16. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 70of the Second Amended Complaint that "[i]f a court orders Kamehameha to end its discrimination, Family B would apply for their daughter to finish her schooling there[.]"

Response:

17. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 70 of the Second Amended Complaint that "Family B has reviewed Kamehameha's application and determined how they would answer each question."

Response:

18. All DOCUMENTS from August 2022 to the present concerning Family B's contention within paragraph 71 of the Second Amended Complaint that "Family B is ready and able to apply for the daughter to attend Kamehameha Schools at the next opportunity."

Response:

19. All DOCUMENTS from August 2022 to the present concerning the contention within paragraph 79 of the Second Amended Complaint that I.P. "has deep respect and knowledge of Hawaiian culture, language, and history."

Response:

20. All DOCUMENTS from August 2022 to the present concerning the contention within paragraph 80 of the Second Amended Complaint that "I.P.'s knowledge and interest in [N]ative Hawaiian culture is stronger than many of her [N]ative Hawaiian classmates[.]"

Response:

21. All DOCUMENTS from August 2022 to the present concerning the contention within paragraph 81 of the Second Amended Complaint that I.P.'s "teachers discouraged her" from applying to KS.

Response:

22. All DOCUMENTS from August 2022 to the present concerning the contention within paragraph 81 of the Second Amended Complaint that I.P. insisted on applying to KS and I.P.'s "school supported her application because she is a strong student with stellar academics[.]"

Response:

23. All DOCUMENTS from August 2022 to the present concerning the contention within paragraph 83 of the Second Amended Complaint that "I.P. scored well on Kamehameha's test."

Response:

24. All DOCUMENTS from August 2022 to the present concerning I.P.'s application for admission to KS for her 10th grade year, including but not limited to, DOCUMENTS I.P. submitted with her application, or DOCUMENTS submitted by any other person regarding I.P.'s application.

Response:

25. All DOCUMENTS from August 2022 to the present concerning any decision of I.P. and/or B.P. related to why I.P. did not apply for admission to the 11th or 12th grade at KS, as alleged within paragraph 87 of the Second Amended Complaint.

Response:

26. All DOCUMENTS from August 2022 to the present concerning I.P.'s and/or B.P.'s contention in paragraph 87 of the Second Amended Complaint that I.P.'s "status as a non-[N]ative Hawaiian [] made it futile to apply again[.]"

Response:

27. All DOCUMENTS from August 2022 to the present concerning any effort(s) by each student and/or the student's family members, described in the Second Amended Complaint, undertaken to research KS prior to deciding whether or not to apply to KS, including but not limited to, all DOCUMENTS concerning each student's alleged interest and/or the student's family members alleged interest in the student applying for and/or attending KS and/or their participation in *Students for Fair Admissions; et al. v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*, Case No. 1:25-cv-450-MWJS-RT in the United States District Court for the District of Hawaii.

Response:

28. All DOCUMENTS from August 2022 to the present concerning the U.S. Postal Service Zip Code of the residence(s) for each student described in the Second Amended Complaint.

Response:

29. All DOCUMENTS from August 2022 to the present concerning when and/or why each of Family A, Family B, I.P. and B.P. became members of SFFA, including but not limited to, all DOCUMENTS concerning joining SFFA, their membership, payment of any membership fee(s), and terms of membership in SFFA.

Response:

COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                    7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE                   9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276


QUINN EMANUEL URQUHART & SULLIVAN, LLP

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| STUDENTS FOR FAIR ADMISSIONS, I.P. and B.P. | CIVIL NO. 1:25-cv-00450-MWJS-RT |
|---|---|
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | [RE:  DEFENDANT TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a |

| TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, | KAMEHAMEHA SCHOOLS' **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS STUDENTS FOR FAIR ADMISSIONS, I.P. AND B.P.** |
|---|---|
| Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of

Defendant Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha

Schools' **First Request for Production of Documents and Things to Plaintiffs**

**Students for Fair Admissions, I.P. and B.P.** was duly served upon the following

parties via the means and on the date indicated below:

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| JESSE D. FRANKLIN-MURDOCK *jfranklin-murdock@dhillonlaw.com* DHILLON LAW GROUP INC. 500 Ala Moana Blvd., Suite 7-400 Honolulu, HI 96813 | | | ☒ |
| THOMAS R. McCARTHY (*pro hac vice*) *tom@consovoymccarthy.com* J. MICHAEL CONNOLLY (*pro hac vice*) *mike@consovoymccarthy.com* CAMERON T. NORRIS (*pro hac vice*) *cam@consovoymccarthy.com* R. GABRIEL ANDERSON(*pro hac vice*) *gabe@consovoymccarthy.com* | | | ☒ |

| | | | |
|---|---|---|---|
| JULIUS I. KAIREY(*pro hac vice*)<br>*julius@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA. 22209 | | | |
| ADAM K. MORTARA (*pro hac vice*)<br>*mortara@lawfairllc.com*<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste 200<br>Nashville, TN. 37215<br><br>Attorneys for Plaintiffs<br>STUDENTS FOR FAIR ADMISSIONS,<br>I.P. and B.P. | | | ☒ |

DATED:  Honolulu, Hawaiʻi, February __, 2026.

/s/ _____
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH
WILLIAM A. BURCK
ELLYDE R. THOMPSON

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS