# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT **SUPPLEMENTAL DECLARATION OF CAMERON NORRIS** |

I, Cameron Norris, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am an attorney at Consovoy McCarthy PLLC. I represent the Plaintiffs in this case.

3. Volume 3 of Plaintiffs' appendix contains online posts and comments concerning this lawsuit, B.P., and I.P. that were published after Plaintiffs filed their motion for B.P. and I.P. to proceed using initials on January 21, 2026. I have reviewed the original posts and comments, as well as these copies, and attest to their accuracy.

Executed on March 6, 2026         *Cameron T. Norris*