Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

* pro hac vice

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, <br><br> v. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT <br><br> **APPENDIX TO PLAINTIFFS' MOTION TO PROCEED USING INITIALS, VOLUME 3 (APP.420–459)** <br><br> Judge Micah W.J. Smith |

@Civilbeat, Instagram (February 23, 2026),
https://www.instagram.com/p/DVHZTbBAbz3/?utm_source=ig_web
_copy_link&igsh=NTc4MTIwNjQ2YQ==





A white family suing Kamehameha Schools over its Native Hawaiian admissions policy wants to stay anonymous over online death threats and fears that being named publicly could affect their careers.



**civilbeat** ✓
Hawaii

Follow  ···

**civilbeat** ✓ 1w
One family in the lawsuit wants the courts to keep its members anonymous. Kamehameha Schools wants their identities revealed.

"The abuse stemming from this case to date is extreme even for seasoned civil-rights professionals who are used to backlash," Jesse Franklin-Murdock, a lawyer for the plaintiffs, wrote in a court declaration. "For a young girl living in the community, it is intolerable."

Kamehameha is asking the court to dismiss the case at this early stage in litigation. In a motion filed last week, school lawyers are asking the court to force the plaintiffs, I.P. and B.P., to proceed under their real names. Otherwise, they'd need to drop the



♡ 4.6K  ◯ 956  ▽                    🔖

February 23

  Add a comment...  





**civilbeat** ✓
Hawaii

Follow    ···

**civilbeat** ✓ 1w
One family in the lawsuit wants the courts to keep its members anonymous. Kamehameha Schools wants their identities revealed.

"The abuse stemming from this case to date is extreme even for seasoned civil-rights professionals who are used to backlash," Jesse Franklin-Murdock, a lawyer for the plaintiffs, wrote in a court declaration. "For a young girl living in the community, it is intolerable."

Kamehameha is asking the court to dismiss the case at this early stage in litigation. In a motion filed last week, school lawyers are asking the court to force the plaintiffs, I.P. and B.P., to proceed under their real names. Otherwise, they'd need to drop the

The backlash to the lawsuit has been ferocious. The lead attorney in the case had his home address posted on social media and a package that appeared to contain feces mailed to his front door.

Others have suggested that the founder of the nonprofit leading the lawsuit should be assassinated like Charlie Kirk, the right-wing political activist.





♡ 4.6K   ◯ 956   ◺

⬒

February 23



⊙ Add a comment...    ☺

**App.422**



**civilbeat** ✓    Follow    ⋯
Hawaii

**civilbeat** ✓  1w
One family in the lawsuit wants the courts to keep its members anonymous. Kamehameha Schools wants their identities revealed.

"The abuse stemming from this case to date is extreme even for seasoned civil-rights professionals who are used to backlash," Jesse Franklin-Murdock, a lawyer for the plaintiffs, wrote in a court declaration. "For a young girl living in the community, it is intolerable."

Kamehameha is asking the court to dismiss the case at this early stage in litigation. In a motion filed last week, school lawyers are asking the court to force the plaintiffs, I.P. and B.P., to proceed under their real names. Otherwise, they'd need to drop the

The mother and daughter in the suit, referred to only as B.P. and I.P., are asking the court to keep their identities hidden.

In recent court filings, Kamehameha condemned the violent rhetoric but says the family should reveal their identities if they want to proceed.

 4.6K   956            

February 23

 Add a comment...                    ☺

**App.423**



**civilbeat** ✓                                    Follow  •••
Hawaii

 **civilbeat** ✓  1w
One family in the lawsuit wants the courts to keep its members anonymous. Kamehameha Schools wants their identities revealed.

"The abuse stemming from this case to date is extreme even for seasoned civil-rights professionals who are used to backlash," Jesse Franklin-Murdock, a lawyer for the plaintiffs, wrote in a court declaration. "For a young girl living in the community, it is intolerable."

