# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, v. TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT  **CERTIFICATE OF SERVICE**  Judge Micah W.J. Smith |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a true and correct copy of the foregoing was duly served upon the following parties at their last known addresses by electronic service through CM/ECF:

JOACHIM P. COX 7520-0
jcox@cfhawaii.com
KAMALA S. HAAKE 9515-0
khaake@cfhawaii.com
COX FRICKE LLP
800 Bethel Street, Suite 600
Honolulu, Hawaiʻi 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

JOHN F. BASH (*Pro Hac Vice*)
johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
ELLYDE R. THOMPSON (*Pro Hac Vice*)
ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

1

WILLIAM A. BURCK (*Pro Hac Vice*)
williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Washington, DC 20005

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

| Dated: March 6, 2026 | Respectfully submitted, |
|---|---|
| /s/ *Jesse D. Franklin-Murdock* | Thomas R. McCarthy* |
| Jesse D. Franklin-Murdock (10778) | Patrick N. Strawbridge* |
| DHILLON LAW GROUP INC. | J. Michael Connolly* |
| 500 Ala Moana Blvd., Ste. 7400 | Cameron T. Norris* |
| Honolulu, HI 96813 | R. Gabriel Anderson* |
| Tel: (415) 433-1700 | Ryan M. Proctor* |
| Fax: (415) 520-6593 | CONSOVOY MCCARTHY PLLC |
| jfranklin-murdock@dhillonlaw.com | 1600 Wilson Boulevard, Suite 700 |
|  | Arlington, VA 22209 |
| Adam K. Mortara* | (703) 243-9423 |
| LAWFAIR LLC | tom@consovoymccarthy.com |
| 40 Burton Hills Blvd., Ste. 200 | patrick@consovoymccarthy.com |
| Nashville, TN 37215 | mike@consovoymccarthy.com |
| (773) 750-7154 | cam@consovoymccarthy.com |
| mortara@lawfairllc.com | gabe@consovoymccarthy.com |
|  | ryan@consovoymccarthy.com |
|  | *pro hac vice |
|  | *Counsel for Plaintiffs* |

2