UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., <br>   *Plaintiffs,* <br><br>v. <br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br>   *Defendant.* | Case No. 1:25-cv-450-MWJS-RT |

**DECLARATION OF DAVID KEANU SAI, PH.D.; EXHIBITS "1-7"**

1. My name is David Keanu Sai. I have been serving in the Hawaiian Kingdom government since 1997. I am currently Chairman of the Hawaiian Kingdom Council of Regency, *acting* Minister of the Interior, and *acting* Minister of Foreign Affairs *ad interim*. I also served as Lead Agent for the Council of Regency, in *Larsen v. Hawaiian Kingdom*, PCA Case no. 1999-01, at the Permanent Court of Arbitration at The Hague, Netherlands, from 1999-2001.

2. On June 30, 2025, I sent a communication to Her Excelleny Letitia Carvalho, Secretary General of the International Seabed Authority, in my capacity as Minister of Foreign Affairs *ad interim*. In my communication I stated, "The

purpose of this letter is two-fold: first, to explain the circumstances of the continued existence of the Hawaiian Kingdom for the purposes of international law and its impact on ISA members who are successor States of Hawaiian Kingdom treaty partners; and second, for the Hawaiian Kingdom to provide you notice of our intent to accede to the 1982 United Nations Convention on the Law of the Sea and the 1994 Agreement relating to the implementation of Part XI of the United Nations Convention on the Law of the Sea of 10 December 1982 (with annex)," which is enclosed herein as Exhibit 1.

3. On July 28, 2025, I sent a communication to Ms. Mariana Durney, Legal Counsel and Director of the Office of Legal Counsel for the ISA, that provided the factual and legal basis for the Hawaiian Kingdom's continued existence as a State, under international law, since the nineteenth century, and the Council of Regency as its interim government, so that it can pursue Observer State status under Rule 82 of the Rules of Procedure of the Assembly, which I am enclosing as Exhibit 2.

4. On September 2, 2025, I sent a communication to Secretary General Carvalho, that stated, "Pending the Government of the Hawaiian Kingdom accession to these international agreements and, thereby, becomes a Member State of the International Seabed Authority, we request observer status as a State in

accordance with Article 305(1)(a) of the United Nations Convention on the Law of the Sea, and Rule 82(1)(a) of the Rules of Procedure of the Assembly of the International Seabed Authority," which I am enclosing as Exhibit 3.

5. On March 3, 2026, I received an email, with an enclosed letter, from Ms. Durney, explaining the process by which the Hawaiian Kingdom needs to be granted Observer State status under Rule 82 (a) of the Rules of Procedure of the Assembly, which I am enclosing as Exhibit 4. In Ms. Durney's letter, she referred to me as "H.E. Dr. David Keanu Sai, Ph.D., Minister of Foreign Affairs *ad interim*, Hawaiian Kingdom."

6. Later that day of the same date, I received an email, with an enclosed formal letter, from Secretary General Carvalho clarifying the rules and practice for a State to participate in meetings of the ISA as an Observer, which I am enclosing as Exhibit 5. The communication was a formal letter addressed to me as "H.E. David Keanu Sai, Ph.D., Minister of Foreign Affairs *ad interim*."

7. On March 5, 2026, I sent a communication to Secretary General Carvalho acknowledging receipt of her communication to me dated March 3, 2026, which I am enclosing herein as Exhibit 6.

8. Enclosed herein, as Exhibit 7, is a true and correct copy of a formal letter, dated May 3, 1967, from United Nations Secretary General U Thant to His Excellency Mr. Thanat Khoman, Minister for Foreign Affairs, Bangkok,

Thailand, as Exhibit 1, in the United Nations, *Correspondence Manual*, (ST/AI/102/Rev. 3) (1968).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 8, 2026, at Hilo, Hawaiian Kingdom.

                                                                                             _____

                                                                                             David Keanu Sai