# Exhibit "7"

Case 1:25-cv-00450-MWJS-RT    Document 102-7    Filed 03/11/26    Page 2 of 2
PageID.2306

# UNITED NATIONS  NATIONS

## NEW YORK

CABLE ADDRESS—ADRESSE TELEGRAPHIQUE: UNATIONS NEWYORK

REFERENCE: OR 411

3 May 1967

Sir,

I have the honour to acknowledge the receipt of your letter No. 0801/12184 of 27 April 1967, informing me that Mr. Anand Panyarachun has been appointed by your Government as Acting Permanent Representative of Thailand to the United Nations with the rank of Ambassador Extraordinary and Plenipotentiary as from 14 March 1967.

The Secretariat departments concerned have been informed accordingly.

Accept, Sir, the assurances of my highest consideration.

U Thant
Secretary-General

His Excellency
Mr. Thanat Khoman
Minister for Foreign Affairs
Bangkok
Thailand