| | |
|---|---|
| **COX FRICKE LLP**<br>A LIMITED LIABILITY LAW PARTNERSHIP LLP | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

**COX FRICKE LLP**
A LIMITED LIABILITY LAW
PARTNERSHIP LLP

JOACHIM P. COX            7520-0
   jcox@cfhawaii.com
KAMALA S. HAAKE           9515-0
   khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
   johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
   williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
   ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>          Plaintiffs,<br><br>  vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>          Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DEFENDANT KAMEHAMEHA SCHOOLS' **MOTION TO PERMIT JURISDICTIONAL DISCOVERY**; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF HEATHER KK PARK; CERTIFICATE OF SERVICE<br><br>Judge: Honorable Micah W. J. Smith<br><br>Trial Date: None |

# DEFENDANT KAMEHAMEHA SCHOOLS'
# MOTION TO PERMIT JURISDICTIONAL DISCOVERY

Defendant Trustees of the Estate of Bernice Pauahi Bishop, dba Kamehameha Schools ("KS"), by and through its attorneys, Cox Fricke LLP and Quinn Emanuel Urquhart & Sullivan, LLP, hereby moves this Honorable Court for an order permitting the parties to conduct expedited, limited jurisdictional discovery into whether Plaintiffs Students for Fair Admissions, I.P., and B.P. (collectively, "Plaintiffs") have standing under Article III to pursue their claims. Specifically, KS requests that the following phased discovery be permitted in support of its factual challenge to standing:

Stage 1 (Limited Discovery Confined to SFFA's Members):

• Requests for Production of Documents – As explained to Plaintiffs, these requests are limited to standing issues and directly connected to Plaintiffs' assertions in Plaintiffs' Second Amended Complaint; and

• Targeted Depositions – As discussed with Plaintiffs, KS expects the need to take depositions of I.P./B.P., the members of Family A, and the father identified in Family B. These depositions would be limited in scope to questions related to standing and are expected to be limited in time to no more than a few hours each.

Stage 2 (Limited Third-Party Discovery):

• As permitted, following this Court's ruling on the pending anonymity dispute, and as needed based upon the information obtained in Stage 1, KS expects to conduct targeted third-party discovery limited to standing issues and directly connected to the information provided in Stage 1 and/or Plaintiffs' standing-related assertions in Plaintiffs' Second Amended Complaint.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure, Rule 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii ("L.R."), the Memorandum and Declaration attached hereto, and the records and files herein. This motion is being filed pursuant to the Court's EO dated March 5, 2026 [Dkt. 95] ordering submission of this Motion no later than March 12, 2026, and follows multiple conferences of counsel in the above-referenced matter pursuant to L.R. 7.8 that took place beginning on January 29, 2026, and continued through February 24, 2026.

DATED: Honolulu, Hawai'i, March 12, 2026.

*/s/ Joachim P. Cox*
JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCK *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS