IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DECLARATION OF HEATHER KK PARK |

### DECLARATION OF HEATHER KK PARK

I, Heather KK Park, under penalty of perjury declare as follows:

1. I make this declaration on the basis of personal knowledge and in my capacity as Director of Campus and Community Education Program Support for Kamehameha Schools. I am authorized and competent to make this declaration. If called as a witness, I could and would testify competently thereto under oath.

2. I make this declaration in support of Kamehameha Schools' Motion to Compel Jurisdictional Discovery.

3. I have been in my current role as Director of Campus & Community Education Program Support for Kamehameha Schools since July 14, 2019. I have been employed by Kamehameha Schools since February 14, 2005.

4.     As the Director of Campus & Community Education Program Support for Kamehameha Schools I oversee the admissions process for all of Kamehameha Schools' Kindergarten - 12th Grade campus programs.

5.     While the precise evaluation process for determining which applicants are "qualified for admission" varies for different grade levels, campuses, and the districts served by each campus, applicants for Kamehameha Schools generally submit grades and references from their current school and extra-curricular programs, undergo testing, and are interviewed by Kamehameha staff members.  Based on this information and applying the same standards to all applicants for a given grade level at each campus, Kamehameha Schools evaluates each applicant and assigns the applicant a composite score.  This assignment of a composite score is conducted *without regard to whether the applicant is Native Hawaiian.*  Kamehameha Schools then identifies applicants who it deems qualified for admission and ranks them based upon the applicant's composite score.  Kamehameha Schools *does not consider whether an applicant is Native Hawaiian until it has otherwise decided that the applicant could be offered admission based upon the order of each applicant's ranked composite score and number of available seats*.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, March 11, 2026.

*/s/ Heather KK Park*
_____
HEATHER KK PARK