IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the

foregoing document was duly served upon the following parties via the means and

on the date indicated below:

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| JESSE D. FRANKLIN-MURDOCK<br>*jesse@sm-llp.com*<br>SWEIGART MURDOCK, LLP<br>500 Ala Moana Blvd., Suite 7400<br>Honolulu, HI  96813 | | | ☒ |

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| THOMAS R. McCARTHY (*pro hac vice*) *tom@consovoymccarthy.com* J. MICHAEL CONNOLLY (*pro hac vice*) *mike@consovoymccarthy.com* CAMERON T. NORRIS (*pro hac vice*) *cam@consovoymccarthy.com* R. GABRIEL ANDERSON (*pro hac vice*) *gabe@consovoymccarthy.com* JULIUS I. KAIREY (*pro hac vice*) *julius@consovoymccarthy.com* CONSOVOY MCCARTHY PLLC 1600 Wilson Blvd., Ste 700 Arlington, VA. 22209 | | | ☒ |
| RYAN MACKENZIE PROCTOR (*pro hac vice*) *ryan@consovoymccarthy.com* CONSOVOY MCCARTHY PLLC 1600 Wilson Blvd., Ste 600 Arlington, VA 22209 | | | ☒ |
| PATRICK STRAWBRIDGE (*pro hac vice*) *patrick@consovoymccarthy.com* CONSOVOY MCCARTHY PLLC 8th Floor South PMB #706 Boston, MA 02109 | | | ☒ |
| ADAM K. MORTARA (*pro hac vice*) *mortara@lawfairllc.com* LAWFAIR LLC 40 Burton Hills Blvd., Ste 200 Nashville, TN. 37215  Attorneys for Plaintiff STUDENTS FOR FAIR ADMISSIONS | | | ☒ |

DATED:  Honolulu, Hawaiʻi, March 12, 2026.

/s/ *Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCKE *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS