**COX FRICKE LLP**
A LIMITED LIABILITY LAW
PARTNERSHIP LLP

JOACHIM P. COX          7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE          9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

**QUINN EMANUEL URQUHART
    & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>                    Plaintiffs,<br><br>        vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>                    Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DEFENDANT KAMEHAMEHA SCHOOLS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [DKT. 104]; CERTIFICATE OF SERVICE<br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

## DEFENDANT KAMEHAMEHA SCHOOLS'
## RESPONSE TO PLAINTIFFS'
## <u>MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT</u>

Pursuant to Dkt. No. 105, Defendant Trustees of the Estate of Bernice Pauahi Bishop, dba Kamehameha Schools ("KS"), by and through its attorneys, Cox Fricke LLP and Quinn Emanuel Urquhart & Sullivan, LLP, hereby submits its Response to Plaintiffs' Motion for Leave to File Third Amended Complaint, filed herein on March 16, 2026 at Dkt. No. 104. KS opposes the motion for leave to amend and respectfully requests additional time to brief this issue if the Court does not deny the motion.

Plaintiffs Students for Fair Admissions, I.P., and B.P. (collectively, "Plaintiffs") contacted KS on Sunday, March 15, 2026, out of the blue requesting immediate consent to Plaintiffs filing a Third Amended Complaint on Monday, March 16, 2026. With this request, Plaintiffs expressed urgency that KS respond immediately due to an alleged statute of limitations issue. KS responded and conferred with Plaintiffs, and KS objected to Plaintiffs' request. In regard to KS' objection, KS was not and is not now prepared to forfeit its right to object to an amendment to the complaint on less than 24-hours' notice (beginning on a Sunday, during which most of Hawai'i was in the early stages of recovery from a powerful Kona-low storm), because a new adverse party evidently waited until the last minute to join a lawsuit. In particular, KS objects to Plaintiffs request due to the

timing and demand for immediate action impacting: (1) KS' ability to properly evaluate the merits of Plaintiffs' request; (2) the briefing and schedules of the pending cross-motions on anonymity (Dkt Nos. 54 and 84); and (3) the briefing and schedules related to the pending dispute over jurisdictional discovery (Dkt. No. 103).

Plaintiffs also identified their intention to proceed with filing a separate complaint in the event KS would not acquiesce to allowing Plaintiffs' Third Amended Complaint. *See Students for Fair Admissions v. Kamehameha Schools*, Civil No. 1:26-CV-00127.  While KS cannot prevent SFFA from filing a separate lawsuit on behalf of what appears to be a newly recruited member of SFFA, KS has not had the opportunity to evaluate whether the standard for amending the already twice-amended complaint in this action is met.

At this point, KS simply requests an opportunity to properly evaluate the merit of Plaintiffs' request, and as needed align the briefing and schedules related to the pending cross-motions on anonymity (Dkt Nos. 54 and 84) and jurisdictional discovery (Dkt. No. 103).  As such, it is respectfully requested that KS be allowed the opportunity to evaluate whether amendment is proper, including whether or not this new recruit to SFFA would have a claim to proceed or if such claim would be futile, and as needed what alignment should occur within the

3

pending briefing and schedules related to the cross-motions on anonymity (Dkt.

Nos. 54 and 84) and motion to permit jurisdictional discovery (Dkt. No. 103).

DATED:  Honolulu, Hawaiʻi, March 16, 2026.

/s/ Joachim P. Cox

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCK *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| JESSE D. FRANKLIN-MURDOCK<br>*jesse@sm-llp.com*<br>SWEIGART MURDOCK, LLP<br>500 Ala Moana Blvd., Suite 7400<br>Honolulu, HI  96813 | | | ☒ |

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| THOMAS R. McCARTHY (*pro hac vice*)<br>*tom@consovoymccarthy.com*<br>J. MICHAEL CONNOLLY (*pro hac vice*)<br>*mike@consovoymccarthy.com*<br>CAMERON T. NORRIS (*pro hac vice*)<br>*cam@consovoymccarthy.com*<br>R. GABRIEL ANDERSON (*pro hac vice*)<br>*gabe@consovoymccarthy.com*<br>JULIUS I. KAIREY (*pro hac vice*)<br>*julius@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA. 22209 | | | ☒ |
| RYAN MACKENZIE PROCTOR (*pro hac vice*)<br>*ryan@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste 600<br>Arlington, VA 22209 | | | ☒ |
| PATRICK STRAWBRIDGE (*pro hac vice*)<br>*patrick@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>8th Floor South PMB #706<br>Boston, MA 02109 | | | ☒ |
| ADAM K. MORTARA (*pro hac vice*)<br>*mortara@lawfairllc.com*<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste 200<br>Nashville, TN. 37215<br><br>Attorneys for Plaintiff<br>STUDENTS FOR FAIR ADMISSIONS | | | ☒ |

2

DATED:  Honolulu, Hawai'i, March 16, 2026.

*/s/ Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCKE *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

3