Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
ryan@consovoymccarthy.com

* *pro hac vice*

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next friend and mother, B.P.; and B.P., *Plaintiffs*, <br><br> v. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | Case No. 1:25-cv-450-MWJS-RT <br><br> **PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS; MEMORANDUM IN SUPPORT OF MOTION; PROPOSED ORDER; CERTIFICATE OF SERVICE** <br><br> Judge Micah W.J. Smith <br> Trial Date: None |

## MOTION TO PROCEED USING INITIALS

Plaintiffs seek leave for K.S. to proceed under her initials while her daughter E.S. remains a minor. Plaintiffs also ask the Court to order Defendant to refer to K.S. and E.S. using only their initials and to not otherwise identify them to the public.

This motion is made under Federal Rules of Civil Procedure 5.2(a) and (e), 16(b), and 26(c), and is based on the accompanying memorandum in support, such further evidence and argument as may be subsequently presented to the Court, and the entire record and files herein. This motion is made following the conference of counsel pursuant to LR 7.8 which took place March 18, 2026. Kamehameha stated that it will not enter into a stipulation but did not say whether it opposes or will file an opposition.

1

Dated: March 25, 2026

Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice*

*Counsel for Plaintiffs*

2