# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR
ADMISSIONS; I.P., by and through her
next friend and mother, B.P.; and B.P.,
                                *Plaintiffs*,

v.

TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS,
                                *Defendant*.

Case No. 1:25-cv-450-MWJS-RT

**PROPOSED ORDER**

## PROPOSED ORDER

The Court, having reviewed Plaintiff K.S.'s motion to proceed using initials, all memoranda submitted in support thereof and opposition thereto, and good cause appearing therefor, hereby orders:

1. The Motion is GRANTED.

2. Plaintiff K.S. shall proceed using her initials while her daughter E.S. remains a minor.

3. The parties shall refer to K.S. and E.S. using only their initials and not otherwise identify them to the public.

**IT IS SO ORDERED.**

DATED: Honolulu, Hawaii, _____.

_____
The Honorable Micah W. J. Smith
United States District Judge