# MINUTES

CASE NUMBER:          1:25-CV-00450-MWJS-RT

CASE NAME:            Students for Fair Admissions, et al. v.  Trustees of The Estate
                      of Bernice Pauahi Bishop d/b/a Kamehameha Schools

ATTYS FOR PLTFS:     *Cameron T. Norris (*Pro Hac Vice*)
                      Jesse Franklin-Murdock
                      Ryan Mackenzie Proctor (*Pro Hac Vice*)

ATTYS FOR DEFTS:     *Joachim P. Cox
                      Kamala S. Haake
                      *John F. Bash (*Pro Hac Vice*)

---

JUDGE:     Micah W. J. Smith        REPORTER:     Ann Matsumoto

DATE:      3/30/2026                TIME:         10:05 a.m. – 11:17 a.m.;
                                                  11:32 a.m. – 11:54 a.m.;
                                                  12:08 p.m. – 12:44 p.m.

---

COURT ACTION: EP:     Motions Hearing re Dkt. No. [54] Motion to Proceed Using Initials; and Dkt. No. [84] Cross Motion to Compel Plaintiff's to Identify Themselves held on 3/30/2026.

Attorneys Cameron T. Norris, Jesse Franklin-Murdock, Ryan M. Proctor, and John F. Bash appeared via video conference.

Attorneys Joachim P. Cox and Kamala S. Haake appeared in person.

Oral arguments heard.

Recess (11:17 a.m. – 11:32 a.m.)

Further oral arguments heard.

Recess (11:54 a.m. – 12:08 p.m.)

Further oral arguments heard.

Plaintiffs' Dkt. No. [54] Motion to Proceed Using Initials – TAKEN UNDER ADVISEMENT.

Defendant's Dkt. No. [84] Cross Motion to Compel Plaintiff's to Identify Themselves – TAKEN UNDER ADVISEMENT.

*Submitted by: Anjelica Barker, Courtroom Manager*