**COX FRICKE LLP**
A LIMITED LIABILITY LAW
PARTNERSHIP LLP

JOACHIM P. COX          7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE         9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, I.P., by and through her next friend and mother, B.P.; and B.P., <br><br> Plaintiffs, <br><br> vs. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br><br> Defendant. | CIVIL NO. 25-00450 MWJS-RT <br><br> STIPULATION AS TO RESPONSIVE BRIEFING SCHEDULE RELATED TO PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS [DKT. 111], AND ORDER <br><br> Judge:  Honorable Micah W. J. Smith <br><br> Trial Date:  None |

**STIPULATION AS TO RESPONSIVE BRIEFING SCHEDULE RELATED TO PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS [DKT. 111], AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs

STUDENTS FOR FAIR ADMISSIONS, B.P. and I.P. ("Plaintiffs") and

Defendants TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP

d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through

their respective counsel, as follows:

1.      On March 16, 2026, Plaintiffs filed Plaintiffs' Motion for Leave

to File a Third Amended Complaint, which inter alia sought to add K.S. and E.S.

as plaintiffs [Dkt. 104].  On March 23, 2026, Kamehameha Schools filed

Kamehameha Schools' Opposition to Plaintiffs' Motion for Leave to File a Third

Amended Complaint [Dkt. 109].  On March 25, 2026, Plaintiffs filed Plaintiffs'

Reply in Support of Motion for Leave to File a Third Amended Complaint [Dkt.

112].  A ruling from this Court on Plaintiffs' Motion for Leave to File a Third

Amended Complaint remains pending.

2.      On March 25, 2026, Plaintiffs filed Plaintiffs' Motion for K.S.

to Proceed Using Initials [Dkt. 111].

3.      On April 7, 2026, this Court issued its Order (1) Granting in

Part and Denying in Part Motion of Plaintiffs I.P. and B.P. to Proceed Using

Initials and (2) Denying Defendant's Cross-Motion to Compel Plaintiffs to Identify

Themselves [Dkt. 118].

4.     The parties agree to and respectfully request this Court order the date for Kamehameha Schools' response to Plaintiffs' Motion for K.S. to Proceed Using Initials [Dkt. 111] to occur, as needed, fourteen (14) days after the date upon which this Court rules on Plaintiffs' Motion for Leave to File a Third Amended Complaint [Dkt. 104] as identified in paragraph 1 above.

DATED:  Honolulu, Hawaiʻi, April 8, 2026.

*/s/ Joachim P. Cox*
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

*/s/ Jesse D. Franklin-Murdock*
JESSE D. FRANKLIN-MURDOCK
ADAM K. MORTARA (*pro hac vice*)
THOMAS R. McCARTHY (*pro hac vice*)
PATRICK N. STRAWBRIDGE (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
JULIUS I. KAIREY(*pro hac vice*)
RYAN M. PROCTOR (*pro hac vice*)

Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, I.P., by and through her next friend and mother, B.P.; and B.P.

3

APPROVED AND SO ORDERED:

DATED:  April 8, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; Civil No. 25-00450 MWJS-RT; STIPULATION AS TO RESPONSIVE BRIEFING SCHEDULE RELATED TO PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS [DKT. 111], AND ORDER