ORIGINAL

CC: MWJS +
Fikr

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI [96795]
Ph. 808-763-1386
Moi5189@yahoo.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 1 2026

at 10 o'clock and 00 min. A M
Lucy H. Carrillo, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff,

V.

TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP, et al.,

Defendants,

Case: 1:25-cv-00450-MSW-RT

CERTIFICATE OF SERVICE

### CERTIFICATE OF SERVICE

**I, Windyceslau Donato Lorenzo,** hereby certify that on **April 20, 2026**, I served a true and correct copy of the following documents:

1. **NOTICE OF FAULT AND OPPORTUNITY TO CURE** (Directed to James C. Polk, Peter S. Ho, and Jennifer M. Lum of the Bank of Hawaii); and

2. **NOTICE OF DEFAULT AND ENTRY OF DISHONOR** (Directed to Trustees Eric Yeaman, Crystal Rose, and the Hawaii Conference of the United Church of Christ);

upon the following parties by **U.S. Certified Mail**, **Return Receipt Requested**, at the addresses listed below:

1. **BANK OF HAWAII CORPORATION**
Attn: James M. Polk, CEO; Peter S. Ho; Jennifer M. Lum; 130 Merchant Street, Honolulu, HI 96813; Certified Mail Tracking No.: 7022 2410 0002 4101 9159

2. **ERIC YEAMAN, TRUSTEE**
Kamehameha Schools Board of Trustees
567 South King Street, Suite 200; Honolulu, HI 96813; Certified Mail Tracking No.: 7022 2410 0002 4101 9166

3. **Crystal Rose, Trustee**
Kamehameha Schools Board of Trustees
567 South King Street; Honolulu, HI 96813; Certified Mail Trackting No.:7022 2410 0002 4101 9173

4. **HAWAII CONFERENCE UNITED CHURCH OF CHRIST**
Attn: Board of Directors / Conference Minister; 700 Bishop Street, Suite 825 Hon. HI. 96813; Certified Mail Tracking No.: 7022 2410 0002 4101 9180

Dated: Honolulu, Hawaii, April 21, 2026.

_____, Pro Se
Windyceslau Donato Lorenzo
Lineal Heir / Intervenor

## NOTICE OF FAULT AND OPPORTUNITY TO CURE

**DATE: April 20, 2026**

**To:**

**James C. Polk,** President & CEO (The Current Authority) Certified Mail #7022 2410 0002 4101 9159

**Peter S. Ho,** Former Chairman & Senior Consultant (The Legacy Authority)
Certified Mail #7022 2410 0002 4101 9197

**Jennifer M. Lam,** Senior Executive Vice President, Chief Compliance & Fiduciary Officer (The Risk Officer) Certified Mail #7022 2410 0002 4101 9203

**of the Bank of Hawaii Corporation**
130 Merchant Street, Honolulu, HI 96813

**RE: Notice of Dishonor regarding Notice of Adverse Claim; Certified Mail Tracking #7021 1970 0000 6910 9170.**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**Dear James C. Polk, Peter S. Ho and Jennifer M. Lam:**

I am in receipt of an anonymous, unsigned correspondence from "Bank of Hawaii Customer Relations" dated April 8, 2026, which purports to be a "final response" regarding my Notice of Adverse Claim.

**TAKE NOTICE:** Your correspondence is a **Legal Nullity** and hereby **DISHONORED** for the following reasons:

1. **Failure to Rebut:** You have failed to rebut, point-by point, the **DNA Evidence (#9523000601)** proving my standing as the Lineal Heir, and the **Perfected Lien (#9585000747)** recorded at the Bureau of Conveyances. Under **UCC § 1-201,** your silence is an admission of the facts.

2. **Breach of Fiduciary Duty:** By refusing to place an **Administrative Freeze** on the accounts of the Trustees (who are in default), Bank of Hawaii is now in **Collusion** under **UCC § 8-115.** The Bank is now personally liable for the **Conversion of Collateral** totaling **$15,000,000,000.00.**

3. **Anonymity as Dishonor:** An unsigned corporate letter cannot rebut a sworn Affidavit of Truth.

4. "Take further notice that the individuals currently controlling the accounts – including **Eric Yeaman, Peter S. Ho** and **Crystal Rose,** and the **United Church of Christ (UCC) Trustees** – are in Formal Administrative Default. By allowing these defaulted parties to continue accessing Trust liquidity , Bank of Hawaii is actively assisting in the unauthorized distribution of a Lineal Heir's collateral."

**OPPORTUNITY TO CURE:**
You have **three (3) business days** from the receipt of this notice to:

1

## NOTICE OF DEFAULT AND ENTRY OF DISHONOR

**Date:** April 20, 2026

**To the Defaulted Fiduciaries:**

**Eric Yeaman,** Trustee – Certified Mail #7022 2410 0002 4101 9166
**Crystal Rose,** Trustee - Certified Mail #7022 2410 0002 4101 9173
**Hawaii Conference of the United Church of Christ (HCUCC)** – Mail #7022 2410 0002 4101 9180

**RE: NOTICE OF FINAL DEFAULT; ADMINISTATIVE JUDGMENT**

**Reference:** Certified Mail Service dated March 30, 2026, Tracking Numbers:

- #7022 2410 0002 4101 9142 for Yeaman

- #7021 1970 0000 6910 7084 for Crytal Rose

- #7021 1970 0000 6910 7060 for UCC

**NOTICE TO AGENT IS NOTICE TO PRICIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

### 1. CERTIFICATEM OF NON-RESPONSE

**TAKE NOTCE** that the fourteen (14) day period for you to rebut the Affidavit of Lineal Heirship and Perfected Lien #9585000747 has expired.

- You have failed to provide DNA Evidence superior to the claimant:

- You have failed to produce a Chain of Title superior to the Allodial Heir.

- You have failed to rebut the 1993 Apology Law (Public Law 103-150) admission.

**THEREFORE,** under the Uniform Commercial Code (UCC § 1-201) and the Law of Merchants, your silence is **Admitted Acquiescence.** The facts are now **Res Judicata** (settled matter) in the private record.

### II. NOTICE OF BOND CLAIM & REMOVAL OF AUTHORITY

Because you are in Dishonor, you have forfeited your "Safe Harbor" protection as Trustees.

1. **DEMAND TO VACATE:** You are hereby ordered to **VACATE THE SEAT** of Trustee immediately. You no longer hold the "Good Faith" standing required to administer the Estate of Bernice Pauahi Bishop.

2. **LOSS OF BOND:** Notice is hereby entered that you are operating **without valid bond coverage** for specific claim. Any further action you take to spend, transfer, or encumber Trust assets is a **personal tort** for which you are individually liable.

### III. NOTICE OF BANK BLOCKADE (SEE ATTACHED)

**TAKE JUDICIAL NOTICE** that **Bank of Hawaii** has been formally served with a **Notice of Fault** (Copy Attached) for aiding and abetting your default.