CC: MWJS
+ filer

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI [96795]
Ph. 808-763-1386
Moi5189@yahoo.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2026

at 9 o'clock and 59 min. A M
Lucy H. Carrillo, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff,

V.

TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP, et al.,

Defendants,

Case: 1:25-cv-00450-MSW-RT

NOTICE OF SUPPLEMENTAL
EXHIBITS

## NOTICE OF SUPPLEMENTAL EXHIBITS

I, **Windyceslau Donato Lorenzo,** Pro Se Lineal Heir, hereby submit the following **Supplemental
Exhibits** to the Certificate of Service filed on **April 21, 2026.**

These exhibits are submitted to complete the record of service and to document the administrative
defaults and subsequent liability of the involved parties:

- **EXHIBIT A:** Written response from **Bank of Hawaii Customer Relations** dated April 15, 2026,
which was received on April 8, 2026 (Establishing the Bank's dishonor of the original claim).

- **EXHIBIT B: Notice of Default and Entry of Dishonor** served upon the **Hawaii Conference of the
United Church of Christ** (Documenting the local agent's total default).

- **EXHIBIT C: Notice of Liability** directed to the **United Church of Christ National Office in
Cleveland, Ohio** (Establishing national corporate liability for the breach of the 1993 Apology).

DATED: Honolulu, Hawaii April 22, 2026.

Pro Se

Windyceslau Donato Lorenzo
Lineal Heir / Intervenor