# ℎ Bank of Hawaiʻi

April 15, 2026

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St
Waimanalo, HI 96795

Re:    Notice of Adverse Claim and Breach of Fiduciary Duty

Dear Windyceslau Donato Lorenzo:

This letter is in response to the above referenced "Notice of Adverse Claim and Breach of Fiduciary Duty" which Bank of Hawaiʻi received on April 8, 2026. In this notice, you list the following:

  I.     Notice of Legal Standing
  II.    Notice of Perfected Lien
  III.   Notice of Breach of Fiduciary Duty
  IV.    Demand for Administrative Freeze
  ·V.    Warning of Liabilit [sic]

The Bank's review of this matter has been completed. You are not authorized to direct, access, or make requests for records or conduct transactions on accounts that are not held in your name, which include any and all accounts referenced in your letter. If you maintain current accounts with the Bank under your name, you may access those accounts and the funds therein, as well as your account statements, by visiting a Bank branch or by calling our Customer Service Center at 808-643-3888.

Please consider this our final response to you regarding this matter.

Sincerely,

Bank of Hawaiʻi
Customer Relations

"EXHIBIT A"