## NOTICE OF DEFAULT AND ENTRY OF DISHONOR

**(Directed to the Hawaii Conference of the United Church of Christ)**

**TO:** Board of Directors, Hawaii Conference of the United Church of Christ (HCUCC)

**RE: FINAL ADMINISTRATIVE DEFAULT; DISHONOR OF THE 1993 APOLOGY**

**Certified Mail Tracking #7021 1970 0000 6910 7060**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**TAKE NOTICE:**

1. **Administrative Default:** You were with a Notice of Adverse Claim and Demand for Accounting on March 30, 2026. The fourteen (14) day window for rebuttal has expired with **zero response.**

2. **Binding Admission:** Under UCC §1-201, your silence constitutes an admission of the **DNA Evidence (#9523000601)** and **Perfected Lien (#9585000747).**

3. **Breach of the 1993 Apology:** Your silence is a direct violation of the UCC's formal apology for the "wrongful taking" of Hawaiian lands. By ignoring the True Heir, you are continuing the "overthrow" in bad faith.

**FINAL COMMAND:**

You are hereby in **Total Default.**

● **Notice to National Synod:** This Default will be forwarded to the **UCC National Offices** and the **Insurance Bond** to challenge your tax-exempt status and fiduciary bonding.

● **Demand to Vacate:** You are ordered to cease and desist all claims to the lands identified in the Perfected Lien.

**GOVERN YOURSELF ACCORDINGLY.**

**DATED: Honolulu, HI. April 22, 2026**

BY: _____
Windycesjau Donato Lorenzo, Lineal Heir

Certified Mail #7022 2410 0002 4101 9210
700 Bishop Street, Suite 825
Honolulu HI. 96813

"Exhibit B"