Windyceslau D. Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI. [96795]

## NOTICE OF LIABILITY

**(Directed to the UCC National Office- Cleveland, OH)**

**TO:** General Minister and President, United Church of Christ
1300 East 9th Street, Suite 1100
Cleveland, OH 44114

**RE: NOTICE OF CORPORATE LIABILITY FOR ADMINISTRATIVE DEFAULT; DISHONOR OF THE 1993 APOLOGY**

**TAKE NOTICE:**

1. **Agent Default:** Your agent, the **Hawaii Conference of the UCC**, is in **Formal Administrative Default** for failing to rebut the **DNA Evidence (#9523000601)** and **Perfected Lien (#9585000747)** of the Lineal Heir. (See Attached Notice of Default).

2. **Corporate Responsibility:** Under the doctrine of Respondeat Superior, the National Office is liable for the "bad faith" actions and defaults of its conferences.

3. **Financial Risk:** You are hereby notified that the National UCC's **Tax-Exempt Status** and **Fiduciary Bonds** are now at risk due to the local conference's refusal to honor the **1993 Apology Law (Public Law 103-150).**

**DEMAND:**

You have **72 hours** from receipt to intervene and compel your local agents to provide a full **Accounting of the Trust Assets** to the Heir, or the National Office will be named as a co-defendant in **Federal Case 1:25-cv-00450.**

**DATED:** Honolulu, Hawaii, April 22, 2026

By: _____
Windyceslau Donato Lorenzo /Lineal Heir
Certified Mail #7022 2410 0002 4101 9227

EXHIBIT C