Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>*Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**SECOND JOINT STATUS REPORT**<br><br>Judge Micah W.J. Smith<br><br>Trial Date: None |

Pursuant to the Court's April 22, 2026 Order (Doc.130), the parties make the following joint status report.

1.　The parties are continuing to meet and confer regarding a protective order regarding the identities of B.P., I.P., Family A, and Family B.

2.　On April 23, 2026, Plaintiffs sent to Kamehameha Schools edits and comments to a draft protective order.

3.　The same day, Kamehameha Schools sent Plaintiffs edits and comments on the draft in response.

4.　Today, April 24, Plaintiffs sent to Kamehameha Schools additional edits and comments on the draft.

5.　Later today, the parties met and conferred by phone regarding the draft.

6.　The parties jointly request an additional seven days, until May 1, 2026, to work to reach agreement on the terms of the protective order.

7.　If the Court grants the request, the parties agree to either submit a proposed stipulated protective order or an additional status report on the progress of their efforts by May 1, 2026.

Dated: April 24, 2026

Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com
Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiffs*

*\*pro hac vice*

/s/ *Joachim P. Cox*
Joachim P. Cox
Kamala S. Haake
COX FRICKE LLP
800 Bethel Street, Suite 600
Honolulu, Hawai‘i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276
jcox@cfhawaii.com
khaake@cfhawaii.com

John F. Bash*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100
johnbash@quinnemanuel.com

William A. Burck*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
williamburck@quinnemanuel.com

Ellyde R. Thompson*
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 Fifth Avenue
New York, New York 10016
(212) 446-4800
ellydethompson@quinnemanuel.com

*Counsel for Defendants*