# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR
ADMISSIONS, et al.,

*Plaintiffs*,

v.

TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS,

*Defendant*.

Case No. 1:25-cv-450-MWJS-RT

**CERTIFICATE OF SERVICE**

Judge Micah W.J. Smith

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, copies of the foregoing documents were duly served on counsel for all parties of record via CM/ECF.

Dated: April 24, 2026

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Respectfully submitted,

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Julius I. Kairey*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice*

*Counsel for Plaintiffs*