ORIGINAL

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI. [96795]
Ph. 808-763-1386
Email: **moi5189@yahoo.com**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 8 2026

at _11_ o'clock and _00_ min. _a_ M
Lucy H. Carrillo, Clerk

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

**STUDENTS FOR FAIR ADMISSION, INC.**

Plaintiff,

vs.

**TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, et al.,**

Defendants,

**Case: 1:25-cv-00450**

**REQUEST FOR CLERK'S ENTRY OF DEFAULT (Against Trustees and Bank of Hawaii)**

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT**

**PLEASE ENTER THE DEFAULT** of the following Defendants pursuant to **Federal Rule of Civil Procedure 55(a),** for failure to plead or otherwise defend within the time prescribed by law.

1. **TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP** (Specifically Eric Yeaman and Crystal Rose);

2. **HAWAII CONFERENCE OF THE UNITED CHURCH OF CHRIST;**

3. **BANK OF HAWAII CORPORATION.**

**SUPPORTING GROUNDS:**

As shown by the attached **Affidavit of Non-Response and Administrative Default:**

1. The Complaint/Intervention was filed on January 30, 2026.

2. The Defendants were properly served with the Notice of Adverse Claim and Affidavit of Heirship as evidence by the Proofs of Service on record.

3. The time to answer or respond has expired.

4. The Defendants have failed to file an answer or responsive pleading.

5. The Defendants are not infants, incompetent persons, or in the military service.

**WHEREFORE,** the Intervenor requests that the Clerk of the Court formally enter the DEFAULT of the above-named parties on the docket of this cause.

DATED: Honolulu, Hawaii, April 28, 2026.

_____ Pro Se
Windyceslau Donato Lorenzo
Lineal Heir / Intervenor

SUBSCRIBED AND SWORN HERETO
BEFORE ME ON THIS _28_
DAY OF _April_ 20_26_

_____
NOTARY PUBLIC FIRST JUDICIAL CIRCUIT
STATE OF HAWAII
COMMISSION EXPIRES _10/06/2029_

BRITTNEY PARK
NOTARY
PUBLIC
No. 17-401
STATE OF HAWAII

Doc. Date: _4/28/26_ # Pages 12
Notary Name: _Brittney Park_ First Circuit
Doc. Decription _Request for clerk's entry of default_
_____ _4/28/26_
Notary Signature       Date
NOTARY CERTIFICATION

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *Hawaii Conference of the United Church of Christ*
Street and Apt. No., or PO Box No. *700 Bishop St., Suite 825*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998 — 04/20/2026

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *Jennifer M. Lam Senior Executive Vice President*
Street and Apt. No., or PO Box No. *130 Merchant Street*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *Crystal Rose Trustee*
Street and Apt. No., or PO Box No. *567 S. King St. Suite 200*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *Peter S. Ho former Chairman? Senior Consultant*
Street and Apt. No., or PO Box No. *130 Merchant Street*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *Eric Yeaman Trustee*
Street and Apt. No., or PO Box No. *567 S. King St. Suite 200*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ $0.75

Total Postage and Fees $ $10.48

Sent To *James C. Polk President & CEO*
Street and Apt. No., or PO Box No. *130 Merchant Street*
City, State, ZIP+4® *Honolulu, Hi. 96813*

Postmark Here — KAILUA, HI. — APR 20 2026 — USPS 96734-9998

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Exhibit A

# USPS Tracking®

Remove

Tracking Number:

## 70222410000241019180

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:38 am on April 22, 2026 in HONOLULU, HI 96813.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

Delivered, Front Desk/Reception/Mail Room
HONOLULU, HI 96813
April 22, 2026, 11:38 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

# USPS Tracking®

Remove

Tracking Number:

## 70222410000241019173

Copy    Add to Informed Delivery

Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:46 am on April 22, 2026 in HONOLULU, HI 96813.

_____

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

# USPS Tracking®

Remove

Tracking Number:

## 70222410000241019166

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:46 am on April 22, 2026 in HONOLULU, HI 96813.

# USPS Tracking®

Remove

Tracking Number:

## 70222410000241019203

Copy     Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:16 pm on April 22, 2026 in HONOLULU, HI 96813.

# USPS Tracking<sup>®</sup>

Remove

Tracking Number:

## 70222410000241019197

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:16 pm on April 22, 2026 in HONOLULU, HI 96813.

# USPS Tracking®

Remove

Tracking Number:

## 70222410000241019159

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:16 pm on April 22, 2026 in HONOLULU, HI 96813.

