COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                    7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE                   9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

QUINN EMANUEL URQUHART & SULLIVAN, LLP

JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701

ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 5th Avenue
New York, New York 10016

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P.; B.P.; E.S., by and through her next friend and mother, K.S.; and K.S.,<br><br>          Plaintiffs,<br><br>   vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>          Defendant. | CIVIL NO. 25-00450 MWJS-RT<br><br>STIPULATION RE:  (1) DEFENDANT'S RESPONSE TO THIRD AMENDED COMPLAINT; (2) PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS; AND (3) DEFENDANT'S MOTION TO PERMIT JURISDICTIONAL DISCOVERY<br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

**STIPULATION RE:  (1) DEFENDANT'S RESPONSE TO THIRD AMENDED COMPLAINT; (2) PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS; AND (3) DEFENDANT'S MOTION TO PERMIT JURISDICTIONAL DISCOVERY**

IT IS HEREBY STIPULATED by and between Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P., B.P., E.S., by and through her next friend and mother, K.S., and K.S. (collectively, "Plaintiffs") and Defendant TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, that, in light of the Court's Order Granting Plaintiffs' Motion

2

for Leave to File a Third Amended Complaint (Dkt. 123), and Plaintiffs' filing of said Third Amended Complaint ("TAC") (Dkt. 124), the Parties agree as follows:

1.    Kamehameha Schools' response to the TAC shall be due in accordance with the deadline set by the Court following the Court's resolution of the Kamehameha School's Motion for Jurisdictional Discovery (Dkt. 103). *See* EO (Dkt. 95) ("Once the court has resolved the Discovery Motion, it will then set the most expeditious deadline feasible for Defendant's responsive pleading ....").

2.    The Court's Order (1) Granting in Part and Denying in Part Motion of Plaintiffs I.P. and B.P. to Proceed Using Initials and (2) Denying Defendant's Cross-Motion to Compel Plaintiffs to Identify Themselves (Dkt. 118) shall apply to K.S., and K.S. will be permitted to proceed using her initials at the current procedural posture of the case.  Plaintiffs reserve the right to seek the Court's permission for the continued use of K.S's initials thereafter, and Kamehameha Schools reserves the right to challenge K.S.'s use of initials during the discovery stage or at any point thereafter.  In agreeing to allow K.S. to proceed using initials for the current procedural posture of the case, Kamehameha Schools does not admit or otherwise concede that Plaintiffs have met their burden of proof in Plaintiffs' Motion for K.S. to Proceed Using Initials (Dkt. 111).  In light of the foregoing, Plaintiffs shall file a notice of withdrawal of their Motion for K.S. to

3

Proceed Using Initials within five business days following the Court's approval of this Stipulation.  Such withdrawal shall be without prejudice.

3.      The arguments made by the Parties in Defendant Kamehameha Schools' Motion to Permit Jurisdictional Discovery (Dkt. 103), Plaintiffs' Opposition to said motion (Dkt. 113), and Kamehameha Schools' reply brief (Dkt. 116), and any arguments made at the upcoming hearing on said motion shall apply to E.S. and K.S., as applicable, and any Order thereon by the Court shall apply to E.S. and K.S.

DATED:  Honolulu, Hawaiʻi, April 28, 2026.

/s/ Joachim P. Cox
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

/s/ Jesse D. Franklin-Murdock

JESSE D. FRANKLIN-MURDOCK
ADAM K. MORTARA (*pro hac vice*)
THOMAS R. McCARTHY (*pro hac vice*)
PATRICK N. STRAWBRIDGE (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
JULIUS I. KAIREY(*pro hac vice*)
RYAN M. PROCTOR (*pro hac vice*)

Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, I.P., B.P.,
E.S., by and through her next friend and mother,
K.S., and K.S.

APPROVED AND SO ORDERED:

DATED:  April 29, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Students for Fair Admissions, et al. v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; Civil No. 25-00450 MWJS-RT; STIPULATION RE:  (1) DEFENDANT'S RESPONSE TO THIRD AMENDED COMPLAINT; (2) PLAINTIFFS' MOTION FOR K.S. TO PROCEED USING INITIALS; AND (3) DEFENDANT'S MOTION TO PERMIT JURISDICTIONAL DISCOVERY

5