Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

*pro hac vice

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P.; B.P.; E.S., by and through her next friend and mother, K.S.; and K.S.,<br><br>   Plaintiffs,<br><br>  vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>   Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>STIPULATION RE:  BRIEFING SCHEDULE & PAGE LIMITS FOR DEFENDANT'S MOTION(S) TO DISMISS<br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

## STIPULATION RE:  BRIEFING SCHEDULE & PAGE LIMITS FOR DEFENDANT'S MOTION(S) TO DISMISS

IT IS HEREBY STIPULATED by and between Plaintiffs STUDENTS FOR FAIR ADMISSIONS, I.P., B.P., E.S., by and through her next friend and mother, K.S., and K.S. (collectively, "Plaintiffs") and Defendant TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their respective counsel, that, in light of the Court's Order Denying Defendant's Motion for Jurisdictional Discovery (Dkt. 143), and directing the parties to meet and confer and "propose a deadline for Defendant's Rule 12 motions (or answer to the complaint)," the Parties agree as follows:

1.    Kamehameha Schools' response to the third amended complaint (Dkt. 124) shall be due on July 17, 2026.

2.    Should Plaintiffs decide to amend their complaint after receiving Kamehameha Schools' response, Plaintiffs shall file their fourth amended complaint by July 27, 2026.

3.    Should Plaintiffs file a fourth amended complaint, Kamehameha Schools shall respond to the fourth amended complaint by August 10, 2026. By entering into this stipulation, Kamehameha Schools does not forfeit any objection it may have to an amendment of the complaint.

4.      Should Kamehameha Schools file a motion to dismiss the third or fourth amended complaint, Plaintiffs shall file their opposition to the motion to dismiss by August 31, 2026.

5.      Within 21 days after Plaintiffs file their opposition, Kamehameha Schools shall file any reply in support of its motion to dismiss the third or fourth amended complaint.

6.      All memoranda of law in support of or in opposition to a motion to dismiss shall be no longer than 35 pages (or 8,750 words).

7.      Kamehameha Schools' reply memorandum in support of its motion to dismiss shall be no longer than 20 pages (or 5,000 words).

DATED:  Honolulu, Hawai'i, June 6, 2026.

/s/ Joachim P. Cox

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

/s/ Jesse D. Franklin-Murdock

JESSE D. FRANKLIN-MURDOCK
ADAM K. MORTARA (*pro hac vice*)
THOMAS R. McCARTHY (*pro hac vice*)
PATRICK N. STRAWBRIDGE (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
JULIUS I. KAIREY(*pro hac vice*)
RYAN M. PROCTOR (*pro hac vice*)

Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, I.P., B.P.,
E.S., by and through her next friend and mother,
K.S., and K.S.

4

APPROVED AND SO ORDERED.

Dated:  June 8, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Students for Fair Admissions, et al. v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; Civil No. 1:25-cv-00450-MWJS-RT; STIPULATION re:  BRIEFING SCHEDULE & PAGE LIMITS FOR DEFENDANT'S MOTION(S) TO DISMISS