Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
Jesse@sm-llp.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Patrick N. Strawbridge*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan M. Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
patrick@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
julius@consovoymccarthy.com
ryan@consovoymccarthy.com

* *pro hac vice*

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P.; B.P.; E.S., by and through her next friend and mother, K.S.; and K.S.,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>*Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**STIPULATION TO CONTINUE RULE 16 SCHEDULING CONFERENCE AND ORDER**<br><br>Judge Micah W.J. Smith<br>Trial Date: None |

## STIPULATION TO CONTINUE RULE 16 SCHEDULING CONFERENCE AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs STUDENTS FOR FAIR ADMISSIONS ("SFFA"), K.S., E.S., B.P., and I.P. ("Plaintiffs") and Defendant TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS ("Defendant"), by and through their respective undersigned counsel, as follows:

WHEREAS, SFFA commenced this action by filing its Complaint on October 20, 2025 [Dkt. 1];

WHEREAS, a Telephonic Rule 16 Scheduling Conference was originally scheduled for December 15, 2025, before the Honorable Rom Trader, United States Magistrate Judge [Dkt. 5];

WHEREAS, the Court continued the Rule 16 Scheduling Conference to April 22, 2026 at 9:00 a.m. before Judge Trader at the parties' request [Dkt. 29];

WHEREAS, the Court *sua sponte* continued the Rule 16 Scheduling Conference a second time to June 30, 2026, at 9:30 a.m. [Dkt. 121];

WHEREAS, Defendant's present deadline to file its response to the operative version of the Complaint is July 17, 2026 [Dkt. 144];

WHEREAS, if Defendant responds to the operative version of the Complaint with a motion to dismiss, the reply brief in support of the same will be due no later than September 21, 2026 [Dkt. 144]; and

1

WHEREAS, the parties agree it would promote efficiency and judicial economy to continue the Rule 16 Scheduling Conference until after the pleadings are settled.

NOW, THEREFORE, the parties agree and respectfully request that the Court continue the Rule 16 Scheduling Conference and all corresponding deadlines by four (4) months.

DATED: June 15, 2026.

*/s/ Jesse D. Franklin-Murdock*
JESSE D. FRANKLIN-MURDOCK
ADAM K. MORTARA (*pro hac vice*)
THOMAS R. McCARTHY (*pro hac vice*)
PATRICK N. STRAWBRIDGE (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
RYAN M. PROCTOR (*pro hac vice*)

Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, I.P., B.P., E.S., by and through her next friend and mother, K.S., and K.S.

*/s/ Joachim P. Cox*
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF

2

BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

APPROVED AND SO ORDERED:

Dated:  June 15, 2026, at Honolulu, Hawaii.



_____
Rom A. Trader
United States Magistrate Judge

In the United States District Court for the District of Hawaii; Civil No. 1:25-cv-00450-MWJS-RT; *Students for Fair Admissions, et al. v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; STIPULATION TO CONTINUE RULE 16 SCHEDULING CONFERENCE AND ORDER

3