**COX FRICKE LLP**
A LIMITED LIABILITY LAW
PARTNERSHIP LLP

JOACHIM P. COX          7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE          9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>    Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DEFENDANT KAMEHAMEHA SCHOOLS' **MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**;<br><br>[*REDACTED*] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;<br><br>[*REDACTED*] DECLARATION OF HEATHER KK PARK;<br><br>DECLARATION OF JOHN F. BASH; EXHIBIT A |

CERTIFICATE OF SERVICE

Judge:  Honorable Micah W. J. Smith

Trial Date:  None

## DEFENDANT KAMEHAMEHA SCHOOLS'
## MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendant Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools ("Kamehameha"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order dismissing all counts of Plaintiffs' Third Amended Complaint (ECF 124).  This Motion is made under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and District of Hawaii Local Rules 7.1, 7.2, 7.3, 7.4, and 7.5.  It is supported by the attached Memorandum, the record before this Court, and such arguments as may be presented at any hearing.  This Motion is made following multiple conferences of counsel pursuant to Local Rule 7.8 and the Stipulation Re: Briefing Schedule & Page Limits for Defendant's Motion(s) to Dismiss, filed herein on June 8, 2026 at Dkt. No. 144.  Pursuant to Local Rule 7.1(c), Kamehameha respectfully requests that the Court hold a hearing on this Motion.

DATED:  Honolulu, Hawaiʻi, July 17, 2026.

*/s/ Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCK *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS