IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DECLARATION OF HEATHER KK PARK<br><br>Judge:  Honorable Micah W. J. Smith<br><br>Trial Date:  None |

**DECLARATION OF HEATHER KK PARK**

I, Heather KK Park, under penalty of perjury declare as follows:

1.     I make this declaration on the basis of personal knowledge and in my capacity as Director of Campus and Community Education Program Support for Kamehameha Schools.  I am authorized and competent to make this declaration.  If called as a witness, I could and would testify competently thereto under oath.

2.     I have been in my current role as Director of Campus & Community Education Program Support for Kamehameha Schools since July 14, 2019.  I have been employed by Kamehameha Schools since February 14, 2005.

3.      As the Director of Campus & Community Education Program Support for Kamehameha Schools I oversee the admissions process for all of Kamehameha Schools' Kindergarten - 12th Grade campus programs.

4.      I make this declaration to supplement my March 12 declaration in support of Kamehameha Schools' Motion to Dismiss.

5.      As explained in my previous declaration, Kamehameha Schools evaluates each applicant based on their grades, teacher recommendations, testing, interview, and application questionnaire, and assigns them a composite score. Applicants are then ranked by composite score.  ***This score does not consider whether the applicant is Native Hawaiian.***  Ancestry is only considered at the very end of the process—after Kamehameha Schools decides an applicant could be invited based on their composite score and the number of available seats.

6.      During the relevant time period, Kamehameha Schools Kapālama's ("KSK") major entry points for admissions were kindergarten and Grades 4, 7, and 9.  The majority of students apply during these entry points, when a larger number of seats are available based on targets set by each Po'o Kula (head of school).  Replacement year entry points were at Grades 10, 11, and 12, and have very few seats , if any.

7.      E.S. first applied to KSK in 2021 for Grade 7 and was denied.  That cycle, the seats available to E.S. were all filled by applicants with higher composite

2

scores than E.S., ███████████████████████████████████████

███████████████████████████. Because E.S. scored lower on the ranked list

than the number of seats available, her ancestry was not considered at all.

8.    E.S. applied to KSK a second time in 2023 for Grade 9, ██████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████, and she was again denied admission without application

of the preference policy.

9.    I.P. applied to KSK for Grade 10, which was a replacement entry point

and therefore more competitive because fewer seats were available.  There were only

5 seats available during the cycle I.P. applied, which were offered to the 5 applicants

with the highest composite scores.  ███████████████████████████████, I.P.

placed ████, ██ below these top 5 students ██████████████████████, so there

was no consideration of her ancestry.

10.   Kamehameha has discontinued the use of any KS Tuition Contract;

Acknowledge, Consent, and Authorization; Enrollment Contract/General Release;

or other alleged contract with its students.

I declare under penalty of perjury that the foregoing is true and correct

DATED:  Honolulu, Hawaiʻi, July 15, 2026.


_____

Heather KK Park