IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>DECLARATION OF JOHN F. BASH; EXHIBIT A |

## DECLARATION OF JOHN F. BASH

I, John F. Bash, hereby declare:

1.    I am an attorney admitted *pro hac vice* to the District Court of Hawaii. I am a member of the firm of Quinn Emanuel Urquhart & Sullivan, counsel of record for Defendant Kamehameha Schools.  The information set forth in this declaration is based on my personal knowledge that I learned in my capacity as counsel for Kamehameha Schools.

2.    On February 12, 2026, Kamehameha Schools' Petition for Approval of Proposed Changes to Education Spending in the probate court in the Circuit Court of the First Circuit of Hawaiʻi was granted in an order attached hereto as **Exhibit A.**

3.      I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  Austin, Texas July 17, 2026

_____

JOHN F. BASH