# Exhibit A

CARLSMITH BALL LLP

| | |
|---|---|
| JOANNE LO GRIMES | 6275 |
| MELISSA H. LAMBERT | 7767 |
| SHAWN H. YAMADA | 9589 |

1001 Bishop Street, Suite 2100
Honolulu, HI 96813-4212
Telephone: (808) 523-2500
Fax: (808) 523-0842
jgrimes@carlsmith.com
mlambert@carlsmith.com
syamada@carlsmith.com

CADES SCHUTTE LLP
KELLY G. LAPORTE             6294
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Telephone: (808) 521-9200
klaporte@cades.com

Attorneys for the Trustees under the Will
and of the Estate of Bernice Pauahi
Bishop, Deceased

Electronically Filed
FIRST CIRCUIT
1EQ000002048
12-FEB-2026
02:09 PM
Dkt. 5751 ORDG

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAIʻI

| | |
|---|---|
| In the Matter of the Estate<br><br>of<br><br>BERNICE P. BISHOP,<br><br>Deceased. | EQUITY NO. 2048<br><br>**ORDER GRANTING TRUSTEES' PETITION FOR APPROVAL OF PROPOSED CHANGES TO EDUCATIONAL SPENDING**<br><br>Hearing:<br>Date: January 29, 2026<br>Time: 11:00 a.m.<br>Judge: Honorable Jeannette H. Castagnetti |

**ORDER GRANTING TRUSTEES' PETITION FOR APPROVAL
OF PROPOSED CHANGES TO EDUCATIONAL SPENDING**

The Trustees' Petition for Approval of Proposed Changes to Educational Spending, filed

December 23, 2025 (the "*Petition*"), was heard before the Honorable Jeannette H. Castagnetti on

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawaiʻi.
Dated at: Honolulu, Hawaiʻi 12-FEB-2026, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawaiʻi



January 29, 2026, at 11:00 a.m.  Shawn H. Yamada, Esq. and Kelly G. LaPorte, Esq. appeared on behalf of Petitioners CRYSTAL KAUILANI ROSE (Chair of the Board of Trustees), MICHELLE M. KAʻUHANE and ELLIOT KAWAIHOʻOLANA MILLS, as a majority of the current TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, Deceased, acting in their fiduciary and not in their individual capacities (the *"Trustees"* or *"Petitioners"*) under the Will and of the Estate of Bernice Pauahi Bishop, Deceased (the *"Trust Estate"*).  Lane K. Opulauoho, Esq., appeared on behalf of the Attorney General, in her capacity as *parens patriae*. Caycie Kahiau Gusman Wong, Esq., appeared on behalf of the court-appointed Master, Benjamin M. Matsubara.  No other person appeared.

In the Petition, the Trustees requested court approval of the Trustees' proposed change to educational spending to permanently adopt a Complete Gift Approach, involving a non-contractual, free of tuition model for its preschools and K-12 campuses, beginning with the School Year 2026-27 (*"SY 2026-27"*) (the *"Complete Gift Approach"*).

The Court having considered the Petition, the Attorney General's Response to the Petition filed on January 5, 2026, the Master's Report filed on January 22, 2026 (*"Master's Report"*), the Attorney General's Response to the Master's Report filed on January 26, 2026, the Trustees' Response to the Master's Report filed on January 26, 2026, and the Declaration of Master Regarding Fees and Costs filed on January 26, 2026, the representations of counsel, and the record and files herein, being fully apprised in the premises, and having found that all interested persons were properly served and had notice of the Petition,

IT IS HEREBY ORDERED THAT:

1.    The Petition is hereby granted.

2.     Any documents or information provided to the Attorney General as *parens patriae*, and the court-appointed Master and his consultants that are subject to the attorney-client privilege and/or work product doctrine shall be protected from disclosure.

3.     The Trustees' proposed change to educational spending to permanently adopt a Complete Gift Approach, involving a free of tuition model for its preschools and K-12 campuses beginning with the SY 2026-27, is a prudent exercise of the Trustees' authority and in the best interest of the Trust because: (1) it is consistent with Pauahi's Will; (2) it is consistent with Kamehameha Schools' ("*KS*") educational mission; (3) it is economically sustainable given the current financial condition of the Trust; and (4) KS will be continuing its commitment to provide support and educational benefits to the Native Hawaiian community (including haumāna who do not have the opportunity to attend KS), and is hereby approved for good cause.

4.     The Master's fees and costs are approved.

5.     The Trustees are hereby authorized to pay Benjamin M. Matsubara, Esq., for his fees, costs, and applicable tax incurred from December 31, 2025 to January 22, 2026, in the amount of $15,075.00 in fees and $710.33 in tax, for a total amount of $15,785.33, for the performance of his duties as Master on this Petition.

6.     The Trustees are also authorized to pay the Master's financial consultant, TRUSTA, an accountancy corporation, its fees of $12,435.00 and tax of $585.94, for a total amount of $13,020.94.

7.     The Trustees are further authorized to pay the Master's legal consultant, Caycie Kahiau Gusman Wong, Esq., of Kobayashi Sugita & Goda, LLP, her fees of $28,530.00 and tax of $1,344.33, for a total amount $29,874.33.

8.      There being no just reason to delay entry of judgment on this Order Granting Trustees' Petition for Approval of Proposed Changes to Educational Spending, judgment shall be entered thereon pursuant to Rule 34(a) of the Hawaii Probate Rules, and in the manner provided by Rule 54(b) of the Hawaii Rules of Civil Procedure.

DATED:  Honolulu, Hawai'i,    **FEB 1 2 2026**

_____

JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:


/s/ Benjamin M. Matsubara
_____
BENJAMIN M. MATSUBARA, ESQ.
Master


ANNE E. LOPEZ
Attorney General, State of Hawaii
As *Parens Patriae*

/s/ Lane K. Opulauoho
_____
By:  NATHAN S.C. CHEE, ESQ.
     LANE K. OPULAUOHO, ESQ.
     Deputy Attorneys General

_____

*In the Matter of the Estate of Bernice P. Bishop, Deceased*, EQUITY NO. 2048; **ORDER GRANTING TRUSTEES' PETITION FOR APPROVAL OF PROPOSED CHANGES TO EDUCATIONAL SPENDING**