# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, et al., <br> *Plaintiffs*, <br><br> v. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br> *Defendant*. | Case No. 1:25-cv-450-MWJS-RT <br><br> **CERTIFICATE OF SERVICE** <br><br> Judge Micah W.J. Smith |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, copies of the foregoing

documents were duly served on counsel for all parties of record via CM/ECF.


Dated: July 27, 2026                    Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*          Thomas R. McCarthy*
Jesse D. Franklin-Murdock (10778)        Patrick N. Strawbridge*
SWEIGART MURDOCK, LLP                    J. Michael Connolly*
500 Ala Moana Blvd., Ste. 7400           Cameron T. Norris*
Honolulu, HI 96813                       R. Gabriel Anderson*
Tel: (415) 873-0123                      Ryan M. Proctor*
Fax: (877) 890-0791                      CONSOVOY MCCARTHY PLLC
Jesse@sm-llp.com                         1600 Wilson Boulevard, Suite 700
                                         Arlington, VA 22209
Adam K. Mortara*                         (703) 243-9423
LAWFAIR LLC                              tom@consovoymccarthy.com
40 Burton Hills Blvd., Ste. 200          patrick@consovoymccarthy.com
Nashville, TN 37215                      mike@consovoymccarthy.com
(773) 750-7154                           cam@consovoymccarthy.com
mortara@lawfairllc.com                   gabe@consovoymccarthy.com
                                         julius@consovoymccarthy.com
                                         ryan@consovoymccarthy.com

                                         *pro hac vice*

                    Counsel for Plaintiffs

1