**COX FRICKE LLP**
A LIMITED LIABILITY LAW
PARTNERSHIP LLP

JOACHIM P. COX          7520-0
    jcox@cfhawaii.com
KAMALA S. HAAKE          9515-0
    khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS

**QUINN EMANUEL URQUHART
   & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
    johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
    williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
    ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, I.P.; B.P.; E.S., by and through her next friend and mother, K.S.; and K.S., <br><br> Plaintiffs, <br><br> vs. <br><br> TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, <br><br> Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT <br><br> SECOND STIPULATION RE: BRIEFING SCHEDULE & PAGE LIMITS FOR DEFENDANT'S MOTION(S) TO DISMISS, AND ORDER <br><br> Judge:  Honorable Micah W. J. Smith <br><br> Trial Date:  None |

## SECOND STIPULATION RE:  BRIEFING SCHEDULE & PAGE LIMITS
## FOR DEFENDANT'S MOTION(S) TO DISMISS, AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiffs

STUDENTS FOR FAIR ADMISSIONS, I.P., B.P., E.S., by and through her next

friend and mother, K.S., and K.S. (collectively, "Plaintiffs") and Defendants

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a

KAMEHAMEHA SCHOOLS ("Kamehameha Schools"), by and through their

respective counsel, that, in light of the additional allegations in Plaintiffs' Fourth

Amended Verified Complaint [Dkt. 152], the Parties agree as follows:

1.    Kamehameha Schools' response to Plaintiffs' Fourth Amended

Verified Complaint [Dkt. 152] shall be due on August 31, 2026.

2.    Should Kamehameha Schools file a motion to dismiss

Plaintiffs' Fourth Amended Verified Complaint [Dkt. 152], all memoranda of law

in support of or in opposition to a motion to dismiss shall be no longer than 50

pages (or 12,750 words).

3.    Should Kamehameha Schools file a motion to dismiss

Plaintiffs' Fourth Amended Verified Complaint [Dkt. 152], Plaintiffs shall file

their opposition to the motion to dismiss by September 21, 2026.

4.    Within 21 days after Plaintiffs file their opposition,

Kamehameha Schools shall file any reply in support of its motion to dismiss

Plaintiffs' Fourth Amended Verified Complaint [Dkt. 152].  Kamehameha

2

Schools' reply memorandum in support of its motion to dismiss shall be no longer

than 30 pages (or 7,250 words).

DATED:  Honolulu, Hawaiʻi, August 4, 2026.

/s/ Joachim P. Cox
_____
JOACHIM P. COX
KAMALA S. HAAKE

JOHN F. BASH (*Pro Hac Vice*)
WILLIAM A. BURCK (*Pro Hac Vice*)
ELLYDE R. THOMPSON (*Pro Hac Vice*)
Attorneys for Defendants
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS


/s/ Jesse D. Franklin-Murdock
_____
JESSE D. FRANKLIN-MURDOCK
ADAM K. MORTARA (*pro hac vice*)
THOMAS R. McCARTHY (*pro hac vice*)
PATRICK N. STRAWBRIDGE (*pro hac vice*)
J. MICHAEL CONNOLLY (*pro hac vice*)
CAMERON T. NORRIS (*pro hac vice*)
R. GABRIEL ANDERSON (*pro hac vice*)
RYAN M. PROCTOR (*pro hac vice*)

Attorneys for Plaintiffs
STUDENTS FOR FAIR ADMISSIONS, I.P., B.P.,
E.S., by and through her next friend and mother,
K.S., and K.S.

3

APPROVED AND SO ORDERED:

DATED:  August 5, 2026, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*Students for Fair Admissions v. Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools*; Civil No. 1:25-cv-00450-MWJS-RT; SECOND STIPULATION RE:  BRIEFING SCHEDULE & PAGE LIMITS FOR DEFENDANT'S MOTION(S) TO DISMISS, AND ORDER