**COX FRICKE LLP**
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX 7520-0
jcox@cfhawaii.com
KAMALA S. HAAKE 9515-0
khaake@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai‘i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

JOHN F. BASH (*Pro Hac Vice*)
johnbash@quinnemanuel.com
300 West 6th Street, Suite 2010
Austin, Texas 78701
(737) 667-6100

WILLIAM A. BURCK (*Pro Hac Vice*)
williamburck@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000

ELLYDE R. THOMPSON (*Pro Hac Vice*)
ellydethompson@quinnemanuel.com
295 Fifth Avenue
New York, New York 10016
(212) 446-4800

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP D/B/A KAMEHAMEHA SCHOOLS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.

Plaintiffs,

vs.

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,

Defendant.

CIVIL NO. 1:25-cv-00450-MWJS-RT

DEFENDANT KAMEHAMEHA SCHOOLS’ **MOTION TO DISMISS FOURTH AMENDED COMPLAINT** [ECF 152];

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; CERTIFICATE OF COMPLIANCE

[REDACTED] DECLARATION OF HEATHER KK PARK;

DECLARATION OF JOHN F. BASH;
EXHIBIT A;

CERTIFICATE OF SERVICE

Judge: Honorable Micah W. J. Smith
Trial Date: None

**DEFENDANT KAMEHAMEHA SCHOOLS' MOTION TO DISMISS FOURTH AMENDED COMPLAINT [ECF 152]**

Defendant Trustees of the Estate of Bernice Pauahi Bishop d/b/a Kamehameha Schools ("Kamehameha"), by and through its undersigned counsel, hereby respectfully moves this Court for an Order dismissing all counts of Plaintiffs' Fourth Amended Complaint (ECF 152). This Motion is made under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and District of Hawaii Local Rules 7.1, 7.2, 7.3, 7.4, and 7.5. It is supported by the attached Memorandum, the record before this Court, and such arguments as may be presented at any hearing. This Motion is made following multiple conferences of counsel pursuant to Local Rule 7.8 and the Second Stipulation Re: Briefing Schedule & Page Limits for Defendant's Motion(s) to Dismiss, filed herein on August 5, 2026 at Dkt. No. 153. Pursuant to Local Rule 7.1(c), Kamehameha respectfully requests that the Court hold a hearing on this Motion.

DATED: Honolulu, Hawaiʻi, August 31, 2026.

*/s/ Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCK *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*
Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS