IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>CERTIFICATE OF COMPLIANCE |

**CERTIFICATE OF COMPLIANCE**

Pursuant to the Second Stipulation Re: Briefing Schedule & Page Limits for Defendant's Motion(s) to Dismiss, and Order, filed herein on August 5, 2026 at Dkt. No. 153 (the "Stipulation"), I hereby certify that the foregoing *Memorandum of Points and Authorities in Support of Defendant Kamehameha Schools' Motion to Dismiss Plaintiffs' Fourth Amended Complaint* is in Times New Roman, size 14 font and contains 12,617 words as reported by the word processing system used to produce the document. Said word count is in compliance with the word limit set forth in the Stipulation.

DATED: Honolulu, Hawai‘i, August 31, 2026.

*/s/ Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCK *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS