IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

STUDENTS FOR FAIR ADMISSIONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.

f

TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,

CIVIL NO. 1:25-cv-00450-MWJS-RT

DECLARATION OF JOHN F. BASH; EXHIBIT A

**DECLARATION OF JOHN F. BASH**

I, John F. Bash, hereby declare:

1. I am an attorney admitted *pro hac vice* to the District Court of Hawaii. I am a member of the firm of Quinn Emanuel Urquhart & Sullivan, counsel of record for Defendant Kamehameha Schools. The information set forth in this declaration is based on my personal knowledge that I learned in my capacity as counsel for Kamehameha Schools.

1. On December 23, 2025, trustees of the Estate of Bernice Pauahi Bishop petitioned the Circuit Court of the First Circuit State of Hawai‘I for approval to change Kamehameha Schools' educational spending policy and permanently adopt a complete

gift approach. A copy of the petition is attached hereto as **Exhibit A.**

2. I declare, verify, certify, and state under penalty of perjury that the foregoing is true and correct.

DATED: Austin, Texas August 31, 2026

JOHN F. BASH