IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS; I.P., by and through her next of friend and mother, B.P.; and B.P.<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| JESSE D. FRANKLIN-MURDOCK<br>*jesse@sm-llp.com*<br>SWEIGART MURDOCK, LLP<br>500 Ala Moana Blvd., Suite 7400<br>Honolulu, HI 96813 | | | ☒ |

| NAME(S) | U.S. MAIL POSTAGE PREPAID | HAND DELIVERY | ECF |
|---|---|---|---|
| THOMAS R. McCARTHY (*pro hac vice*)<br>*tom@consovoymccarthy.com*<br>J. MICHAEL CONNOLLY (*pro hac vice*)<br>*mike@consovoymccarthy.com*<br>CAMERON T. NORRIS (*pro hac vice*)<br>*cam@consovoymccarthy.com*<br>R. GABRIEL ANDERSON (*pro hac vice*)<br>*gabe@consovoymccarthy.com*<br>RYAN MACKENZIE PROCTOR (*pro hac vice*)<br>*ryan@consovoymccarthy.com*<br>JULIUS I. KAIREY (*pro hac vice*)<br>*julius@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste 700<br>Arlington, VA 22209 | | | ☒ |
| PATRICK STRAWBRIDGE (*pro hac vice*)<br>*patrick@consovoymccarthy.com*<br>CONSOVOY MCCARTHY PLLC<br>8th Floor South PMB #706<br>Boston, MA 02109 | | | ☒ |
| ADAM K. MORTARA (*pro hac vice*)<br>*mortara@lawfairllc.com*<br>LAWFAIR LLC<br>40 Burton Hills Blvd., Ste 200<br>Nashville, TN. 37215<br><br>Attorneys for Plaintiff<br>STUDENTS FOR FAIR ADMISSIONS | | | ☒ |

DATED: Honolulu, Hawai‘i, August 31, 2026.

*/s/ Joachim P. Cox*

JOACHIM P. COX
KAMALA S. HAAKE
JOHN F. BASH *(Pro Hac Vice)*
WILLIAM A. BURCKE *(Pro Hac Vice)*
ELLYDE R. THOMPSON *(Pro Hac Vice)*

Attorneys for Defendant
TRUSTEES OF THE ESTATE OF
BERNICE PAUAHI BISHOP d/b/a
KAMEHAMEHA SCHOOLS