Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

*Counsel for Students for Fair Admissions*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br>*Plaintiff*,<br>v.<br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br>*Defendant*. | Case No. 1:25-cv-450-MWJS-RT<br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE** |

Under Federal Rule of Civil Procedure 5.1(a), Plaintiffs hereby notify the Attorney General of the United States that this matter draws into question the constitutionality of 42 U.S.C. §11705(c)(4), a provision of the Affordable Care Act that purports to make it "lawful" for Kamehameha Schools "to continue to offer its educational programs and services to Native Hawaiians … first and to others only after the need for such programs and services by Native Hawaiians has been met." In their opposition to Kamehameha's motion to dismiss the fourth amended complaint, Plaintiffs claim that 42 U.S.C. §11705(c)(4) purports to authorize Kamehameha's race-based admissions policy and thus violates the equal-protection principles that bind the federal government, including the Fifth Amendment. *See* Doc.162 at 57-60.[*]

This notice, as well as SFFA's opposition and fourth amended complaint, will be served today on the U.S. Attorney General via certified mail.

[*] Plaintiffs maintain that Kamehameha itself is a state actor for purposes of the Constitution. But that argument does not appear to defeat the application of Rule 5.1, which applies when "the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity." Fed. R. Civ. P. 5.1(a)(1)(A).

Dated: October 16, 2026

Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

**pro hac vice*

*Counsel for Students for Fair Admissions*

## CERTIFICATE OF SERVICE

On October 16, 2026, I had a copy of the opposition, complaint, and this notice sent, via certified mail, to the following:

Attorney General Todd Blanche
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock