Jesse D. Franklin-Murdock (10778)
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, *Plaintiff*, | |
| v. | Case No. 1:25-cv-450-MWJS-RT |
| TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS, *Defendant*. | **NOTICE OF CONSTITUTIONAL CHALLENGE** |

Under Federal Rule of Civil Procedure 5.1(a), Plaintiffs hereby notify the Attorney General of Hawaii that this matter draws into question the constitutionality of Act 002, S.B. No. 3123, Thirty-Third Legislature of the State of Hawaiʻi (Mar. 27, 2026), to the extent Act 002 authorizes the Kamehameha Schools' racially discriminatory admissions policy. In their opposition to Kamehameha's motion to dismiss the fourth amended complaint, Plaintiffs argue that—if Act 002 informs the meaning of "contract" under 42 U.S.C. §1981 (a proposition that Plaintiffs contest)—then Act 002 purports to authorize Kamehameha's race-based admissions policy and thus violates the Equal Protection Clause of the Fourteenth Amendment. *See* Doc.162 at 46-47. Kamehameha's reply faults Plaintiffs for not notifying the Hawaii Attorney General of this argument, Doc.169 at 23; so out of an abundance of caution and to minimize delay, Plaintiffs are filing this notice.[*]

This notice, as well as SFFA's opposition and fourth amended complaint, will be served today on the U.S. Attorney General via certified mail.

[*] Plaintiffs maintain that Kamehameha itself is a state actor for purposes of the Constitution. But that argument does not appear to defeat the application of Rule 5.1, which applies when "the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity." Fed. R. Civ. P. 5.1(a)(1)(B).

Dated: October 16, 2026

Respectfully submitted,

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock
SWEIGART MURDOCK, LLP
500 Ala Moana Blvd., Ste. 7400
Honolulu, HI 96813
Tel: (415) 873-0123
Fax: (877) 890-0791
jesse@sm-llp.com

Thomas R. McCarthy*
J. Michael Connolly*
Cameron T. Norris*
R. Gabriel Anderson*
Ryan Proctor*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com
ryan@consovoymccarthy.com

Adam K. Mortara*
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

**pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On October 16, 2026, I had a copy of the opposition, complaint, and this notice sent, via certified mail, to the following:

Attorney General Anne Lopez
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

/s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock