IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | Civil No. 25-00450 MWJS-RT<br><br>CERTIFICATION TO THE ATTORNEY GENERAL OF THE UNITED STATES OF CONSTITUTIONAL CHALLENGE AND ORDER PERMITTING INTERVENTION |

**CERTIFICATION TO THE ATTORNEY GENERAL OF THE UNITED STATES OF CONSTITUTIONAL CHALLENGE AND ORDER PERMITTING INTERVENTION**

Under 28 U.S.C. § 2403(a) and Rule 5.1(b) of the Federal Rules of Civil Procedure, the court hereby certifies to the Attorney General of the United States that this action, in part, calls into question the constitutionality of 42 U.S.C. § 11705(c)(4). The United States shall be permitted to intervene in accordance with 28 U.S.C. § 2403(a) and Rule 5.1(c). The Clerk of Court shall serve this certification and order on the Attorney General of the United States. Because Rule 5.1(c) provides that "[b]efore the time to intervene expires, the court may reject the constitutional challenge," the court will not stay the ongoing proceedings in this case. But the court will not enter any judgment holding the statute unconstitutional before that time expires.

IT IS SO ORDERED.

DATED: October 20, 2026, at Honolulu, Hawai‘i.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge