IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS,<br><br>Plaintiff,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS,<br><br>Defendant. | Civil No. 25-00450 MWJS-RT<br><br>CERTIFICATION TO THE STATE OF HAWAIʻI ATTORNEY GENERAL OF CONSTITUTIONAL CHALLENGE AND ORDER PERMITTING INTERVENTION |

**CERTIFICATION TO THE STATE OF HAWAIʻI ATTORNEY GENERAL OF CONSTITUTIONAL CHALLENGE AND ORDER PERMITTING INTERVENTION**

Under 28 U.S.C. § 2403(b) and Rule 5.1(b) of the Federal Rules of Civil Procedure, the court hereby certifies to the State of Hawaiʻi Attorney General that this action, in part, calls into question the constitutionality of Act 2, S.B. 3123, 33d Leg., Reg. Sess. (Haw. 2026). The State of Hawaiʻi shall be permitted to intervene in accordance with 28 U.S.C. § 2403(b) and Rule 5.1(c). The Clerk of Court shall serve this certification and order on the State of Hawaiʻi Attorney General. Because Rule 5.1(c) provides that "[b]efore the time to intervene expires, the court may reject the constitutional challenge," the court will not stay the ongoing proceedings in this case. But the court will not enter any judgment holding the statute unconstitutional before that time expires.

IT IS SO ORDERED.

DATED: October 20, 2026, at Honolulu, Hawai‘i.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge