PORTER KIAKONA KOPPER,
A Limited Liability Law Company, LLC

KAPONO F. H. KIAKONA 7691-0
H. MAXWELL KOPPER 9601-0
F. PALAKIKO CHANDLER IV 12042-0
841 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No.: (808) 539-1100
Facsimile No.: (808) 539-1189
Email: kiakona@HawaiiLegal.com
mkopper@HawaiiLegal.com
fchandler@HawaiiLegal.com

Attorneys for Proposed Amici Curiae
THE QUEEN LILI‘UOKALANI TRUST
KING LUNALILO TRUST
QUEEN EMMA LAND COMPANY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI‘I

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSONS; I.P., B.P., E.S., by and through her next of friend and mother, K.S.; and K.S.;<br><br>Plaintiffs,<br><br>vs.<br><br>TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP d/b/a KAMEHAMEHA SCHOOLS<br><br>Defendants. | CIVIL NO. 1:25-cv-00450-MWJS-RT<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE QUEEN LILI‘UOKALANI TRUST, KING LUNALILO TRUST, AND QUEEN EMMA LAND COMPANY IN SUPPORT OF DEFENDANT KAMEHAMEHA SCHOOLS’ MOTION TO DISMISS FOURTH AMENDED COMPLAINT [ECF 152] [ECF 155]; EXHIBIT “1”;**<br><br>*[Caption continued on next page.]* |

*PROPOSED* **ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE QUEEN LILI‘UOKALANI TRUST, KING LUNALILO TRUST, AND QUEEN EMMA LAND COMPANY IN SUPPORT OF DEFENDANT KAMEHAMEHA SCHOOLS' MOTION TO DISMISS FOURTH AMENDED COMPLAINT[ ECF 152] [ECF 155]; CERTIFICATE OF SERVICE**

Judge: Honorable Micah W.J. Smith
(No trial date set)

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE QUEEN LILI‘UOKALANI TRUST, KING LUNALILO TRUST, AND QUEEN EMMA LAND COMPANY IN SUPPORT OF DEFENDANT KAMEHAMEHA SCHOOLS' MOTION TO DISMISS FOURTH AMENDED COMPLAINT [ECF 152] [ECF 155]**

Pursuant to Rule 7 of the *Federal Rules of Civil Procedure*, The Queen Lili‘uokalani Trust, King Lunalilo Trust, and Queen Emma Land Company, (collectively, "Amici" or "Ali‘i Organizations"), by and through its undersigned counsel, respectfully move this Court for leave to file an amicus curiae brief in support of the Defendant, Trustees of the Estate of Bernice Pauahi d/b/a Kamehameha Schools ("Kamehameha Schools").

Counsel for Defendant consent to the filing of the proposed amicus brief. Counsel reached out to Plaintiff and received consent to filing the proposed amicus

brief in compliance with Local Rule 7.8. The Amici seek leave to file this proposed amicus brief attached to this Motion as Exhibit “1”.

**A. The Amici have significant interest in the outcome**

The Queen Liliʻuokalani Trust, the King Lunalilo Trust, and Queen Emma Land Company, respectfully submit this brief as *amici curiae* in support of Defendant Kamehameha Schools. Each of these organizations was established by high aliʻi (traditional chief) who understood their kuleana (responsibility) to their people. The King Lunalilo Trust (“KLT”) is a perpetual trust established by King William Charles Lunalilo, through his will in 1871 for the poor, destitute, and infirm people of Native Hawaiian descent, with a preference for the elderly. The mission of the trust is to provide kūpuna (elders) and others in need with shelter and care that is grounded in Native Hawaiian culture and values.

Queen Emma and King Kamehameha IV established The Queen’s Hospital, now known as, The Queen’s Medical Center in 1859 to address the healthcare needs of Native Hawaiians and all people of Hawaii. The Queen Emma Land Company is a nonprofit corporation established in 1978 to manage and enhance the real estate assets originally left to The Queen’s Hospital by Queen Emma in 1885. It principally supports The Queen’s Medical Center and its affiliates in providing healthcare in Hawaiʻi.

The Queen Lili‘uokalani Trust (“QLT”) was established in 1909 through a Deed of Trust by Queen Lili‘uokalani, laying the legal and financial foundation for a perpetual institution dedicated to benefit orphan and destitute children, with preference given to Native Hawaiians. QLT provides opportunities for Native Hawaiian children to realize their greatest potential: living healthy, joyful, and prosperous lives, while contributing positively to their families, communities, and the world.

Amici shares a common interest in preserving the beneficiary structure and trust administered by Kamehameha Schools. The outcome of this case has the potential to affect not only Kamehameha Schools, but other ali‘i organizations. An adverse ruling could invite challenges to comparable beneficiary structures and disrupt the administration of trusts created by ali‘i. More broadly, similar challenges could extend to other trusts whose governing instruments establish preferences based on gender, ancestry, or other beneficiary characteristics including trusts serving Native American and or Indian Tribe beneficiaries. The outcome of this case may therefore have broader implications for trusts and institutions serving Indigenous peoples throughout the United States.

The Amici’s brief will assist the court by providing extensive historical, cultural, and indigenous perspectives concerning Kanaka Maoli and the historical circumstances that gave rise to Native Hawaiian beneficiary trusts and organizations.

This context is necessary to understand the broader implications of the legal issues before the Court.

**B. <u>The amicus brief is desirable and relevant</u>**

Amici's amicus brief is desirable and relevant due to the shared similarities and circumstances the Amici have with Kamehameha Schools. Like Kamehameha Schools, the Amici were established by Hawaiian aliʻi or chiefs for the purposes of providing crucial services to its beneficiaries. The aliʻi created these institutions during a distinct historical period in response to conditions affecting Native Hawaiian people and as an exercise of kuleana. The amicus brief will address cultural background, identify long standing practices of aliʻi governance, and Native Hawaiian traditional and customary rights that are unique to Hawaiʻi.

The Amici believe that information presented in the Amicus Brief will assist the Court in its review of the case. The State of Hawaiʻi and its people rely on the missions, programs, and services provided by the Amici. Accordingly, the Amici have substantial interest in the outcome of this case and respectfully submit that their participation will aid the court in reaching a fully informed decision.

///

///

**CONCLUSION**

For the foregoing reasons, Amici respectfully requests that the Court grant its motion for leave to file an amicus curiae brief in support of the Defendant Kamehameha Schools.

Dated: Honolulu, Hawaii, October 28, 2026

Respectfully submitted,

/s/ *Kapono F.H. Kiakona*
KAPONO F.H. KIAKONA
H. MAXWELL KOPPER
F. PALAKIKO CHANDLER IV
Attorneys for the Amicus Curiae of
The Queen Liliʻuokalani Trust
King Lunalilo Trust
Queen Emma Land Company