Kamehameha is asking the court to dismiss the case at this early stage in litigation. In a motion filed last week, school lawyers are asking the court to force the plaintiffs, I.P. and B.P., to proceed under their real names. Otherwise, they'd need to drop the

On the question of anonymity, two prior admissions cases against Kamehameha had two different outcomes for the minor plaintiffs.

The federal court hasn't set a hearing yet on the motion to use the family's initials.

**FULL STORY: LINK IN BIO**

 4.6K    956

February 23

 Add a comment...                    

 **breeee_24** Do we send them more? Do they need it in writing? 

1d    1 like    Reply

 **death_familia_worldwide** 3d
They should be getting knock
knocks on their front doors
instead. Keep Hawaiian ......
HAWAIIAN.

3 likes    Reply    •••

**App.426**



**App.427**

**islandwidenewz**  3d
Fuck around and find out! That's what they are learning. And rightfully so

Reply

 **jacks.complete.lack.of.supris** 3
**e**                                                        d

 😂 dox dem bitches 🙌

Reply   See translation   •••

 **jboy010124** 3d

FUCK AROUND AND FIND OUT!?  #GOAWAYHAOLE



Reply



**kalaaukaleleiki** 1w
Deez fakas gun get cracks. Palagi
go home. Bumby, ummm, you
know. Squish da bug.



Reply



**kanaikeks** 3d

Somebody tag them in the comments



1 like    Reply

 **pelotonenjoyer** 1w
good 😍 haole tears



Reply

**App.433**



**smoke.signals505** 1w
Good

Reply



**App.434**



**upcountrysfinest** 1d

You think the threats are bad now? Imagine if this passes and your kids actually go?? If you love your parents you won't do that. Bet.



2 likes      Reply      •••

**App.435**



**who567** 1w
As they should!!! Hope they carry out the threats and eliminate everyone on the lawsuit!!!!!

Reply





**who567** 1w

Mob style executions would be
fine!!!!!!

Reply    ...



**@Kekoaopololu, Instagram (February 24, 2026),
https://www.instagram.com/reel/DVIU09DiLQa/?utm_source=ig_we
b_copy_link**



App.438

 **arielquirozart** ✅ Colonist Pedos

1d   2 likes   Reply

**App.439**

 **bb8_967** Are they joos?

1d    Reply    See translation

**App.440**

 **kelealevy** I think they should be harassed every day 

15h    1 like    Reply

**App.441**

 **millennialstereotype** Maybe they deserve the threats
Just sayin 

1d    18 likes    Reply

**App.442**

 **quietcoolkid2.0** They do deserved to get harassed and more. The Caucasians need to learn how to say shit with their chest. If they can't handle it then idk they should stop what they are doing.

23h    Reply    •••

**App.443**

 **thunderandtheseashell2025** They deserve it !!!

17h    Reply



**App.444**

@sovereignhawaiifiles, Instagram (February 17, 2026),
https://www.instagram.com/reel/DU319lsCEWe/?utm_source=ig_we
b_copy_link



 **nas_89011** Kill the haoles.

1w    Reply

**Honolulu Civil Beat, Facebook (February 23, 2026),**
**https://www.facebook.com/share/p/1NoBYvrX5j/**



Honolulu Civil Beat's Post

Honolulu Civil Beat ✓
February 23 at 5:13 AM · ⚙

One family in the lawsuit wants the courts to keep its members anonymous. KS wants their identities revealed.

CIVILBEAT.ORG
**The People Suing Kamehameha Schools Are Getting Death Threats**

👍😆😮 113                           103 comments  21 shares

👍 Like              ⚪ Comment              ↪ Share

**App.447**



**Alan Yim**
good

2d    Like    Reply

App.448



**Jeff Lee**

Name them! If one of this person's parents die and have a will would I be able to contest it and claim I should have/take part in that inheritance? I AM HAWAIIAN and my children are the ones that ARE Beneficiaries! No moa Hawaiian NO Can.

2d    Like    Reply

11 

**App.449**



**Kaleialoha Hee Than Cotton**
Lol serves them right

1d    Like    Reply



**Megrez Mraz**
GOOD

1d    Like    Reply

**App.451**



**Tiare Lawrence**
If they're so worried about their life, then they should do the right thing for their family and canceled this lawsuit.