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St.
Waimanalo, HI. [96795]
Ph. 808-763-1386
Email: moi5189@yahoo.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSION, INC.** | **Case: 1:25-cv-00450** |
| Plaintiff, | **AFFIDAVIT OF NON-RESPONSE AND** |
| vs. | **ADMINISTRATIVE DEFAULT** |
| **TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, et al.,** | |
| Defendants, | |

### AFFIDAVIT OF NON-RESPONSE AND ADMINISTRATIVE DEFAULT

I, **Windyceslau Donato Lorenzo,** being first duly sworn, depose and state based on personal knowledge:

1. **Status:** I am the Intervenor and Lineal Heir in the above-captioned matter. I am over the age of 18 and competent to testify to the matters herein.

2. **Service of Commercial Process:** On March 31, 2026, I served a Notice of Adverse Claim, Affidavit of Heirship (DNA), and Perfected Lien #9585000747 upon the Trustees of the Estate of Bernice Pauahi Bishop, the United Church of Christ (Hawaii Conference), and Bank of Hawaii via Certified Mail. (See Proofs of Service filed on Docket).

3. **The Grace Period:** The Notices provided a specific fourteen (14) day period to rebut the Affidavit of Heirship and verify the Trust's authority. This period expired on **April 17, 2026.**

4. **Default of Trustees (Eric Yeaman, Crystal Rose):** As of this date, NO RESPONSE has been received from Trustees Eric Yeaman or Crystal Rose. They have failed to rebut the DNA evidence or produce a superior chain of title. Their silence constitutes an admission of the facts under UCC §1-201 and Federal Rules of Evidence.

5. **Default of United Church of Christ (Local & National):** As of this date, **NO RESPONSE** has been received from the Hawaii Conference or the National Office regarding the breach of the 1993 Apology Law. They are in formal Dishonor.

1

**6. Dishonor by Bank of Hawaii:** On April 8, 2026, I received unsigned correspondence from "Bank of Hawaii Customer Relations" (Exhibit A).

1. This response **failed to rebut** the Perfected Lien #9585000747.

2. This response **failed to address** the DNA evidence.

3. Accordingly, the Bank's response is deemed a Commercial Dishonor and a "General Denial" without merit, constituting a default on the substance of the claim.

**7. Conclusion:** The Defendants are in **Administrative Default.** The Administrative Process is exhausted, and the claim of $15,000,000,000.00 stands as the undisputed truth in commerce.

**8. Non-Military Status:** To my best knowledge and belief, the defaulting Defendants are not infants, incompetent persons, or currently in the military service of the United States as defined by the Servicemembers Civil Relief Act.

DATED: Honolulu, Hawaii, April 28, 2026

**FURTHER AFFIANT SAYETH NAUGHT.**

Windyceslau Donato Lorenzo
Lineal Heir / Secured Party

2

# ⚠ Bank of Hawai'i

April 15, 2026

Windyceslau Donato Lorenzo
41-1420 Haunaukoi St
Waimanalo, HI 96795

Re:    Notice of Adverse Claim and Breach of Fiduciary Duty

Dear Windyceslau Donato Lorenzo:

This letter is in response to the above referenced "Notice of Adverse Claim and Breach of Fiduciary Duty" which Bank of Hawai'i received on April 8, 2026. In this notice, you list the following:

I.      Notice of Legal Standing
II.     Notice of Perfected Lien
III.    Notice of Breach of Fiduciary Duty
IV.     Demand for Administrative Freeze
V.      Warning of Liabilit [sic]

The Bank's review of this matter has been completed. You are not authorized to direct, access, or make requests for records or conduct transactions on accounts that are not held in your name, which include any and all accounts referenced in your letter. If you maintain current accounts with the Bank under your name, you may access those accounts and the funds therein, as well as your account statements, by visiting a Bank branch or by calling our Customer Service Center at 808-643-3888.

Please consider this our final response to you regarding this matter.

Sincerely,

Bank of Hawai'i
Customer Relations

"EXHIBIT A"

**STATE OF HAWAII**         )
                               ) SS:
**CITY & COUNTY OF HONOLULU** )

## NOTARY

On this _26_ day of April 2026, before me personally appeared Windyceslau Donato Lorenzo, known to me to be the person hereunder, described in and who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed.

## JURAT

**"Subscribe and sworn to before me this _26_ day of April 2026,"** I now fix my signature and Official Seal to these affirmations.

Notary Public-State of Hawaii
Signature _____
Print name _Brittney Park_
My Commission Expires _10/25/29_

Doc. Date: _4/25/26_    # Pages __11__
Notary Name: _Brittney Park_   First Circuit
Doc. Decription _Affidavit of non-response and administrative default_
Notary Signature      Date _4/25/26_
NOTARY CERTIFICATION