2d    Like    Reply

23 



**Tiffany Burgess**
Good

2d     Like     Reply     4 

Associated Press, *Family suing Kamehameha Schools over admissions policy are getting threats, seek anonymity*, Newsbreak (February, 24, 2026), https://perma.cc/25P6-A2E5



**firefox** 20h ago

the more they try to change the admission policy the more violence it will.be, the people. are tired of non white with no ties to the island trying to get something for free.

**App.455**

**Makana Eyre,** *Makena Eyre: We Deserve To Know Who's Chellenging Kamehameha Schools' Policy,* **Civil Beat (March, 2, 2026), https://perma.cc/K95H-9FE9**

 HONOLULU CIVIL BEAT — *ideas* — Support

**Commentary**

# Makana Eyre: We Deserve To Know Who's Challenging Kamehameha Schools' Policy

It seems only fair that the process should unfold with full transparency.

By Makana Eyre
March 2, 2026 · 5 min read

    

44



AP Photo/Mengshin Lin/2025

**About the Author**



**Makana Eyre**

Makana Eyre is a journalist based in Paris. He has written for The New Republic, The New York Times Magazine, The Wall Street Journal, The Washington Post, The Nation, and Foreign Policy. He is the author of "Sing, Memory" (WW Norton, 2023), the true story of the effort to save culture created by prisoners in World War II Nazi prison camps. Eyre is a graduate of the Columbia Journalism School and teaches journalism and

Periodically since the start of the new millennium a lawsuit challenging Kamehameha Schools' admissions policy has landed in court.

What plays out typically follows a pattern: a familiar line of argument, a vigorous defense by the school and a spike in the collective blood pressure of the community.

I have clear memories of the first three attempts to overturn the policy. As with many local families, it was a topic around my home. When the first lawsuit appeared in 2003, I recall my father, then a Hawaiian language teacher at Kamehameha's Kapālama campus, uneasily discussing it with my grandfather.

**Latest Comments** (44)     Read more

With the transition to a totally "free" tuition moving forward for students, it would appear that this suit would have no significance and ultimately be dismissed as there would be n…

wailani1961 · 20 hours ago

I think KS will win this case. But…! if this gets the attention of President Trump, then the plaintiff wins.

Srft1 · 21 hours ago

The plaintiff has a decent chance of winning because in the previous similar case the plaintiff and Kamehameha Schools settled

**App.456**

**rng_in_manoa** 1 day ago

Bullying is a real problem in Hawaii. Let the case stand (or fall!) on the merits. Leave the child out of it.

**BigIslandDude**  1 day ago

In this age of doxxing and online bullying and harassment, I can totally understand why the plaintiffs in this matter want to protect themselves. After all, Civil Beat just reported last week that the plaintiffs are getting death threats from hateful people who protest their lawsuit. Imagine if those same unhinged lunatics had access to the addresses of the plaintiffs and the names of their family members. If the last two years have taught us anything, it's that mob mentality has gone digital.

**JUMP808**  1 day ago

Is the identity of the plaintiffs material to the case and the arguments they make? If so, why? If they are then it should be known because it could alter the case itself. My guess, it isn't relevant, in which case they should be protected. The vitriol of the community can be intense and honestly your notion that, "...we are better than to stoop to such ugliness." We most certainly are not. These are well wishes and I'd hope we exercised more restraint but lets be real if these women's names are published I'm almost certain violence and harassment will follow them. I mean the lawyer has already had poop sent to him and is being incessantly harassed...imagine the hostility the plaintiffs would get.

Dated: March 6, 2026

/s/ *Jesse D. Franklin-Murdock*

Jesse D. Franklin-Murdock (10778)
DHILLON LAW GROUP INC.
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 433-1700
Fax: (415) 520-6593
jfranklin-murdock@dhillonlaw.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Respectfully submitted,

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice*

*Counsel for Plaintiffs*